# Exhibit A

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

HOPE MEDICAL GROUP FOR WOMEN, *et al.*,

            Plaintiffs,

v.

JAMES D. CALDWELL, in his official capacity as Attorney General of the State of Louisiana, *et al.*,

            Defendants.

CIVIL ACTION

No. 10-511-RET-SCR

## **PROTECTIVE ORDER**

Upon the motion of Plaintiff D.B. for a protective order placing the true name of Plaintiff D.B. under seal, record document number 4;

IT IS ORDERED that the motion is granted. The parties shall not disclose the true name of Plaintiff D.B. without first obtaining leave of the Court to do so.

IT IS FURTHER ORDERED that counsel for the plaintiffs shall be responsible for promptly providing the defendants with notice of this order.

Baton Rouge, Louisiana, August 9, 2010.

                                            /s/ Stephen C. Riedlinger
                                            STEPHEN C. RIEDLINGER
                                            UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

K.P., M.D.,

v.

CIVIL ACTION

L<small>ORRAINE</small> L<small>E</small>B<small>LANC</small>, in her official capacity as
Executive Director of the Louisiana Patient's
Compensation Fund Oversight Board, *et.al.*,

No. 07-CV-0879-RET-SCR

## PROTECTIVE ORDER

Upon the motion of Plaintiff D.B. for a protective order placing the true name of Plaintiff D.B. under seal, record document number 15.

IT IS ORDERED that the motion is granted. The parties shall not disclose the true name of Plaintiff D.B. without first obtaining leave of the Court to do so.

IT IS FURTHER ORDERED that counsel for the plaintiff shall be responsible for promptly providing the defendants with notice of this order.

Baton Rouge, Louisiana, January 7, 2008.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE