IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JUNE MEDICAL SERVICES LLC d/b/a HOPE MEDICAL GROUP FOR WOMEN, on behalf of its patients, physicians, and staff; BOSSIER CITY MEDICAL SUITE, on behalf of its patients, physicians, and staff; CHOICE, INC., OF TEXAS d/b/a CAUSEWAY MEDICAL CLINIC, on behalf of its patients, physicians, and staff, JOHN DOE 1, M.D., and JOHN DOE 2, M.D.,<br><br>    Plaintiffs,<br><br> v.<br><br>JAMES DAVID CALDWELL, in his official capacity as Attorney General of Louisiana; JIMMY GUIDRY, in his official capacity as Louisiana State Health Officer & Medical Director of the Louisiana Department of Health and Hospitals; and MARK HENRY DAWSON, in his official capacity as President of the Louisiana State Board of Medical Examiners,<br><br>    Defendants. | Case No. 3:14-cv-525 |

## **DECLARATION OF JOHN DOE 1, M.D.**

  I, JOHN DOE 1, M.D., declare under penalty of perjury that the following statements are true and correct:

  1. I am a board-certified physician in Family Medicine and Addiction Medicine, and have over 8 years of experience in women's health. I have worked at June Medical Services LLC, d/b/a Hope Medical Group for Women ("Hope") since 2006, providing medical services to women.

  2. There are regularly protesters outside of Hope, the facility in which I practice.

ny-1155048

3.  I know of many other abortion providers who have been victimized by harassment, intimidation, and violence after speaking out publicly in favor of abortion rights.

4.  I seek to maintain the confidentiality of my true name in order to protect my family and myself from harassment, intimidation, and violence.

5.  I am concerned that, if I become identified as a public advocate for abortion rights, I, along with those who are close to me, will be subjected to harassment, intimidation, or violence.

6.  I am also concerned that disclosure of my real name could result in retaliation by the hospitals and agencies with which I must interact in order to practice my profession.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on August 21, 2014.

*John Doe 1, M.D.*
**JOHN DOE 1, M.D.**