UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JUNE MEDICAL SERVICES LLC, et al., *Plaintiffs,*<br>v.<br>KATHY KLIEBERT, et al., *Defendants* | No. 14-cv-525-JWD-RLB |

**DEFENDANT KATHY KLIEBERT'S MOTION *IN LIMINE* TO EXCLUDE IRRELEVANT EVIDENCE**

For the reasons explained in the accompanying memorandum of law, Defendant Kathy Kliebert, in her official capacity as Secretary of the Louisiana Department of Health and Hospitals, hereby moves *in limine* to exclude presentation at trial of (1) any evidence attacking the medical reasonableness of Act 620; and (2) any evidence of communications among outside advocacy groups, DHH officials, and the legislative sponsor of Act 620.

Respectfully submitted,

/s *S. Kyle Duncan*
S. Kyle Duncan (La. Bar No. 25038)
DUNCAN PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
Phone: 202.714.9492
Fax: 571.730.4429
Email: kduncan@duncanpllc.com

J. Michael Johnson
KITCHENS LAW FIRM, APLC
2250 Hospital Drive
Beene Office Park, Suite 248
Bossier City, LA 71111
Phone: 318.658.9456
Email: mjohnsonlegal@gmail.com

*Counsel for Defendant Kathy Kliebert, in her official capacity as Secretary of the Louisiana Department of Health and Hospitals*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 10, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                         /s *S. Kyle Duncan*
                                         S. Kyle Duncan