UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
April 1, 2015
deGRAVELLES, J.

JUNE MEDICAL SERVICES LLC d/b/a HOPE
MEDICAL GROUP FOR WOMEN, on behalf of
its patients, physicians, and staff; BOSSIER
CITY MEDICAL SUITE, on behalf of its
patients, physicians, and staff; CHOICE, INC.,
OF TEXAS d/b/a CAUSEWAY MEDICAL
CLINIC, on behalf of its patients, physicians, and
staff, JOHN DOE 1, M.D., and JOHN DOE 2,
M.D.

VERSUS

JAMES DAVID CALDWELL, in his official capacity as
Attorney General of Louisiana; JIMMY GUIDRY,
in his official capacity as Louisiana State Health Officer
& Medical Director of the Louisiana Department of Health
and Hospitals; and MARK HENRY DAWSON, in his official
capacity as President of the Louisiana State Board
of Medical Examiners

CIVIL ACTION

NO. 14-CV-525-JWD-RLB

     The matter came on this day for oral argument by telephone on the pending motions in limine in this matter.

     PRESENT:    Dimitra Doufekias
                           Ilene Jaroslaw
                           Zoe Levin
                           **Counsel for plaintiffs**

                           S. Kyle Duncan
                           J. Mike Johnson
                           **Counsel for Defendants**

Counsel presented arguments.

Defendant Kathy Kliebert's Motion in Limine to Exclude Irrelevant Evidence (Doc. 95)

is taken under advisement.

For oral reasons assigned, the Plaintiffs' Motion in Limine to Preclude Expert Testimony of Dr. Tumulesh Solanky (Doc. 96) is DENIED.

For oral reasons assigned and since the Defendants do not intend to call Dr. McMillian as a witness, Plaintiffs' motion in limine to preclude expert report and testimony by Dr. McMillian (Doc. 97) is DENIED as moot.

Plaintiffs' Motion in Limine to Exclude Evidence of DHH Deficiency Reports and Related Evidence (Doc. 98) is taken under advisement.

For oral reasons assigned, Defendant Kliebert's Motion to Exclude the Expert Testimony of Sheila Katz, PH. D. (Doc. 99) is DENIED.

Signed in Baton Rouge, Louisiana, on April 8, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Cv 25b; 1:00
S. Thompson in Courtroom 1