# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
June 26, 2015
deGRAVELLES, J.

**JUNE MEDICAL SERVICES LLC d/b/a HOPE
MEDICAL GROUP FOR WOMEN, on behalf of
its patients, physicians, and staff; BOSSIER
CITY MEDICAL SUITE, on behalf of its
patients, physicians, and staff; CHOICE, INC.,
OF TEXAS d/b/a CAUSEWAY MEDICAL
CLINIC, on behalf of its patients, physicians, and
staff, JOHN DOE 1, M.D., and JOHN DOE 2,
M.D.**

CIVIL ACTION

VERSUS

NO. 14-CV-525-JWD-RLB

**JAMES DAVID CALDWELL, in his official capacity as
Attorney General of Louisiana; JIMMY GUIDRY,
in his official capacity as Louisiana State Health Officer
& Medical Director of the Louisiana Department of Health
and Hospitals; and MARK HENRY DAWSON, in his official
capacity as President of the Louisiana State Board
of Medical Examiners**

Bench Trial continues.

PRESENT:    Dimitra Doufekias
Ilene Jaroslaw
David Brown
Zoe Levine
**Counsel for Plaintiffs**

S. Kyle Duncan
Steven H. Aden
J. Michael Johnson
Natalie Decker
Charlotte Y. Bergeron
**Counsel for Defendant**

The parties read and will file into the record a stipulation as to Dr. Doe # 5.

Dr. Damon T. Cudihy is sworn and testifies.

Dr. Cudihy is qualified as an expert in the field of Obstetrics an Gynecology.

Exhibits are filed.

Defendant rest.

This matter concluded and shall resume at 9:00 AM on Monday, June 29, 2015.

Signed in Baton Rouge, Louisiana, on June ___2-9___, 2015.

 

 

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

Cv 6; 8:00
Gina Delatte-Richard / Courtroom #1