# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JUNE MEDICAL SERVICES LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DR. REBEKAH GEE, in her official capacity as Secretary of the Louisiana Department of Health and Hospitals, <br><br> Defendant. | Civil Action No. 3:14-CV-525-JWD-RLB |

## JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE COURT'S JANUARY 26, 2016 FINDINGS OF FACT AND CONCLUSIONS OF LAW

Dr. Rebekah Gee, in her official capacity as Secretary of the Louisiana Department of Health and Hospitals (hereinafter, "DHH"), through her attorney, and Plaintiffs, through their attorneys, file this Joint Stipulation and Proposed Order and respectfully represent to the Court as follows:

DHH acknowledges that the Plaintiff clinics, including Choice Inc. of Texas, d/b/a Causeway Medical Clinic, (hereinafter, "Causeway"), sued in this matter on behalf of their physicians, staff, and patients. DHH further acknowledges that this included the physician identified as Dr. Doe 4, who performs abortions at Causeway.

In light of the Order issued by the Court on January 26, 2016 declaring Louisiana HB 388/Act 620 (the "Act") unconstitutional as violating the substantive due process rights of Louisiana women seeking abortions and preliminarily enjoining the Act's enforcement against Plaintiffs, DHH understands the Court's preliminary injunction to include Dr. Doe 4 and further agrees that the terms of the injunction will apply to Dr. Doe 4 so long as the injunction remains

1

dc-817640

in effect. DHH further agrees not to retroactively investigate or take disciplinary action against Dr. Doe 4 for any violations of the statute that took place while the preliminary injunction remained in effect.

Dated: February 1, 2016

Respectfully submitted,

*/s/ William E. Rittenberg*

William E. Rittenberg
Louisiana State Bar No. 11287
RITTENBERG, SAMUEL AND PHILLIPS, LLC
715 Girod St.
New Orleans, LA 70130-3505
(504) 524-5555
rittenberg@rittenbergsamuel.com

Ilene Jaroslaw
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, NY 10038
(917) 637-3697
ijaroslaw@reprorights.org

Dimitra Doufekias
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006-1888
(202) 887-1500
ddoufekias@mofo.com

*Attorneys for Plaintiffs*
*June Medical Services LLC d/b/a Hope Medical*
*Group for Women, Bossier City Medical Suite,*
*Choice Inc. of Texas d/b/a Causeway Medical Clinic,*
*John Doe 1, M.D., and John Doe 2, M.D.*

*/s/ S. Kyle Duncan*
S. Kyle Duncan (La. Bar No. 25038)
DUNCAN PLLC
1629 K Street NW, Suite 300

Washington, DC 20006  
Phone: 202.714.9492  
Fax: 571.730.4429  
kduncan@duncanpllc.com  

*Attorney for Defendant Dr. Rebekah Gee in her official capacity as President of the Louisiana State Board of Medical Examiners*

# ORDER

The above Joint Stipulation having been considered and good cause appearing therefore,

IT IS SO ORDERED this _____ day of _____, 2016.

                                                  JUDGE JOHN W. deGRAVELLES
                                                  UNITED STATES DISTRICT COURT
                                                  MIDDLE DISTRICT OF LOUISIANA

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February, 2016, a copy of the foregoing Joint Stipulation and [Proposed] Order Regarding the Court's January 26, 2016 Findings of Fact and Conclusions of Law has been served upon all counsel of record by email.

                                              */s/ Kerry Jones*
                                              Kerry Jones