UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JUNE MEDICAL SERVICES LLC d/b/a HOPE
MEDICAL GROUP FOR WOMEN, on behalf of
its patients, physicians, and staff; BOSSIER
CITY MEDICAL SUITE, on behalf of its
patients, physicians, and staff; CHOICE, INC.,
OF TEXAS, d/b/a CAUSEWAY MEDICAL
CLINIC, on behalf of its patients, physicians,
and staff, JOHN DOE 1, M.D., AND
JOHN DOE 2, M.D.

VERSUS

KATHY KLIEBERT, in her official capacity as
Secretary of the Louisiana Department of Health
and Hospitals and MARK HENRY DAWSON,
M.D., in his official capacity as President of the
Louisiana State Board of Medical Examiners

CIVIL ACTION

NO. 14-CV-00525-JWD-RLB

**JUDGMENT**

For the reasons stated in this Court's Findings of Fact and Conclusions of Law, (Doc. 216), and consistent with the Joint Stipulation and [Proposed] Order Regarding the Court's January 26, 2016 Findings of Fact and Conclusions of Law, (Doc. 224), and Joint Motion to Dismiss Mark Dawson, in His Official Capacity as President of the Louisiana State Board of Medical Examiners, (Doc. 110),

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Kathy H. Kliebert and her successors, as well as any and all employees, agents, entities, or other persons acting in concert with her, are preliminarily enjoined from enforcing LA. R.S. § 40:1299.35.2 *et seq.* against the following persons: Doctor John Doe 1; Doctor John Doe 2; June Medical Services, LLC, d/b/a Hope

Medical Group for Women, and its physicians and staff; Bossier City Medical Suite, as well as its physicians and staff; Choice, Inc. of Texas, d/b/a Causeway Medical Clinic, and its physicians and staff, including Doctor John Doe 4; and any and all others encompassed by the Parties' stipulations. This injunction will remain in effect until further notice from this Court or the United States Court of Appeals for the Fifth Circuit.

    Signed in Baton Rouge, Louisiana, on <u>February 10, 2016</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**