UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **June Medical Services LLC**, et al.,<br>           *Plaintiffs,*<br><br>v.<br><br>**Dr. Rebekah Gee**, in her official capacity as Secretary of the Louisiana Department of Health and Hospitals,<br>           *Defendant* | No. 14-cv-525-JWD-RLB |

# DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Defendant Dr. Rebekah Gee, in her official capacity as Secretary of the Louisiana Department of Health and Hospitals, appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment entered in this action on February 10, 2016 (Doc. 227), and from the Findings of Fact and Conclusions of Law entered in this action on January 26, 2016 (Doc. 216).

Respectfully submitted,

**JEFF LANDRY
ATTORNEY GENERAL**

**BY:**   /s *S. Kyle Duncan*
           S. Kyle Duncan (La. Bar No. 25038)
             Special Assistant Attorney General
           DUNCAN PLLC
           1629 K Street NW, Suite 300
           Washington, DC 20006
           Phone: 202.714.9492
           Email: kduncan@duncanpllc.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s *S. Kyle Duncan*
S. Kyle Duncan