UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JUNE MEDICAL SERVICES LLC d/b/a HOPE
MEDICAL GROUP FOR WOMEN, on behalf of
its patients, physicians, and staff; BOSSIER
CITY MEDICAL SUITE, on behalf of its
patients, physicians, and staff; CHOICE, INC.,
OF TEXAS, d/b/a CAUSEWAY MEDICAL
CLINIC, on behalf of its patients, physicians,
and staff, JOHN DOE 1, M.D., AND
JOHN DOE 2, M.D.

CIVIL ACTION

VERSUS

NO. 14-CV-00525-JWD-RLB

KATHY KLIEBERT, in her official capacity as
Secretary of the Louisiana Department of Health
and Hospitals and MARK HENRY DAWSON,
M.D., in his official capacity as President of the
Louisiana State Board of Medical Examiners

**JUDGMENT**

For written reasons assigned,

IT IS HEREBY ORDERED THAT:

1. The active admitting privileges requirement of La. R.S. § 40:1299.35.2 (Act 620) is DECLARED unconstitutional as a violation of the Fourteenth Amendment to the United States Constitution;

2. A PERMANENT INJUNCTION is ENTERED barring enforcement of La. R.S. §40:1299.35.2 (Act 620);

3. Any implementing regulations of Act 620, including La. Admin. Code tit. 48, pt. I, §4423(B)(3)(e) and La. Admin. Code tit. 48, pt. I, 4401 (definition of "active admitting

privileges"), are, for the foregoing reasons, likewise DECLARED UNCONSTITUTIONAL and PERMANENTLY ENJOINED.

4. Judgment is hereby entered in favor of the Plaintiffs and against the Defendant, Dr. Rebekah Gee, in her official capacity as Secretary of the Louisiana Department of Health.

IT IS SO ORDERED.

Signed in Baton Rouge, Louisiana, on April 26, 2017.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**