# Exhibit B

CENTER FOR REPRODUCTIVE RIGHTS - NONTAXABLE EXPENSES

| Bates Number | Date of Transaction or Invoice | Description | Category of Expense | Amount |
|---|---|---|---|---|
| 16 | 8/19/2014 | Conference call | Telephone | $16.73 |
| 17-18 | 11/7/2014 | J.Crepps - flights/deposition travel | Attorney Travel | $6.99 |
| 19 | 11/7/2014 | J.Crepps - Flights/Deposition travel | Attorney Travel | $686.20 |
| 20 | 11/11/2014 | I.Jaroslaw - travel agent fee for flights/deposition travel | Attorney Travel | $30.00 |
| 20 | 11/11/2014 | I.Jaroslaw - flights/deposition travel | Attorney Travel | $200.00 |
| 20 | 11/11/2014 | I.Jaroslaw - flights/deposition travel | Attorney Travel | $385.10 |
| 21 | 11/15/2014 | I.Jaroslaw - baggage fee/deposition travel | Attorney Travel | $25.00 |
| 22-23 | 11/16/2014 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $0.66 |
| 24 | 11/16/2014 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $2.74 |
| 25 | 11/16/2014 | J.Crepps - Hotel/Deposition travel | Attorney Travel | $310.65 |
| 26 | 11/16/2014 | I.Jaroslaw - Hotel/ Deposition Travel | Attorney Travel | $326.94 |
| 27 | 11/17/2014 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $4.64 |
| 28 | 11/17/2014 | J.Crepps - Meal/deposition travel | Attorney Travel | $7.18 |
| 30-32 | 11/17/2014 | J.Crepps/I.Jaroslaw - Meal/Deposition Travel | Attorney Travel | $10.00 |
| 33 | 11/17/2014 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $15.19 |
| 29 | 11/17/2014 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $15.64 |
| 19 | 11/17/2014 | J.Crepps - Meal/deposition travel | Attorney Travel | $17.56 |
| 30-32 | 11/17/2014 | J.Crepps/I.Jaroslaw - Meal/Deposition Travel | Attorney Travel | $22.00 |
| 33 | 11/17/2014 | I.Jaroslaw - Cab/Deposition Travel | Attorney Travel | $37.95 |
| 28, 34 | 11/17/2014 | J.Crepps - Cab to hotel/deposition travel | Attorney Travel | $39.60 |
| 35 | 11/17/2014 | J.Crepps - Hotel/Deposition travel | Attorney Travel | $557.39 |
| 36 | 11/18/2014 | J.Crepps - Meal/deposition travel | Attorney Travel | $8.71 |
| 37 | 11/18/2014 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $10.25 |
| 36 | 11/18/2014 | J.Crepps - Meal/deposition travel | Attorney Travel | $12.34 |
| 37 | 11/18/2014 | I.Jaroslaw/J.Crepps - Meal/Deposition travel | Attorney Travel | $32.57 |
| 40 | 11/18/2014 | I.Jaroslaw/J.Crepps - Meal/Deposition travel | Attorney Travel | $82.00 |
| 37 | 11/18/2014 | I.Jaroslaw - Cab to airport/Deposition Travel | Attorney Travel | $100.00 |
| 37 | 11/18/2014 | I.Jaroslaw/J.Crepps - Meal/Deposition travel | Attorney Travel | $110.00 |
| 36 | 11/19/2014 | J.Crepps - Meal/deposition travel | Attorney Travel | $4.65 |
| 38 | 11/19/2014 | J.Crepps - Meal/deposition travel | Attorney Travel | $8.71 |
| 39 | 11/19/2014 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $10.44 |

**CENTER FOR REPRODUCTIVE RIGHTS - NONTAXABLE EXPENSES**

| | | | | |
|---|---|---|---|---|
| 38 | 11/19/2014 | J.Crepps - Cab/Deposition travel | Attorney Travel | $37.95 |
| 38 | 11/19/2014 | J.Crepps - Cab/Deposition travel | Attorney Travel | $42.00 |
| 40 | 11/19/2014 | I.Jaroslaw/J.Crepps - Meal/Deposition travel | Attorney Travel | $50.00 |
| 40 | 11/19/2014 | I.Jaroslaw/J.Crepps - Meal/deposition travel | Attorney Travel | $66.53 |
| 41 | 11/20/2014 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $11.75 |
| 42 | 11/20/2014 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $15.64 |
| 43 | 11/20/2014 | I.Jaroslaw - Meal/Deposition travel | Attorney Travel | $60.55 |
| 44 | 11/21/2014 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $6.11 |
| 47 | 11/21/2014 | I.Jaroslaw- Cab from hotel/deposition travel | Attorney Travel | $8.50 |
| 45 | 11/21/2014 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $8.50 |
| 44 | 11/21/2014 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $11.02 |
| 46 | 11/21/2014 | I.Jaroslaw - baggage fee/deposition travel | Attorney Travel | $25.00 |
| 47 | 11/21/2014 | I.Jaroslaw - Taxi to airport/Deposition travel | Attorney Travel | $48.30 |
| 48 | 11/21/2014 | I.Jaroslaw - flights/NOLA depos travel | Attorney Travel | $784.71 |
| 49 | 12/1/2014 | Shipping materials to local counsel in LA | Shipping | $41.10 |
| 50 | 12/2/2014 | I.Jaroslaw - Hotel/Deposition travel | Attorney Travel | $172.84 |
| 51 | 12/3/2014 | I.Jaroslaw - travel agent fee for flights/deposition travel | Attorney Travel | $30.00 |
| 52 | 12/4/2014 | I.Jaroslaw - flights/Canceled deposition travel | Attorney Travel | $360.10 |
| 53 | 12/4/2014 | I.Jaroslaw - flights/canceled deposition travel | Attorney Travel | $486.60 |
| 54 | 12/23/2014 | I.Jaroslaw - travel agent fee for flights/deposition travel | Attorney Travel | $30.00 |
| 55 | 12/23/2014 | I.Jaroslaw - travel agent fee for flights/deposition travel | Attorney Travel | $30.00 |
| 54 | 12/23/2014 | I.Jaroslaw - flights/deposition travel | Attorney Travel | $185.96 |
| 55 | 12/23/2014 | I.Jaroslaw - flights/deposition travel | Attorney Travel | $196.20 |
| 56 | 1/9/2015 | Z.Levine - travel agent fee for flights/deposition travel | Attorney Travel | $30.00 |
| 57 | 1/9/2015 | I.Jaroslaw - travel agent fee for flights/deposition travel | Attorney Travel | $30.00 |
| 56 | 1/9/2015 | I.Jaroslaw - Flight/Deposition travel | Attorney Travel | $202.20 |
| 57 | 1/9/2015 | Z.Levine - Flight/Deposition travel | Attorney Travel | $249.20 |
| 58-59 | 1/12/2015 | I.Jaroslaw - Hotel/ Deposition travel | Attorney Travel | $182.12 |
| 60 | 1/13/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $5.31 |
| 61 | 1/13/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $22.00 |
| 62-63 | 1/13/2015 | I.Jaroslaw - baggage fee/deposition travel | Attorney Travel | $25.00 |
| 64 | 1/13/2015 | I.Jaroslaw - Cab in Miami/Deposition travel | Attorney Travel | $28.41 |
| 65 | 1/13/2015 | I.Jaroslaw - Meal/Deposition travel | Attorney Travel | $39.21 |
| 66 | 1/13/2015 | I.Jaroslaw - Cab/Deposition Travel | Attorney Travel | $50.00 |

**CENTER FOR REPRODUCTIVE RIGHTS - NONTAXABLE EXPENSES**

| | | | | |
|---|---|---|---|---|
| 68 | 1/14/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $10.81 |
| 74 | 1/14/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $42.85 |
| 67 | 1/15/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $13.10 |
| 69 | 1/15/2015 | I.Jaroslaw - Cab/Deposition Travel | Attorney Travel | $39.30 |
| 70 | 1/15/2015 | D.Brown - Flight/Deposition travel | Attorney Travel | $226.20 |
| 68 | 1/15/2015 | I.Jaroslaw - Hotel/ Deposition Travel | Attorney Travel | $281.37 |
| 71-72 | 1/15/2015 | I.Jaroslaw - Hotel/ Deposition Travel | Attorney Travel | $326.57 |
| 76 | 1/16/2015 | I.Jaroslaw - baggage fee/deposition travel | Attorney Travel | $25.00 |
| 73 | 1/20/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $6.04 |
| 77 | 1/20/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $21.23 |
| 75 | 1/20/2015 | I.Jaroslaw - Taxi from airport to hotel/Deposition travel | Attorney Travel | $31.00 |
| 80 | 1/21/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $16.00 |
| 78 | 1/21/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $17.00 |
| 79 | 1/21/2015 | I.Jaroslaw - Cab from airport/Deposition travel | Attorney Travel | $54.80 |
| 82 | 1/21/2015 | I.Jaroslaw - Hotel/ Deposition Travel | Attorney Travel | $204.68 |
| 81 | 1/22/2015 | I.Jaroslaw - Cab to airport/Deposition Travel | Attorney Travel | $55.00 |
| 83 | 1/25/2015 | D.Brown - Meal/deposition travel | Attorney Travel | $10.21 |
| 86 | 1/25/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $11.37 |
| 70 | 1/15/2015 | D.Brown - travel agent fee for flights/deposition travel | Attorney Travel | $30.00 |
| 84 | 1/25/2015 | D.Brown - Rental car/Deposition travel | Attorney Travel | $134.78 |
| 85 | 1/26/2015 | Z.Levine - Meal/Deposition travel | Attorney Travel | $11.15 |
| 116-117 | 1/26/2015 | D.Brown - Meal/deposition travel | Attorney Travel | $13.44 |
| 87 | 1/26/2015 | I.Jaroslaw - Cab with deposition materials/Deposition travel | Attorney Travel | $20.80 |
| 88 | 1/26/2015 | Z.Levine - baggage fee/deposition travel | Attorney Travel | $25.00 |
| 89 | 1/26/2015 | I.Jaroslaw - baggage fee/deposition travel | Attorney Travel | $25.00 |
| 90-92 | 1/26/2015 | Shipping deposition material to deposition | Shipping | $39.16 |
| 93 | 1/26/2015 | I.Jaroslaw - Cab to hotel/deposition travel | Attorney Travel | $39.60 |
| 94 | 1/26/2015 | I.Jaroslaw/Z.Levine - Meal/Deposition travel | Attorney Travel | $40.00 |
| 137 | 1/26/2015 | I.Jaroslaw for Z.Levine - Hotel/ Deposition Travel | Attorney Travel | $91.65 |
| 97 | 1/26/2015 | I.Jaroslaw - Hotel/Deposition travel | Attorney Travel | $357.42 |
| 98 | 1/27/2015 | D.Brown - Computer services/Deposition travel | Attorney Travel | $1.30 |
| 120-121 | 1/27/2015 | D.Brown - Meal/deposition travel | Attorney Travel | $4.44 |
| 99 | 1/27/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $8.00 |
| 100 | 1/27/2015 | Z.Levine - Meal/Deposition travel | Attorney Travel | $16.46 |

**CENTER FOR REPRODUCTIVE RIGHTS - NONTAXABLE EXPENSES**

| | | | | |
|---|---|---|---|---|
| 101 | 1/27/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $18.00 |
| 118-119 | 1/27/2015 | D.Brown - Meal/deposition travel | Attorney Travel | $29.22 |
| 102 | 1/27/2015 | I.Jaroslaw/Z.Levine - Meal/Deposition travel | Attorney Travel | $44.78 |
| 103 | 1/28/2015 | Z.Levine - Meal/Deposition travel | Attorney Travel | $4.94 |
| 104 | 1/28/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $5.16 |
| 105 | 1/28/2015 | Z.Levine - Meal/Deposition travel | Attorney Travel | $13.54 |
| 106 | 1/28/2015 | I.Jaroslaw/Z.Levine - Meal/Deposition travel | Attorney Travel | $46.00 |
| 107 | 1/28/2015 | I.Jaroslaw/Z.Levine - Meal/Deposition travel | Attorney Travel | $96.12 |
| 115 | 1/28/2015 | D.Brown - Hotel/Deposition travel | Attorney Travel | $653.76 |
| 108 | 1/29/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $5.87 |
| 109 | 1/29/2015 | D.Brown - Rental car/Deposition travel | Attorney Travel | $7.51 |
| 110 | 1/29/2015 | Z.Levine - Meal/Deposition travel | Attorney Travel | $7.52 |
| 125 | 1/29/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $8.13 |
| 126 | 1/29/2015 | I.Jaroslaw - Hotel/Deposition travel | Attorney Travel | $10.00 |
| 124 | 1/29/2015 | I.Jaroslaw - Hotel/Deposition travel | Attorney Travel | $12.00 |
| 111 | 1/29/2015 | Z.Levine - Meal/Deposition travel | Attorney Travel | $17.29 |
| 112 | 1/29/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $19.21 |
| 113 | 1/29/2015 | D.Brown - Cab from airport/deposition travel | Attorney Travel | $55.16 |
| 114 | 1/29/2015 | I.Jaroslaw/Z.Levine - Meal/Deposition travel | Attorney Travel | $61.00 |
| 127 | 1/30/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $10.88 |
| 128 | 1/30/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $10.96 |
| 129 | 1/30/2015 | Z.Levine - Cab from airport/Deposition travel | Attorney Travel | $14.76 |
| 130 | 1/30/2015 | Z.Levine - baggage fee/deposition travel | Attorney Travel | $25.00 |
| 131 | 1/30/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $34.57 |
| 132 | 1/30/2015 | I.Jaroslaw - Cab to hotel/deposition travel | Attorney Travel | $38.50 |
| 133 | 1/30/2015 | Z.Levine - Cab to airport/deposition travel | Attorney Travel | $39.00 |
| 134-136 | 1/30/2015 | I.Jaroslaw/Z.Levine - Cab/Deposition travel | Attorney Travel | $97.35 |
| 137 | 1/30/2015 | Z.Levine - Hotel/ Deposition Travel | Attorney Travel | $274.95 |
| 138 | 1/31/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $7.52 |
| 139 | 1/31/2015 | I.Jaroslaw - cab to aiport/deposition travel | Attorney Travel | $13.00 |
| 140 | 1/31/2015 | I.Jaroslaw - baggage fee/deposition travel | Attorney Travel | $25.00 |
| 141 | 1/31/2015 | I.Jaroslaw - Cab from airport/Deposition travel | Attorney Travel | $37.80 |
| 142 | 1/31/2015 | I.Jaroslaw - Hotel/Deposition travel | Attorney Travel | $145.45 |
| 122-123 | 2/2/2015 | I.Jaroslaw - Tips/Deposition travel | Attorney Travel | $31.00 |

**CENTER FOR REPRODUCTIVE RIGHTS - NONTAXABLE EXPENSES**

| | | | | |
|---|---|---|---|---|
| 143-146 | 2/2/2015 | Shipping deposition material to North Carolina | Shipping | $395.54 |
| 147 | 2/3/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $15.47 |
| 148-153 | 2/3/2015 | Shipping materials from deposition | Shipping | $30.80 |
| 154-155 | 2/6/2015 | Conference call | Telephone | $10.58 |
| 150 | 2/6/2015 | Shipping Certificates of Good Standing to pro bono counsel | Shipping | $10.83 |
| 153 | 2/16/2015 | Shipping deposition materials | Shipping | $10.51 |
| 156 | 2/18/2015 | I.Jaroslaw - travel agent fee for flights/pre-trial hearing | Attorney Travel | $30.00 |
| 156 | 2/18/2015 | I.Jaroslaw - flights/deposition travel | Attorney Travel | $200.00 |
| 157 | 2/27/2015 | Z.Levine - travel agent fee for flights/Pre-trial hearing | Attorney Travel | $30.00 |
| 157 | 2/27/2015 | Z.Levine - Flight/PI trial | Attorney Travel | $764.20 |
| 161 | 3/18/2015 | I.Jaroslaw - Meal/Pre-trial hearing | Attorney Travel | $11.31 |
| 159 | 3/18/2015 | I.Jaroslaw - baggage fee/deposition travel | Attorney Travel | $25.00 |
| 162 | 3/18/2015 | I.Jaroslaw - Cab to airport/Pre-trial hearing | Attorney Travel | $63.36 |
| 158 | 3/19/2015 | I.Jaroslaw - Meal/Pre-trial hearing | Attorney Travel | $10.30 |
| 163 | 3/19/2015 | I.Jaroslaw - Cab from airport/pre-trial hearing | Attorney Travel | $50.16 |
| 160 | 3/21/2015 | I.Jaroslaw - Meal/Pre-trial hearing | Attorney Travel | $7.00 |
| 164 | 4/16/2015 | I.Jaroslaw - travel agent fee for flights/pre-trial hearing | Attorney Travel | $30.00 |
| 164 | 4/16/2015 | I.Jaroslaw - Flight/ Pre-trial hearing | Attorney Travel | $482.60 |
| 165 | 5/11/2015 | Z.Levine - Flight change fee/PI trial | Attorney Travel | $200.00 |
| 166 | 5/12/2015 | D.Brown - travel agent fee for flights/PI trial | Attorney Travel | $30.00 |
| 166 | 5/12/2015 | I.Jaroslaw - Flights/PI trial | Attorney Travel | $564.00 |
| 167 | 6/4/2015 | Research materials for trial preparation | Research | $55.14 |
| 168 | 6/16/2015 | Conference call | Telephone | $11.20 |
| 169 | 6/17/2015 | Research materials for trial preparation | Research | $17.14 |
| 170 | 6/19/2015 | D.Brown - Meal/PI trial | Attorney Travel | $9.25 |
| 171 | 6/19/2015 | D.Brown - baggage fee/PI trial | Attorney Travel | $25.00 |
| 172 | 6/19/2015 | D.Brown - Cab in Baton Rouge/PI trial | Attorney Travel | $26.00 |
| 173 | 6/20/2015 | D.Brown - Meal/PI trial | Attorney Travel | $3.00 |
| 174 | 6/20/2015 | Z.Levine - Meal/PI trial | Attorney Travel | $5.98 |
| 168 | 6/20/2015 | Conference call | Telephone | $11.55 |
| 173 | 6/20/2015 | D.Brown - meal/PI trial | Attorney Travel | $22.00 |
| 175 | 6/20/2015 | Z.Levine - baggage fee/PI trial | Attorney Travel | $25.00 |
| 176-177 | 6/20/2015 | I.Jaroslaw - Cab to airport/PI trial | Attorney Travel | $36.17 |
| 178 | 6/21/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $1.92 |

**CENTER FOR REPRODUCTIVE RIGHTS - NONTAXABLE EXPENSES**

| | | | | |
|---|---|---|---|---|
| 179 | 6/21/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $7.44 |
| 180 | 6/21/2015 | Z.Levine - Meal/PI trial | Attorney Travel | $11.32 |
| 181 | 6/21/2015 | Z.Levine - Meal/PI trial | Attorney Travel | $12.95 |
| 182 | 6/21/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $18.11 |
| 183 | 6/21/2015 | I.Jaroslaw - baggage fee/PI trial | Attorney Travel | $25.00 |
| 184 | 6/21/2015 | D.Brown/Z.Levine/J.Crepps - Meal/PI trial | Attorney Travel | $78.16 |
| 185 | 6/22/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $2.29 |
| 186-187 | 6/22/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $8.59 |
| 185 | 6/22/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $9.00 |
| 188-189 | 6/22/2015 | D.Brown - Meal/PI trial | Attorney Travel | $10.90 |
| 185 | 6/22/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $12.00 |
| 190 | 6/22/2015 | D.Brown/Z.Levine - Meal/PI trial | Attorney Travel | $12.75 |
| 191-192 | 6/22/2015 | Z.Levine - Meal/PI trial | Attorney Travel | $13.62 |
| 193, 205 | 6/22/2015 | Z.Levine/I.Jaroslaw - Meal/PI trial | Attorney Travel | $43.73 |
| 194 | 6/23/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $8.37 |
| 195 | 6/23/2015 | D.Brown - Meal/PI trial | Attorney Travel | $9.00 |
| 196 | 6/23/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $10.00 |
| 185 | 6/23/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $10.00 |
| 197 | 6/23/2015 | Z.Levine - Meal/PI trial | Attorney Travel | $12.97 |
| 198 | 6/23/2015 | I.Jaroslaw/D.Brown/Z.Levine - Meal/PI trial | Attorney Travel | $100.00 |
| 199 | 6/24/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $7.96 |
| 200 | 6/24/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $8.77 |
| 201 | 6/24/2015 | D.Brown/Z.Levine - Meal/PI trial | Attorney Travel | $9.50 |
| 202 | 6/24/2015 | Z.Levine - Meal/PI trial | Attorney Travel | $12.64 |
| 203 | 6/24/2015 | Z.Levine - Meal/PI trial | Attorney Travel | $18.97 |
| 204 | 6/24/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $19.38 |
| 206 | 6/25/2015 | D.Brown - Meal/PI trial | Attorney Travel | $5.32 |
| 207 | 6/25/2015 | Z.Levine - Meal/PI trial | Attorney Travel | $6.92 |
| 208 | 6/25/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $10.46 |
| 209 | 6/25/2015 | D.Brown/Z.Levine - Meal/PI trial | Attorney Travel | $12.97 |
| 210-211 | 6/25/2015 | D.Brown - Meal/PI trial | Attorney Travel | $13.04 |
| 185 | 6/25/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $13.67 |
| 205 | 6/25/2015 | Z.Levine - Meal/PI trial | Attorney Travel | $23.41 |

**CENTER FOR REPRODUCTIVE RIGHTS - NONTAXABLE EXPENSES**

| | | | | |
|---|---|---|---|---|
| 206 | 6/25/2015 | D.Brown - Meal/PI trial | Attorney Travel | $39.50 |
| 185 | 6/26/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $1.96 |
| 185 | 6/26/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $5.45 |
| 176, 213 | 6/26/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $7.47 |
| 176 | 6/26/2015 | I.Jaroslaw - cab from airport to hotel/PI trial | Attorney Travel | $10.00 |
| 214 | 6/26/2015 | Z.Levine - Meal/PI trial | Attorney Travel | $11.01 |
| 215 | 6/26/2015 | I.Jaroslaw - Meal/deposition travel | Attorney Travel | $17.36 |
| 216 | 6/26/2015 | Z.Levine - Meal/PI trial | Attorney Travel | $24.03 |
| 185 | 6/26/2015 | I.Jaroslaw - Incidentals/PI trial | Attorney Travel | $33.18 |
| 217 | 6/26/2015 | I.Jaroslaw/D.Brown/Z.Levine - Meal/PI trial | Attorney Travel | $105.38 |
| 218 | 6/27/2015 | Z.Levine - Meal/PI trial | Attorney Travel | $10.88 |
| 219 | 6/27/2015 | Z.Levine - Meal/PI trial | Attorney Travel | $12.30 |
| 220 | 6/27/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $14.00 |
| 221 | 6/27/2015 | Z.Levine - Cab from airport/PI trial | Attorney Travel | $14.76 |
| 222 | 6/27/2015 | Z.Levine - baggage fee/PI trial | Attorney Travel | $25.00 |
| 173 | 6/28/2015 | D.Brown - Meal/PI trial | Attorney Travel | $2.00 |
| 176 | 6/28/2015 | I.Jaroslaw - Incidentals at hotel/PI trial | Attorney Travel | $6.00 |
| 185 | 6/28/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $9.00 |
| 185 | 6/28/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $11.00 |
| 185 | 6/28/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $11.98 |
| 206 | 6/28/2015 | D.Brown - meal/PI trial | Attorney Travel | $25.83 |
| 223 | 6/29/2015 | D.Brown - Meal/PI trial | Attorney Travel | $6.13 |
| 185 | 6/29/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $10.00 |
| 224 | 6/29/2015 | D.Brown - baggage fee/PI trial | Attorney Travel | $25.00 |
| 225 | 6/29/2015 | D.Brown - Cab/PI trial | Attorney Travel | $47.92 |
| 226 | 6/29/2015 | D.Brown/I.Jaroslaw - Meal/PI trial | Attorney Travel | $54.49 |
| 227-228 | 6/29/2015 | Shipping trial materials to Baton Rouge for PI trial | Shipping | $152.25 |
| 229 | 6/30/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $2.74 |
| 230 | 6/30/2015 | I.Jaroslaw - baggage fee/PI trial | Attorney Travel | $25.00 |
| 231 | 6/30/2015 | I.Jaroslaw - Meal/PI trial | Attorney Travel | $38.24 |
| 232 | 6/30/2015 | I.Jaroslaw - Cab/PI trial | Attorney Travel | $39.30 |
| 233 | 6/30/2015 | I.Jaroslaw - Flight/PI travel | Attorney Travel | $369.80 |
| 234 | 7/1/2015 | D.Brown - Flight/PI trial | Attorney Travel | $298.00 |
| 235 | 7/2/2015 | Shipping trial materials to Baton Rouge for PI trial | Shipping | $12.12 |

**CENTER FOR REPRODUCTIVE RIGHTS - NONTAXABLE EXPENSES**

| | | | | |
|---|---|---|---|---|
| 236-237 | 7/6/2015 | Shipping materials back from PI trial | Shipping | $16.34 |
| 238 | 2/23/2016 | D.Brown - Cab/SCOTUS Stay Application | Overtime Expenses | $24.35 |
| 239-240 | 2/25/2016 | D.Brown - Meal/SCOTUS Stay Application | Overtime Expenses | $21.49 |
| 241 | 2/26/2016 | D.Brown - Cab/SCOTUS Stay Application | Overtime Expenses | $23.76 |
| 242 | 3/3/2016 | L.Weiss - cab to SCOTUS/SCOTUS Stay Application | Attorney Travel | $13.92 |

**Total**     **$16,221.48**