IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

JUNE MEDICAL SERVICES LLC, *et al.*,

Plaintiffs,

v.

REBEKAH GEE,

Defendant.

Civil Action No. 3:14-CV-525- JWD-RLB

## DECLARATION OF WILLIAM RITTENBERG IN SUPPORT OF PLAINTIFFS' PETITION FOR ATTORNEY'S FEES

WILLIAM RITTENBERG declares and states as follows:

1. I am a graduate of Tulane Law School, and have been an attorney in private practice in New Orleans since I was admitted to the Louisiana bar in September of 1970. I have been admitted in the Eastern District of Louisiana since 1971, and I am also admitted in the Middle and Western Districts of Louisiana, the Fifth Circuit Court of Appeals, and the United States Supreme Court.

2. My practice has consisted of both criminal and civil litigation. I have litigated a large number of civil rights cases, including numerous claims of violations of constitutional rights.

3. I am presently a member of the firm Rittenberg, Samuel & Phillips, LLC. I have served as Judge Ad Hoc for the Juvenile Court for the City of New Orleans, and as president of the Louisiana Association of Criminal Defense Lawyers.

4. Abortion cases are a highly stigmatized and politically divisive field. In my experience, it is difficult to find lawyers willing to represent abortion providers in Louisiana.

5. Since *Roe v. Wade*, in 1973, the Louisiana government has ceaselessly passed laws

and engaged in other legal maneuvers in an attempt to restrict or end altogether legal abortion services in this state. Consequently, abortion providers are constantly suing the State, on their own behalf and on behalf of their patients, in order to continue to offer care and to protect their patients' constitutional rights. Several dozen constitutional challenges have been made to Louisiana's anti-abortion laws since *Roe*, and I have served as counsel of record in the majority of them.

6. Given the outsize volume of litigation on this issue, and the limited resources of plaintiffs in abortion rights cases, counsel must also typically provide services *pro bono*. Fee shifting, when it occurs, has allowed me and other plaintiffs' counsel in abortion rights cases to recoup only a limited portion of the great volume of legal services donated over the past nearly half century.

7. I am not aware of any Louisiana lawyers with both the resources and the expertise to serve as lead counsel in a case like this one—involving complex constitutional issues litigated all the way to the U.S. Supreme Court—who are willing to represent abortion providers. As a result, abortion providers, including Plaintiffs in this case, must retain out-of-state counsel with both the expertise in abortion rights and the resources to handle a large and complex case *pro bono* with an unknown chance of recovery.

8. I participate in cases such as this one in the capacity of local counsel. In this case in particular, I have advised co-counsel about local practice and procedure, I have reviewed every paper filed under my name, and I provided substantive input into strategy and pleadings and briefs, based on my over four decades of experience representing abortion providers challenging anti-abortion restrictions.

9. I have kept contemporaneous records of my time and activities throughout this case. I have reviewed these records for accuracy, and I have deleted any entries that are erroneous or

duplicative. I have also excluded certain phone calls of short duration, brief reviews of papers on which I had no comments, and certain other minor tasks. Based on these records and my review, I seek attorney's fees for 63.07 hours I have spent on this case. I have detailed the tasks for which I seek recovery in the attached Exhibit A.

10. In light of my experience in the issues directly involved in this litigation, as well as my general experience and skills, and rates generally prevailing in Southeast Louisiana for an experienced litigator, I believe that $450 is a reasonable rate for my time in this case. It is comparable to what attorneys of comparable skill and experience in the community would charge paying clients for complicated federal cases.

11. Accordingly, the lodestar amount for my work on this case is $28,381.50. I arrived at this amount by multiplying the total amount of hours for which I seek recovery on this case by my rate of $450/hr.

> I declare under penalty of perjury that the foregoing is true and correct. Executed on May 10, 2017.

> /s/ *William Rittenberg*
> William Rittenberg