# Exhibit A

## TIME RECORDS - BILL RITTENBERG

June Medical Services v. Gee

| Date | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|
| Aug-04-14 | Telephone: Doufekias re suit | 0.25 | $450.00 | $112.50 |
| Aug-11-14 | Telephone: Martin re complaint and motion | 0.50 | $450.00 | $225.00 |
| Aug-18-14 | Telephone: Rikelman re suit | 0.50 | $450.00 | $225.00 |
| Aug-19-14 | Prepare: Pleadings | 2.50 | $450.00 | $1,125.00 |
| | Conference call with team | 1.25 | $450.00 | $562.50 |
| Aug-20-14 | Emails: Team | 0.25 | $450.00 | $112.50 |
| | Telephone: Rikelman | 0.25 | $450.00 | $112.50 |
| | Numerous emails: Team | 0.75 | $450.00 | $337.50 |
| Aug-21-14 | Emails: Team | 0.50 | $450.00 | $225.00 |
| | Telephone: Rikelman | 0.17 | $450.00 | $76.50 |
| | Conference call Team re filing TRO | 1.00 | $450.00 | $450.00 |
| Aug-22-14 | Emails: Team, preparing to file | 0.50 | $450.00 | $225.00 |
| | Telephone: Doufekias | 0.17 | $450.00 | $76.50 |
| | Telephone: Doufekias and Megan Terrell AAG | 0.17 | $450.00 | $76.50 |
| | Telephone: Doufekias | 0.17 | $450.00 | $76.50 |
| | Telephone: Doufekias ( four calls) | 0.75 | $450.00 | $337.50 |
| | Review: ECF filing | 0.25 | $450.00 | $112.50 |
| | Telephone: Samantha, magistrate's clerk | 0.25 | $450.00 | $112.50 |
| | Numerous emails: team | 0.50 | $450.00 | $225.00 |
| | Telephone: Megan Terrell and Doufekias | 0.25 | $450.00 | $112.50 |
| | Conference call with judge | 0.25 | $450.00 | $112.50 |
| | Telephone: Doufekias | 0.25 | $450.00 | $112.50 |
| | Telephone: Doufekias, Freel, AAG | 0.17 | $450.00 | $76.50 |
| | Review: Judge's order ECF | 0.17 | $450.00 | $76.50 |
| | Telephone: Rikelman and Crepps | 0.50 | $450.00 | $225.00 |
| | Email: Kyle Duncan | 0.17 | $450.00 | $76.50 |
| Aug-25-14 | Review ECF minute entry from court | 0.17 | $450.00 | $76.50 |
| | Conference call: Team | 0.50 | $450.00 | $225.00 |
| | Conference call: Court | 0.50 | $450.00 | $225.00 |
| | Telephone: Doufekias | 0.25 | $450.00 | $112.50 |
| | Emails: Team | 0.50 | $450.00 | $225.00 |
| | Conference call: Team | 0.50 | $450.00 | $225.00 |
| | Review ECF minute entry | 0.17 | $450.00 | $76.50 |
| Aug-26-14 | Review: Team emails and attached memos | 1.00 | $450.00 | $450.00 |
| | Telephone: Rikelman and Crepps re adding parties | 0.25 | $450.00 | $112.50 |
| | Telephone: Rikelman re amending pleadings | 0.17 | $450.00 | $76.50 |
| | Telephone: Kyle Duncan | 0.17 | $450.00 | $76.50 |
| | Conference call: Team | 0.50 | $450.00 | $225.00 |
| | Telephone: Demme re message from judge's clerk | 0.25 | $450.00 | $112.50 |
| | Conference call: Duncan, Russo and Demme | 0.50 | $450.00 | $225.00 |

1

## TIME RECORDS - BILL RITTENBERG

June Medical Services v. Gee

| Date | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|
| | Telephone: Demme | 0.17 | $450.00 | $76.50 |
| Aug-27-14 | Emails and attachments | 1.75 | $450.00 | $787.50 |
| | Review: Defendants opposition papers | 1.75 | $450.00 | $787.50 |
| | Review Duncan proposed stipulation | 0.17 | $450.00 | $76.50 |
| | Telephone: Demme before calling Duncan | 0.25 | $450.00 | $112.50 |
| | Conference call: All parties | 0.75 | $450.00 | $337.50 |
| | Telephone: Demme re conference call | 0.25 | $450.00 | $112.50 |
| Aug-28-14 | Hearing in Baton Rouge | 5.25 | $450.00 | $2,362.50 |
| Aug-29-14 | Review: New Proposals | 1.00 | $450.00 | $450.00 |
| | E-mails | 1.25 | $450.00 | $562.50 |
| | Telephone: Co-counsel | 0.25 | $450.00 | $112.50 |
| Aug-30-14 | Telephone: Judge's law clerk | 0.25 | $450.00 | $112.50 |
| | Telephone: Rikelman | 0.25 | $450.00 | $112.50 |
| | Emails: co-counsel | 0.50 | $450.00 | $225.00 |
| | Telephone: Rikelman | 0.17 | $450.00 | $76.50 |
| Sep-01-14 | Study court's opinion | 0.75 | $450.00 | $337.50 |
| | Emails: Co-counsel | 0.25 | $450.00 | $112.50 |
| Sep-03-14 | Emails: Co-counsel | 0.50 | $450.00 | $225.00 |
| Sep-04-14 | Telephone: Demme, Julie and Janet re our next step | 1.00 | $450.00 | $450.00 |
| Sep-10-14 | Emails: Demme and Kyle | 0.25 | $450.00 | $112.50 |
| Sep-11-14 | Emails: Opposing and co-counsel | 0.50 | $450.00 | $225.00 |
| Sep-22-14 | Telephone: Demme re status report | 0.25 | $450.00 | $112.50 |
| Sep-23-14 | Review proposed brief on status and emails, co-counsel | 0.75 | $450.00 | $337.50 |
| Sep-24-14 | Review: Defendant's brief on status and emails, co-counsel | 0.75 | $450.00 | $337.50 |
| Sep-29-14 | Conference call with co-counsel preparing for status conference | 1.00 | $450.00 | $450.00 |
| | Emails: Co-counsel | 0.25 | $450.00 | $112.50 |
| Sep-30-14 | Status conference call with court | 0.75 | $450.00 | $337.50 |
| | Telephone: Demme and Ilene | 0.25 | $450.00 | $112.50 |
| Oct-01-14 | Emails: Co-counsel and all counsel | 0.50 | $450.00 | $225.00 |
| Oct-02-14 | Emails: Co-counsel and all counsel | 0.50 | $450.00 | $225.00 |
| | Review: Judge's minute entry | 0.17 | $450.00 | $76.50 |
| Oct-07-14 | Telephone: Demme re TRO | 0.25 | $450.00 | $112.50 |
| Oct-08-14 | Numerous emails with co-counsel re strategy | 0.50 | $450.00 | $225.00 |
| | Telephone: Demme | 0.50 | $450.00 | $225.00 |
| Oct-16-14 | Emails: Co-counsel re discovery | 0.50 | $450.00 | $225.00 |
| Oct-17-14 | Review: Defendant's discovery requests | 1.00 | $450.00 | $450.00 |
| Oct-21-14 | Review: Discovery order | 0.50 | $450.00 | $225.00 |
| Nov-03-14 | Emails: Co-counsel | 0.25 | $450.00 | $112.50 |

## TIME RECORDS - BILL RITTENBERG

June Medical Services v. Gee

| Date | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|
| Nov-04-14 | Conference call: All plaintiffs counsel | 0.50 | $450.00 | $225.00 |
| Nov-05-14 | Telephone: Janet Crepps | 0.25 | $450.00 | $112.50 |
| Nov-06-14 | Status Conference call: With court | 0.50 | $450.00 | $225.00 |
|  | Email: Demme | 0.17 | $450.00 | $76.50 |
| Nov-07-14 | Emails: Co-counsel | 0.50 | $450.00 | $225.00 |
| Nov-10-14 | Conference call: Co-counsel | 1.00 | $450.00 | $450.00 |
| Nov-12-14 | Prepare Crepps pro hac vice motion | 0.50 | $450.00 | $225.00 |
| Nov-17-14 | Telephone: Tulane Medical re subpoenas | 0.25 | $450.00 | $112.50 |
| Dec-08-14 | Emails: Co-counsel | 0.25 | $450.00 | $112.50 |
|  | Telephone: Judy Giodarno, attorney for subpoenaed hospital | 0.25 | $450.00 | $112.50 |
|  | Status conference with judge | 0.60 | $450.00 | $270.00 |
| Dec-15-14 | Telephone: Ann Halphen attorney for Minden Hospital | 0.25 | $450.00 | $112.50 |
| Dec-18-14 | Review: Responses to subpoenas and other discovery | 0.75 | $450.00 | $337.50 |
|  | TOTAL 2014: | 49.57 | $450.00 | $22,306.50 |
| Jan-16-15 | Telephone, email: Demme | 0.25 | $450.00 | $112.50 |
|  | Telephone: Daniel Devalier | 0.25 | $450.00 | $112.50 |
| Jan-23-15 | Emails: co-counsel | 0.25 | $450.00 | $112.50 |
| Mar-03-15 | Email co-counsel, review minute entry | 0.25 | $450.00 | $112.50 |
| Mar-09-15 | Telephone: Clerk of court, twice | 0.25 | $450.00 | $112.50 |
|  | Emails: Co-counsel | 0.25 | $450.00 | $112.50 |
| Mar-19-15 | Hearing in Baton Rouge | 7.00 | $450.00 | $3,150.00 |
|  | TOTAL 2015: | 8.50 | $450.00 | $3,825.00 |
| Jan-21-16 | Conference call: Co-Counsel | 0.25 | $450.00 | $112.50 |
| Jan-25-16 | Review: Opinion | 3.00 | $450.00 | $1,350.00 |
| Feb-19-16 | Emails: Co-counsels | 0.25 | $450.00 | $112.50 |
| Mar-07-16 | Emails: Co-counsel and all counsel | 0.50 | $450.00 | $225.00 |
| Apr-01-16 | Conference call: Judge and Mike Johnson | 0.25 | $450.00 | $112.50 |
|  | Emails: Co-counsel | 0.25 | $450.00 | $112.50 |
| Aug-11-16 | Review draft of brief in response to state | 0.25 | $450.00 | $112.50 |
| Sep-21-16 | Telephone Erica from Middle Dist clerk's office, emails co-counsel | 0.25 | $450.00 | $112.50 |
|  | TOTAL 2016: | 5.00 | $450.00 | $2,250.00 |
|  | TOTAL HOURS 2014 - 2016: | 63.07 |  | $28,381.50 |

3