IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JUNE MEDICAL SERVICES LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>REBEKAH GEE,<br><br>Defendant. | Civil Action No. 3:14-CV-525- JWD-RLB |

## DECLARATION OF DIMITRA DOUFEKIAS

I, Dimitra Doufekias, declare under penalty of perjury that the following statements are true and correct:

1. I am a Partner in the law firm Morrison & Foerster LLP ("Morrison & Foerster"). I serve as co-lead counsel for Plaintiffs in this case.

2. I submit this declaration in support of Plaintiffs' petition for attorney's fees, out-of-pocket expenses, and costs. Unless otherwise noted, the information set forth herein is based on my personal knowledge, my review of records maintained by Morrison & Foerster, and information provided to me by my colleagues at Morrison & Foerster that I believe to be true.

### Qualifications and Roles of the Morrison & Foerster Timekeepers

3. Plaintiffs seek a fee award for services provided by eight attorneys and one paralegal currently or formerly affiliated with Morrison & Foerster: myself, Marc A. Hearron, David D. Scannell, Kerry C. Jones, Timothy P. Gallivan, Jeremy B. Merkelson, Libby J. Greismann, Hanna Abrams, Marissa P. Harris, and Gregory E. Brooks (collectively, the "Morrison & Foerster timekeepers").

1

4. Morrison & Foerster is a leading international law firm with over 1,000 lawyers. Headquartered in San Francisco, the firm also has offices in New York; Washington, DC; Denver; Los Angeles; Northern Virginia; Palo Alto; and San Diego; as well as throughout Asia and Europe. Morrison & Foerster is consistently ranked as one of the top litigation practices in the country by *The American Lawyer*, *Chambers*, *Legal 500*, *National Law Journal*, and *U.S. News & World Report*, among others, and was recently named a "litigation powerhouse" by Law360. In the last five years alone, the firm's appellate practice has handled more than 100 cases in the federal courts of appeal and 40 cases in state supreme courts, as well as eleven U.S. Supreme Court arguments. Through decades of pro bono litigation, the firm has developed unusually deep expertise on the legality of restrictions on abortion services. These matters include representing plaintiffs in federal district and circuit courts in *Whole Woman's Helath v. Hellerstedt* (Texas), *Texas Medical Providers Performing Abortion Services v. Lakey* (Texas), and *Isaacson v. Horne* (Arizona).

5. I currently serve as a Partner in Morrison & Foerster's Litigation Practice Group. I joined the firm in 2006 and became a partner in 2013. I am the Co-Chair of Morrison & Foerster LLP's Securities Litigation, Enforcement, and White-Collar Criminal Defense Practice Group. My practice involves all aspects of complex civil and criminal litigation in federal and state trial and appellate courts. Prior to joining Morrison & Foerster, I was an associate at the law firm DLA Piper. I graduated from Georgetown University Law Center in 2003.

6. I have developed substantial expertise in abortion-rights litigation from representing reproductive healthcare providers on a *pro bono* basis. In addition to this case, I currently serve as co-lead counsel for the plaintiffs in another case, also named *June Medical Services LLC et al. v. Gee*, challenging a number of other Louisiana laws that imposed restrictions on abortion clinics and women seeking abortions.

7. I am a member of the Bars of Virginia and the District of Columbia. I am admitted to practice in the Supreme Court of Virginia, the Eastern District of Virginia, and the United States Court of Appeals for the Ninth Circuit.

8. I served as co-lead counsel throughout this case, along with counsel from the Center for Reproductive Rights. I managed the discovery process and argued the plaintiffs' motions for a temporary restraining order and summary judgment. I was also co-lead counsel at trial, managed the trial team, participated in the formation of case strategy, directed affirmative and defensive discovery on behalf of the plaintiffs' and provided substantive input on pleadings and briefs.

9. Marc A. Hearron, a 2005 graduate of Southern Methodist University's Dedman School of Law, is a Partner in Morrison & Foerster's Appellate & Supreme Court Practice Group. Prior to joining the firm, he clerked for the Honorable Carolyn Dineen King of the U.S. Court of Appeals for the Fifth Circuit and the Honorable Sidney A. Fitzwater of the U.S. District Court for the Northern District of Texas. Mr. Hearron assisted with the appellate proceedings in this case. In particular, he provided advice about case strategy and appellate procedure; provided comments on appellate briefs; and aided in preparation for oral arguments.

10. David D. Scannell, a 2009 graduate of the University of Virginia School of Law, is an Associate in Morrison & Foerster's Litigation department. Mr. Scannell assisted with all aspects of this case, including drafting the complaint, managing discovery, defending depositions, drafting motions, and preparing for trial.

11. Kerry C. Jones, a 2014 graduate of the University of Virginia School of Law, is an Associate in Morrison & Foerster's Litigation department. Ms. Jones managed discovery, drafted motions, and developed case strategy, and was particularly involved in preparing for and presenting Plaintiffs' case at trial.

12. Timothy P. Gallivan, a 2014 graduate of the University of Virginia School of Law, is an Associate in Morrison & Foerster's Litigation department. Mr. Gallivan managed discovery, drafted motions, and developed case strategy, and was particularly involved in preparing for and presenting Plaintiffs' case at trial.

13. Jeremy B. Merkelson, a 2009 graduate of the University of Virginia School of Law, served as an Associate in Morrison & Foerster's Litigation Practice Group throughout most of this case. Mr. Merkelson helped draft the Plaintiffs' complaint, developed initial case strategy, and managed the early aspects of discovery. Mr. Merkelson is now the General Counsel of the Association of American Law Schools.

14. Libby Wiengarten, formerly Libby J. Greismann, a 2013 graduate of the Duke University School of Law, served as an Associate in Morrison & Foerster's Litigation Practice Group throughout most of this case. Ms. Wiengarten helped draft the Plaintiffs' complaint, developed initial case strategy, and managed the early aspects of discovery. Ms. Wiengarten is now with the firm of Wilson Sonsini Goodrich & Rosati.

15. Hanna Abrams, a 2008 graduate of New York University School of Law, is an Associate in Morrison & Foerster's Litigation department. Ms. Abrams' primary responsibility on this case was to help draft the Plaintiffs' summary judgment motions and motions *in limine*.

16. Marissa P. Harris, a 2009 graduate of Georgetown University Law Center, served as an Associate in Morrison & Foerster's Litigation Practice Group throughout most of this case. Prior to joining the firm, she served as a Special Assistant District Attorney for Kings County (Brooklyn), New York. Ms. Harris assisted with discovery and trial preparation in this case. In particular, she drafted and responded to discovery requests; drafted discovery motions; worked with an expert witness; took a deposition; and aided in trial preparation. She also conducted legal

research concerning Defendants' motions to stay this Court's judgment.  Ms. Harris is currently an Assistant United States Attorney with the United States Attorney's Office – Northern District of California.

17. Gregory E. Brooks was an E-Discovery Analyst at Morrison & Foerster throughout much of this case.  He has over ten years of experience providing technical support to litigators and advising them about data collection, storage, management, and production in connection with electronic discovery.  Here, Mr. Brooks managed the collection and storage of electronic discovery materials and ensured that these materials were produced in the format required by this Court's rules and case-specific orders.  Mr. Brooks is currently an ERM Project Consultant at GEB Consulting LLC.

**Reasonable Hourly Rates for the Morrison & Foerster Timekeepers**

18. Morrison & Foerster serves clients throughout the United States.  The rates charged by Morrison & Foerster for legal work done within the United States do not vary based on the location of the client.

19. Upon information and belief, the way that Morrison & Foerster structures its rates is typical of the way that other large national and international law firms structure their rates.  Likewise, the actual rates that Morrison & Foerster charges its clients are comparable to the rates that other large national and international law firms charge their clients.  In other words, Morrison & Foerster charges prevailing market rates for its legal work.

20. The chart on the following page indicates reasonable hourly rates for the legal services that the Morrison & Foerster timekeepers performed in this case.

| Timekeeper | Title | 2014 Rate | 2015 Rate | 2016 Rate | Law School Graduation Year |
|---|---|---|---|---|---|
| **Dimtra Doufekias** | Partner | $775 | $825 | $875 | 2003 |
| **Mark A. Hearron** | Partner | N/A | $800 | $850 | 2005 |
| **David D. Scannell** | Associate | $615 | $675 | $725 | 2009 |
| **Kerry C. Jones** | Associate | $385 | $405 | $465 | 2014 |
| **Timothy P. Gallivan** | Associate | $385 | $405 | $465 | 2014 |
| **Jeremy B. Merkelson** | Associate | $615 | $675 | N/A | 2009 |
| **Libby J. Greisman** | Associate | $385 | $460 | N/A | 2013 |
| **Hanna Abrams** | Associate | N/A | $675 | N/A | 2008 |
| **Marissa P. Harris** | Associate | $615 | $675 | N/A | 2009 |
| **Gregory E. Brooks** | E-Discovery Analyst | $295 | $310 | N/A | N/A |

21.     At all relevant times, all Morrison & Foerster Timekeepers were based in Morrison & Foerster's Washington, DC, office.  The rates assigned to these timekeepers are the rates that Morrison & Foerster charged clients for their services during the years indicated.  These rates are consistent with the rates that attorneys of reasonably comparable skill, experience and reputation in the Washington, DC, legal market charged their clients for complex federal litigation during the years indicated.

### Lodestar Amounts for the Morrison & Foerster Timekeepers

22.     The Morrison & Foerster timekeepers kept detailed records of the time that we spent working on this case.  Based on a review of those records, I prepared Exhibit A, which sets forth the time entries by Morrison & Foerster timekeepers for which Plaintiffs seek an award of attorney's fees.

23.     In preparing Exhibit A, I exercised reasonable billing judgment.  I reduced or eliminated time entries that were excessive, duplicative, or otherwise unreasonable.  In addition, I omitted certain categories of time altogether.  For example, I omitted all time spent by certain

6

senior attorneys whose roles were limited to reviewing briefs and participating in strategy discussions. Likewise, I omitted all time spent by certain junior associates whose roles were limited to assisting with document review or ad hoc legal research. In addition, I eliminated time entries by certain paralegals. I also omitted all time spent on tasks that I deemed to be clerical in nature.

24. The lodestar amount for each Morrison & Foerster timekeeper is set forth in the chart below. I arrived at those figures by multiplying the number of hours each timekeeper reasonably expended on this litigation in a given year by the reasonable hourly rate for that timekeeper for that year, then adding together the annual subtotals.

|  | Title | 2014 Rate | 2014 Hours | 2014 Total | 2015 Rate | 2015 Hours | 2015 Total | 2016 Rate | 2016 Hours | 2016 Total | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Dimtra Doufekias** | Partner | $775 | 378 | $292,950.00 | $825 | 601.25 | $496,031.25 | $875 | 118.25 | $103,468.75 | **$892,450.00** |
| **Mark A. Hearron** | Partner | N/A | N/A | N/A | $800 | 3.5 | $2,800.00 | $850 | 39 | $33,150.00 | **$35,950.00** |
| **David D. Scannell** | Associate | $615 | 330.25 | $203,103.75 | $675 | 93.50 | $63,112.50 | $725 | 46.75 | $33,893.75 | **$300,110.00** |
| **Kerry C. Jones** | Associate | $385 | 60.25 | $23,196.25 | $405 | 539.75 | $218,598.75 | $465 | 45.75 | $21,273.75 | **$263,068.75** |
| **Timothy P. Gallivan** | Associate | $385 | 43.50 | $16,747.50 | $405 | 389.00 | $157.545.00 | $465 | 29.00 | $13,485.00 | **$187,777.50** |
| **Jeremy B. Merkelson** | Associate | $615 | 256.75 | $157,901.25 | $675 | 94.75 | $63,956.25 | N/A | N/A | N/A | **$221,857.50** |
| **Libby J. Greisman** | Associate | $385 | 539 | $207,515.00 | $460 | 206 | $94,875.00 | N/A | N/A | N/A | **$302,390.00** |
| **Hanna Abrams** | Associate | N/A | N/A | N/A | $675 | 156.25 | $105,468.75 | N/A | N/A | N/A | **$105,468.75** |
| **Marissa P. Harris** | Associate | $615 | 56.75 | $34,901.25 | $675 | 141 | $95,175.00 | N/A | N/A | N/A | **$130,076.25** |
| **Gregory E. Brooks** | EDiscovery Analyst | $295 | 86 | $25,370.00 | $310 | 43 | $13,300.00 | N/A | N/A | N/A | **$38,700.00** |

25. The total lodestar amount for all Morrison & Foerster timekeepers is $2,477,848.75.

7

**Expenses and Costs Incurred by Morrison & Foerster**

26. Morrison & Foerster incurred reasonable, out-of-pocket expenses in the amount of $170,863.65 in connection with this case. An itemized list of these expenses is set forth in Exhibit B. Receipts and other documentary evidence concerning these expenses are set forth in the documents, which are attached at Exhibit C. (These have been redacted to remove financial and personal information, including credit card numbers and home addresses and telephone numbers).

27. The expenses listed in Exhibit B consist of necessary postage, shipping, and messenger charges; attorney travel expenses; word processing fees; legal research fees; e-discovery fees; printing charges; and process server fees. All of these expenses are part of the costs that Morrison & Foerster would typically charge a fee-paying client.

28. Morrison & Foerster also incurred taxable costs in the amount of $49,512.35 in connection with this case. Movants are filing a Bill of Costs simultaneously with the instant petition that itemizes these costs.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 10, 2017

                                            */s/ Dimitra Doufekias*
                                            Dimitra Doufekias