IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

JUNE MEDICAL SERVICES LLC, *et al.*,

Plaintiffs,

v.

REBEKAH GEE,

Defendant.

Civil Action No. 3:14-CV-525- JWD-RLB

**[PROPOSED] ORDER GRANTING PLAINTIFFS' PETITION FOR ATTORNEY'S FEES**

Before the Court is Plaintiffs' petition for attorney's fees under 42 U.S.C. § 1988. Having considered the briefs, exhibits, and other papers on file with the Court and the arguments in support of and in opposition to Plaintiffs' petition, the Court is of the opinion that the petition should be GRANTED.

IT IS THEREFORE ORDERED that Defendants shall pay Plaintiffs reasonable attorney's fees in the amount of $4,701,228.38 for services rendered before April 26, 2017, the date on which this Court entered final judgment, exclusive of reasonable fees and expenses incurred in litigating the present petition and in any future proceedings. This amount is broken down as follows:

| | |
|---|---:|
| Lodestar Fees Awarded to the Center for Reproductive Rights: | $2,007,913.00 |
| Nontaxable Expenses Awarded to the Center for Reproductive Rights: | $16,221.48 |
| Lodestar Fees Awarded to Morrison & Foerster LLP: | $2,477,848.75 |
| Nontaxable Expenses Awarded to Morrison & Foerster LLP: | $170,863.65 |
| Lodestar Fees Awarded to Rittenberg, Samuel & Phillips, LLC: | $28,381.50 |

Total: $4,701,228.38

IT IS FURTHER ORDERED that Plaintiffs submit a supplemental petition for attorney's fees no later than 14 days after today's date, or 14 days after mandate issues from the Fifth Circuit Court of Appeals, whichever comes later.

BATON ROUGE, Louisiana, this _____ day of _____, 2017

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA