AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | |
|---|---|
| June Medical Services LLC, et al. | ) |
| | ) |
| v. | )    Case No.: 3:14-CV-00525-JWD-RLB |
| Doctor Rebekah Gee, et al. | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on   09/26/2018   against   Plaintiffs  ,
                                             *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $   1,010.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 787.50 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 23,737.96 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,669.96 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,672.77 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,625.34 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $   33,503.53 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

| Declaration |
|---|

     I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

   ☑   Electronic service         ☐   First class mail, postage prepaid

   ☐   Other:

    s/ Attorney:     S/ Elizabeth B. Murrill

        Name of Attorney:   Elizabeth B. Murrill

For:                  Defendants               Date:    10/26/2018
                     *Name of Claiming Party*

| Taxation of Costs |
|---|

Costs are taxed in the amount of                      and included in the judgment.

                            By:

| | | |
|---|---|---|
| *Clerk of Court* | *Deputy Clerk* | *Date* |

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | | |
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness | |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | | |
| See attached Exhibit A. | 8 | 320.00 | 8 | 1,099.81 | 496 | 252.96 | $1,672.77 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | | $0.00 | |
| | | | | | | **TOTAL** | $1,672.77 | |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

| NAME, CITY, AND STATE OF RESIDENCE | Attendance 28 U.S.C. § 1821(b) | | Lodging 28 U.S.C. § 1821(d)(1)-(2); GSA Per Diem Rate for FY 20141 | | Meals & Incidental Expenses 28 U.S.C. § 1821(d)(1)-(2); GSA Per Diem Rate for FY 2014 | | Common Carrier 28 U.S.C. § 1821(c)(1) | Other Travel 28 U.S.C. § 1821(c)(3)-(4) | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | | Miles | Total Cost | |
| **Jacqueline C. Harvey, PhD** Trophy Club, Texas (Deposition in Washington, DC) | 1 | $40.00 | | | | | $534.81 | | | $574.81 |
| **James C. Anderson, MD** Midlothian, Virginia (Deposition in Washington, DC) | 1 | $40.00 | 1 | $249.91 | 1 | $29.53 | | | | $319.44 |
| **Damon T. Cudihy, MD** Lafayette, Louisiana (Deposition in Baton Rouge, LA) | 1 | $40.00 | | | 1 | $10.00 | | 114 | $58.14 | $108.14 |
| **Damon T. Cudihy, MD** Lafayette, Louisiana (Trial in Baton Rouge, LA) | 1 | $40.00 | | | | | | | | $40.00 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

| NAME, CITY, AND STATE OF RESIDENCE | Attendance 28 U.S.C. § 1821(b) | | Lodging 28 U.S.C. § 1821(d)(1)-(2); GSA Per Diem Rate for FY 20141 | | Meals & Incidental Expenses 28 U.S.C. § 1821(d)(1)-(2); GSA Per Diem Rate for FY 2014 | | Common Carrier 28 U.S.C. § 1821(c)(1) | Other Travel 28 U.S.C. § 1821(c)(3)-(4) | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | | Miles | Total Cost | |
| **Beverly McMillan, MD** Jackson, Mississippi (Deposition in New Orleans, LA) | 1 | $40.00 | 1 | $230.63 | 2 | $44.93 | | 382 | $194.82 | $510.38 |
| **John M. Thorp, Jr., MD** Chapel Hill, North Carolina (Deposition in Chapel Hil, NC) | 1 | $40.00 | | | | | | | | $40.00 |
| **Peter Uhlenberg, PhD** Chapel Hill, North Carolina (Deposition in Chapel Hil, NC) | 1 | $40.00 | | | | | | | | $40.00 |
| **Tumulesh K.S. Solansky, PhD** Metairie, Louisiana (Deposition in New Orleans, LA) | 1 | $40.00 | | | | | | | | $40.00 |
| **Total:** | | **$320.00** | | **$480.54** | | **$84.46** | **$534.81** | 496 | **$252.96** | **$1,672.77** |

2

DEFENDANTS' ITEMIZED COSTS

| Date | Firm | Amount | Category | Description | Bill |
|---|---|---|---|---|---|
| | | | | | |
| | | | **FEES OF THE CLERK** | | |
| | | | | | |
| 2/10/2016 | SJLLP | $ 505.00 | Court Fees | Louisiana Middle District Court Appeal Fee. | 89 |
| 5/5/2017 | SJLLP | $ 505.00 | Court Fees | Appeal fee.  Louisiana Middle District. | 233 |
| | | | | | |
| | **Subtotal:** | **$ 1,010.00** | | | |

DEFENDANTS' ITEMIZED COSTS

| Date | Firm | Amount | Category | Description | Bill |
|---|---|---|---|---|---|
| | | | | | |
| **FEES FOR SERVICE OF SUMMONS AND SUBPOENA** | | | | | |
| | | | | | |
| 1/16/2015 | SJLLP | $ 112.50 | Service | Bombet, Cashio, Darboone invoice#427927.  Service of Delta Clinic employees. | 47 |
| 3/16/2015 | SJLLP | $ 375.00 | Service | Bombet, Cashio, Darbonne.  Service of Subpeonas.  Witnesses: Marier, Cochran, Dean, Solanky, Castello ($75/service).  Check #1087. | 56 |
| 3/17/2015 | SJLLP | $ 75.00 | Service | Payment to Bombet, Cashio, Darbonne.  Service to Jeffrey Co Co.  Check #1094 | 56 |
| 3/17/2015 | SJLLP | $ 75.00 | Service | Bombet, Cashio, Darbonne.  Subpoena service fee.  Dora Kane. | 56 |
| 3/17/2015 | SJLLP | $ 75.00 | Service | Expenses paid by Kitchens Law Firm.  Service of Subpoena.  See attached documentation | 56 |
| 3/18/2015 | SJLLP | $ 75.00 | Service | Payment to Bombet, Cashio, Darbonne.  Service of Subpoena.  Witness:  Gardner.  Check number #1096. | 56 |
| | | | | | |
| **Subtotal:** | | **$ 787.50** | | | |

DEFENDANTS' ITEMIZED COSTS

| Date | Firm | Amount | Category | Description | Bill |
|------|------|--------|----------|-------------|------|
| | | | | | |
| **FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE** | | | | | |
| | | | | | |
| 11/17/2014 | SJLLP | $ 740.40 | Transcripts | Deposition transcript, On the Record, 11/17/2014, Invoice #940342 | 42 |
| 11/19/2014 | SJLLP | $ 674.40 | Transcripts | Deposition Transcript, On the Record, 11/19/2014, Invoice #940344 | 42 |
| 11/20/2014 | SJLLP | $ 1,079.35 | Transcripts | Deposition transcription, On the Record, 11/20/2014, Invoice #940355 | 42 |
| 12/26/2014 | SJLLP | $ 502.50 | Transcripts | On the Record, Deposition Transcript from 11/21/14, Invoice #940366 | 46 |
| 1/26/2015 | SJLLP | $ 2,457.05 | Transcripts | Veritext Florida Reporting Co. Invoice# FLA2231996 Transcript of Drs. Estes and Katz depositions. | 47 |
| 1/28/2015 | SJLLP | $ 408.50 | Transcripts | On the Record, Court Reporter.  Deposition of Dora Kane.  Invoice #940437 | 56 |
| 2/2/2015 | SJLLP | $ 702.05 | Transcripts | On the Record Invoice #940446.  Deposition transcript of Dr Cudihy. | 49 |
| 2/2/2015 | SJLLP | $ 645.85 | Transcripts | On the Record Invoice #940449.  Deposition transcript of Dr. Mouton | 49 |
| 2/3/2015 | SJLLP | $ 784.49 | Transcripts | Alliance Court Reporting Invoice #953282.  Dr Pressman deposition | 49 |
| 2/4/2015 | SJLLP | $ 586.00 | Transcripts | On the Record Invoice #940459.  Deposition transcript of Cecile Castello. | 49 |
| 2/5/2015 | SJLLP | $ 433.50 | Transcripts | On the Record Invoice #940464.  Deposition transcript of Hedra Debea | 49 |
| 2/5/2015 | SJLLP | $ 617.20 | Transcripts | On the Record Invoice #940466.  Deposition transcript of Dr. Marrier | 49 |
| 2/9/2015 | SJLLP | $ 475.05 | Transcripts | On the Record Invoice #940472.  Deposition transcript of Dr. Solanky | 49 |
| 2/11/2015 | SJLLP | $ 1,455.40 | Transcripts | TSG Reporting Invoice #012715-327729.  Transcript of Dr James C. Anderson | 49 |
| 2/11/2015 | SJLLP | $ 1,109.25 | Transcripts | TSG Reporting.  Deposition transcript of Jacqueline Harvey. | 49 |
| 2/11/2015 | SJLLP | $ 1,016.50 | Transcripts | On the Record Invoice #940474.  Deposition transcript of Kathy Kliebert, Jennifer Stevens | 49 |
| 2/12/2015 | SJLLP | $ 774.60 | Transcripts | Karen Tyler Reporting Invoice # RR021215.  Deposition of John Doe#2. | 49 |
| 2/12/2015 | SJLLP | $ 690.45 | Transcripts | On the Record Invoice # 940487.  Deposition copy of Dr McMillan. | 49 |
| 2/12/2015 | SJLLP | $ 1,322.75 | Transcripts | On the Record Invoice #940488.  Deposition of Sylvia Cochran. | 49 |
| 2/16/2015 | SJLLP | $ 771.20 | Transcripts | On the Record Deposition Transcript Dr John Doe #5 | 49 |
| 2/20/2015 | SJLLP | $ 2,670.10 | Transcripts | TSG Reporting.  Deposition transcript Peter Uhlenberg, Dr Thorp. | 49 |
| 7/17/2015 | SJLLP | $ 3,809.37 | Transcripts | Trial transcript fee.  Total fee of $7.618.75 split between DHH and opposing counsel. | 64 |

DEFENDANTS' ITEMIZED COSTS

| Date | Firm | Amount | Category | Description | Bill |
|------|------|--------|----------|-------------|------|
| 2/17/2016 | SJLLP | $      12.00 | Transcripts | Janice Russell Transcripts.  Transcript of a telephone conference with Judge DeGravelles from court reporter. | 89 |
|  |  |  |  |  |  |
| **Subtotal:** | | **$  23,737.96** | | | |

DEFENDANTS' ITEMIZED COSTS

| Date | Firm | Amount | Category | Description | Bill |
|---|---|---|---|---|---|
| | | | | | |
| **FEES AND DISBURSEMENTS FOR PRINTING** | | | | | |
| | | | | | |
| 10/14/2014 | SJLLP | $ 22.67 | Printing | Print 3 copies of contract for signatures | 31 |
| 12/2/2014 | SJLLP | $ 8.16 | Printing | Print, 3-hole punch expert reports | 46 |
| 12/2/2014 | SJLLP | $ 34.26 | Printing | Print, 3-hole punch expert reports | 46 |
| 1/19/2015 | SJLLP | $ 50.00 | Printing | In-house copies in preparation for deposition of expert witness (250 p | 47 |
| 2/18/2015 | SJLLP | $ 74.29 | Printing | Print and bind copies of motion for partial summary judgment and DHH opposition to motion for preliminary injunction and supporting exhibits for court and opposing counsel. | 49 |
| 3/12/2015 | SJLLP | $ 35.83 | Printing | Print, copy bind deposition testimony in preparation for trial. Minutemen Press. | 52 |
| 3/16/2015 | SJLLP | $ 52.00 | Printing | In house copies of Defendant's Reply in Support of Motion for Partial S | 52 |
| 7/24/2015 | SJLLP | $ 142.91 | Printing | Print, bind trial transcript | 64 |
| 8/5/2015 | SJLLP | $ 28.78 | Printing | Minuteman Press.  Print, copy bind Deposition Designations. | 68 |
| 8/26/2015 | SJLLP | $ 38.69 | Printing | Print, copy, bind Defendant's Proposed Finding of Fact and Conclusions of Law for court. | 68 |
| 9/4/2015 | SJLLP | $ 32.04 | Printing | Print and bind 2 copies of Defendant's objections to plaintiffs proposed findings of fact and conclusions of law for Court | 72 |
| 2/29/2016 | SJLLP | $ 368.71 | Printing | Print copy bind Record on Appeal, Minutemen Press.  2 payments: deposit $175, payment $193.71. | 89 |
| 4/6/2016 | SJLLP | $ 520.99 | Printing | Print, copy, bind remainder of Record on Appeal.  Minutemen Press. | 89 |
| 7/12/2017 | SJLLP | $ 1,676.27 | Printing | Minutemen Press.  Print, copy, bine June Medical Record on Appeal. | 252 |
| 7/28/2017 | SJLLP | $ 1,341.02 | Printing | Minutemen Press.  Print, copy, bine June Medical Record on Appeal. | 252 |
| 9/29/2017 | SJLLP | $ 153.14 | Printing | Minutemen Press, Invoice #36788.  Reprint June 1 Record Excerpts. | 287 |
| 11/21/2017 | SJLLP | $ 90.20 | Printing | Minutemen Press Invoice #37203.  June I reply printing and mailing. | 332 |
| | | | | | |
| | **Subtotal:** | **$ 4,669.96** | | | |

DEFENDANTS' ITEMIZED COSTS

| Date | Firm | Amount | Category | Description | Bill |
|------|------|--------|----------|-------------|------|
| | | | | | |
| **FEES FOR EXEMPLIFICATION AND THE COSTS OF MAKING COPIES OF ANY MATERIALS WHERE THE COPIES ARE NECESSARILY OBTAINED FOR USE IN THE CASE** | | | | | |
| | | | | | |
| 2/11/2015 | SJLLP | $ 1,458.48 | Exemplification | Baton Rouge Court Reporters.  Transcribe Senate Committee on Health and Welfare ($735.42) and House Committee on Health and Welfare ($723.06). | 49 |
| 2/13/2015 | SJLLP | $ 166.86 | Exemplification | Baton Rouge Court Reporters.  Transcription La Senate Floor Debate ($117.42), LA Final Bill Passage ($24), and House Concurrence HB 388 ($25.44). | 49 |
| | | | | | |
| | **Subtotal:** | **$ 1,625.34** | | | |

DEFENDANTS' ITEMIZED COSTS

| Date | Firm | Amount | Category | Description | Bill |
|------|------|--------|----------|-------------|------|
|  |  |  |  |  |  |
| **COSTS TAXED BY COURT OF APPEALS AND SUPREME COURT** | | | | | |
|  |  |  |  |  |  |
|  | SJLLP | $          - | Appellate | Costs taxed by U.S. Court of Appeals for the Fifth Circuit *Mandate of the court of appeals has not yet issued. The attached bill of costs has been submitted. We reserve the right to file a supplemental bill of costs when the court of appeals' mandate does issue. Amount submitted: $748.27. |  |
|  |  |  |  |  |  |
| **Subtotal:  $          -** | | | | | |

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

## BILL OF COSTS

**NOTE: The Bill of Costs is due in this office *within 14 days from the date of the opinion, See* FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.**

June Medical Services LLC, et al. _____ **v.** Doctor Rebekah Gee, et al. _____ **No.** 17-30397

The Clerk is requested to tax the following costs against: Plaintiffs _____

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| **Docket Fee ($450.00)** | | | | 450 | | | | |
| **Appendix or Record Excerpts** | 7 | 172 | 0.13 | 156.52 | | | | |
| **Appellant's Brief** | 9 | 70 | 0.15 | 94.5 | | | | |
| **Appellee's Brief** | | | | | | | | |
| **Appellant's Reply Brief** | 9 | 35 | 0.15 | 47.25 | | | | |
| **Other:** | | | | | | | | |
| | | | Total $ 748.27 | | Costs are taxed in the amount of $ | | | |

Costs are hereby taxed in the amount of $ _____ this _____ day of _____, _____.

LYLE W. CAYCE, CLERK

State of
County of _____

By _____
Deputy Clerk

I __Stephen  S.  Schwartz_____, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This __10th__ day of __October__, __2018__.

_____
(Signature)

**\*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS**

Attorney for Defendants _____

Print Form

Case: 17-30397    Document: 00514675798    Page: 2    Date Filed: 10/10/2018

***FIFTH CIRCUIT RULE 39***

***39.1 Taxable Rates.*** *The cost of reproducing necessary copies of the brief, appendices, or record excerpts shall be taxed at a rate not higher than $0.15 per page, including cover, index, and internal pages, for any for of reproduction costs. The cost of the binding required by 5ᵀᴴ CIR. R. 32.2.3 that mandates that briefs must lie reasonably flat when open shall be a taxable cost but not limited to the foregoing rate. This rate is intended to approximate the current cost of the most economical acceptable method of reproduction generally available; and the clerk shall, at reasonable intervals, examine and review it to reflect current rates. Taxable costs will be authorized for up to 15 copies for a brief and 10 copies of an appendix or record excerpts, unless the clerk gives advance approval for additional copies.*

***39.2 Nonrecovery of Mailing and Commercial Delivery Service Costs.*** *Mailing and commercial delivery fees incurred in transmitting briefs are not recoverable as taxable costs.*

***39.3 Time for Filing Bills of Costs.*** *The clerk must receive bills of costs and any objections within the times set forth in FED. R. APP. P. 39(D). See 5ᵀᴴ CIR. R. 26.1.*

**FED. R. APP. P. 39.    COSTS**

**(a)** ***Against Whom Assessed.*** The following rules apply unless the law provides or the court orders otherwise;

(1) if an appeal is dismissed, costs are taxed against the appellant, unless the parties agree otherwise;

(2) if a judgment is affirmed, costs are taxed against the appellant;

(3) if a judgment is reversed, costs are taxed against the appellee;

(4) if a judgment is affirmed in part, reversed in part, modified, or vacated, costs are taxed only as the court orders.

**(b)** ***Costs For and Against the United States.*** Costs for or against the United States, its agency or officer will be assessed under Rule 39(a) only if authorized by law.

**©)** ***Costs of Copies*** Each court of appeals must, by local rule, fix the maximum rate for taxing the cost of producing necessary copies of a brief or appendix, or copies of records authorized by rule 30(f). The rate must not exceed that generally charged for such work in the area where the clerk's office is located and should encourage economical methods of copying.

**(d)** ***Bill of costs: Objections; Insertion in Mandate.***

(1) A party who wants costs taxed must – within 14 days after entry of judgment – file with the circuit clerk, with proof of service, an itemized and verified bill of costs.

(2) Objections must be filed within 14 days after service of the bill of costs, unless the court extends the time.

(3) The clerk must prepare and certify an itemized statement of costs for insertion in the mandate, but issuance of the mandate must not be delayed for taxing costs. If the mandate issues before costs are finally determined, the district clerk must – upon the circuit clerk's request – add the statement of costs, or any amendment of it, to the mandate.

**(e)** ***Costs of Appeal Taxable in the District Court.*** The following costs on appeal are taxable in the district court for the benefit of the party entitled to costs under this rule:

(1) the preparation and transmission of the record;

(2) the reporter's transcript, if needed to determine the appeal;

(3) premiums paid for a supersedeas bond or other bond to preserve rights pending appeal; and

(4) the fee for filing the notice of appeal.

**From:** <paygovadmin@mail.doc.twai.gov>
**Subject: Pay.gov Payment Confirmation: LAMD CM ECF**
**Date:** February 10, 2016 at 12:57:28 PM EST
**To:** "kduncan@duncanpllc.com" <kduncan@duncanpllc.com>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact a Financial Staff member at 225-389-3530.

Application Name: LAMD CM ECF
Pay.gov Tracking ID: 25PSA3M5
Agency Tracking ID: 053N-1359739
Transaction Type: Sale
Transaction Date: Feb 10, 2016 12:57:28 PM

Account Holder Name: S. Duncan
Transaction Amount: $505.00
Card Type: MasterCard
Card Number: ************6597

This is the appeal fee in June Medical (1)

Begin forwarded message:

**From:** <paygovadmin@mail.doc.twai.gov>
**Subject: Pay.gov** Payment Confirmation: LAMD CM ECF
**Date:** May 5, 2017 at 6:08:44 PM EDT
**To:** "kduncan@schaerr-duncan.com" <kduncan@schaerr-duncan.com>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact a Financial Staff member at 225-389-3530.

Application Name: LAMD CM ECF
Pay.gov Tracking ID: 2629QRR7
Agency Tracking ID: 053N-1574980
Transaction Type: Sale
Transaction Date: May 5, 2017 6:08:44 PM

Account Holder Name: S. Duncan
Transaction Amount: $505.00
Card Type: MasterCard
Card Number: ************5352

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.



**Bombet, Cashio, Darbonne
& Associates**
*11220 N. Harrell's Ferry Rd.
Baton Rouge, LA 70816*
**Serving Louisiana since 1967**

*Phone: 225-275-0796   Fax: 225-272-3631*

# Invoice

Invoice Number:
427927

Invoice Date:
Jan 16, 2015

Kitchens Law Firm
Ms. Pam Gras
2250 Hospital Drive, Ste 248
Bossier City, LA 71111

| Case Name | Payment Terms | Our Tax ID # | Our File # |
|---|---|---|---|
| June Med vs Kleibert | Net 30 Days | 72-1060272 | 59890 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 1.50 | Process Service Hours - One Hour Minimum - includes up to 22 miles<br>Service on Sylvia Cochran and Dr. Rashonda Dean | 75.00 | 112.50 |
| | **Billing is done bi-monthly and does not necessarily indicate our investigation is complete.** | | |

Check/Credit Memo No:

| | |
|---|---|
| **Subtotal** | 112.50 |
| Payment/Credit Applied | |
| **TOTAL** | 112.50 |

**Minimum process service fee is one hour per paper & .55 per mile.
.5 hour charge for each additional paper to same person at same address.
Necessary weekend services billed at time and a half.
Minimum 2 hour charge on investigative assignments.**

Return

AO 88A (Rev 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Louisiana

| | |
|---|---|
| June Medical Services, LLC, et al., | ) |
| *Plaintiff* | ) |
| v | ) Civil Action No   3:14-CV-525-JWD-RLB |
| Kathy Kliebert, et al., | ) |
| *Defendant* | ) |
| | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:
SYLVIA COCHRAN

*(Name of person to whom this subpoena is directed)*

☑ *Testimony*   **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action   If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: 628 North 4th Street | Date and Time: |
|---|---|
| Baton Rouge, LA  70802 | 01/23/2015 8:00 am |

The deposition will be recorded by this method: _____

☐ *Production*   You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed R Civ P 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so

Date:   01/14/2010

*CLERK OF COURT*

OR

_____      _____
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Kathy Kliebert, et al , _____ , who issues or requests this subpoena, are:
Mike Johnson, 2250 Hospital Drive, Suite 248, Bossier City, LA 71111, 318-658-9456,  mjohnsonlegal.pgras@gmail.com
mjohnsonlegal@gmail.com;

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed  Fed R Civ P  45(a)(4)

Return

AO 88A (Rev 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

June Medical Services LLC, et al , )
_____ )
            *Plaintiff*             )
               v                    )  Civil Action No   3:14-CV-525-JWD-RLB
      Kathy Kleibert, et al ,       )
_____ )
            *Defendant*             )

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:
                    John Doe M D #5 (Dr. Rashonda Dean)
_____
                *(Name of person to whom this subpoena is directed)*

☑ *Testimony*  **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action  If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: 628 N. 4th Street<br>Baton Rouge, LA 70802 | Date and Time:<br>01/23/2015 1:00 am |
|---|---|

The deposition will be recorded by this method: _____

☐ *Production*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed R Civ P 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so

Date:    01/14/2015
                    *CLERK OF COURT*
                                            OR
_____           _____
    *Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Kathy Kliebert, et al.,
_____ , who issues or requests this subpoena, are:
                                            mjohnsonlegal.pgras@gmail com
Mike Johnson, 2250 Hospital Drive, Suite 248, Bossier City, LA 71111, 318-658-9456, mjohnsonlegal@gmail.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed  Fed R Civ P 45(a)(4)

AO 88A  (Rev  02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No  3:14-CV-525-JWD-RLB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  JOHN DOE M.D. #5 DR. RASHONDA
on *(date)*  1-15-18  DEAN

☑ I served the subpoena by delivering a copy to the named individual as follows:  JAVONNE TURNER,
RECEPTIONIST ON BEHALF OF JOHN DOE M.D #5 DR
RASHONDA DEAN  on *(date)*  1-15-18  ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true

Date:    1-15-18

_____
*Server's signature*

MICHAEL THIBODEAUX PPS
*Printed name and title*

**BOMBET, CASHIO, DARBONNE & ASSOC, INC**
11220 N. Harrell's Ferry Rd
Baton Rouge, LA 70816-8309
ph 225-275-0796 fax 225-272-3631
*Server's address*
www.bombet.com

Additional information regarding attempted service, etc :

**Bombet, Cashio, Darbonne & Associates**
11220 N. Harrell's Ferry Rd.
Baton Rouge, LA 70816

***Serving Louisiana since 1967***

Phone: 225-275-0796   Fax: 225-272-3631

# Invoice

Invoice Number:
429512

Invoice Date:
Apr 2, 2015

Law Offices of Mike Johnson, LLC
401 Market Street, Ste 1150
Shreveport, LA  71101

| Case Name | Payment Terms | Our Tax ID # | Our File # |
|---|---|---|---|
| June Med vs Kliebert | Net 30 Days | 72-1060272 | 59890 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 5.00 | Investigation/Surveillance - SP Service on Sylvia Cochran, Dr. Rashonda Dean, Cecile Castello, Tumulesh Solanky and Dr. Robert Marier Prepayment  Check #1087 | 75.00 | 375.00 -375.00 |

**Billing is done bi-monthly and does not necessarily indicate our investigation is complete.**

| | | |
|---|---|---|
| | **Subtotal** | 0.00 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | **TOTAL** | 0.00 |

**Minimum process service fee is one hour per paper & .55 per mile.**
**.5 hour charge for each additional paper to same person at same address.**
**Necessary weekend services billed at time and a half.**
**Minimum 2 hour charge on investigative assignments.**



**Bombet, Cashio, Darbonne**
**& Associates**
*11220 N. Harrell's Ferry Rd.*
*Baton Rouge, LA 70816*

*Serving Louisiana since 1967*

Phone: 225-275-0796   Fax: 225-272-3631

# Invoice

Invoice Number:
429511

Invoice Date:
Apr 2, 2015

Law Offices of Mike Johnson, LLC
401 Market Street, Ste 1150
Shreveport, LA  71101

| Case Name | Payment Terms | Our Tax ID # | Our File # |
|---|---|---|---|
| June Med vs Kleibert | Net 30 Days | 72-1060272 | 59890 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 1.00 | Process Service Hours - One Hour Minimum - includes up to 22 miles<br>Service on Dora Kane | 75.00 | 75.00 |
| | prepayment - check #1093 | | -75.00 |
| | **Billing is done bi-monthly and does not necessarily indicate our investigation is complete.** | | |

|  |  |
|---|---|
| **Subtotal** | 0.00 |
| Payment/Credit Applied | |
| **TOTAL** | 0.00 |

Check/Credit Memo No:

Minimum process service fee is one hour per paper & .55 per mile.
.5 hour charge for each additional paper to same person at same address.
Necessary weekend services billed at time and a half.
Minimum 2 hour charge on investigative assignments.



**Bombet, Cashio, Darbonne & Associates**
11220 N. Harrell's Ferry Rd.
Baton Rouge, LA 70816

*Serving Louisiana since 1967*

Phone: 225-275-0796   Fax: 225-272-3631

# Invoice

**Invoice Number:**
429510

**Invoice Date:**
Apr 2, 2015

Law Offices of Mike Johnson, LLC
401 Market Street, Ste 1150
Shreveport, LA 71101

| Case Name | Payment Terms | Our Tax ID # | Our File # |
|---|---|---|---|
| June Med vs Kliebert | Net 30 Days | 72-1060272 | 59890 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 1.00 | Process Service Hours - One Hour Minimum - includes up to 22 miles | 75.00 | 75.00 |
| | Service on Mary Frances Gardner | | |
| | Prepayment - Check #1096 | | -75.00 |

**Billing is done bi-monthly and does not necessarily indicate our investigation is complete.**

Check/Credit Memo No:

| | |
|---|---|
| **Subtotal** | 0.00 |
| Payment/Credit Applied | |
| **TOTAL** | 0.00 |

Minimum process service fee is one hour per paper & .55 per mile.
.5 hour charge for each additional paper to same person at same address.
Necessary weekend services billed at time and a half.
Minimum 2 hour charge on investigative assignments.



**Bombet, Cashio, Darbonne & Associates**
11220 N. Harrell's Ferry Rd.
Baton Rouge, LA 70816

*Serving Louisiana since 1967*

Phone: 225-275-0796   Fax: 225-272-3631

# Invoice

Invoice Number:
429509

Invoice Date:
Apr 2, 2015

Law Offices of Mike Johnson, LLC
401 Market Street, Ste 1150
Shreveport, LA  71101

| Case Name | Payment Terms | Our Tax ID # | Our File # |
|---|---|---|---|
| June Med vs Kleibert | Net 30 Days | 72-1060272 | 59890 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 1.00 | Process Service Hours - One Hour Minimum - includes up to 22 miles | 75.00 | 75.00 |
| | Service on Dr. Damon Cudihy | | |
| | Prepayment - Check #1094 | | -75.00 |

**Billing is done bi-monthly and does not necessarily indicate our investigation is complete.**

Check/Credit Memo No:

| | |
|---|---|
| **Subtotal** | 0.00 |
| Payment/Credit Applied | |
| **TOTAL** | 0.00 |

Minimum process service fee is one hour per paper & .55 per mile.
.5 hour charge for each additional paper to same person at same address.
Necessary weekend services billed at time and a half.
Minimum 2 hour charge on investigative assignments.



**KITCHENS LAW FIRM**
A professional law corporation

2250 Hospital Drive, Suite 248
Bossier City, Louisiana 71111
Telephone (318) 658-9456
Facsimile (318) 658-9605
www.KitchensLawFirm.com

**INVOICE**                                                                                    May 27, 2015

Mike Johnson
2250 Hospital Drive, Ste. 248
Bossier City, LA 71111

**June Medical, et al. v. Kliebert, et al.**

| DATE: | DESCRIPTION OF LEGAL SERVICES PROVIDED & TO WHOM: | HRS. SPENT: |
|-------|---------------------------------------------------|-------------|
| 3/17/2015 | Fees: Service for Subpeona to testify to Dr. Damon Cudihy Check # 1094 to Bombet and Associates | $75.00 |
| 3/17/2015 | Fees: Fed Ex fee for mailing documents to Bombet and Associates for Service of Subpoena to Testify for Dr. Damon Cudhy | $8.32 |

**TOTAL BALANCE NOW DUE:**                                          **$83.32**

Graydon K. Kitchens, Jr.*
Paul E. Kitchens
Graydon K. Kitchens, III
J. Michael Johnson
LAW OFFICES OF MIKE JOHNSON LLC

Graydon K. Kitchens, Sr. (1988)
Robert F. Kennon, Sr. (1988)*
John B. Benton, Jr. (2009)

*Judge, 26th Judicial District (1978-95)
*48th Governor of Louisiana



### KITCHENS LAW FIRM
A PROFESSIONAL LAW CORPORATION
*A tradition of exceptional legal service since 1926*

420 Broadway  P.O. Box 740
Minden, LA 71058-0740
Tel. (318) 377-5331
Fax (318) 377-5361
KitchensLawFirm.com

2250 Hospital Dr., Ste. 248
Bossier City, LA 71111
Tel. (318) 658-9456
Fax (318) 658-9605
MikeJohnsonLegal.com

March 17, 2015

BOMBET, CASHIO, DARBONNE & ASSOCIATES, INC
207 S. William Drive
Lafayette, LA 70506

RE:    *June Medical Service, LLC, et al v. Kathy Kliebert, et al,*
U.S. District Court, Middle District of LA, No. 3:14-cv-00525

       As per our email correspondence with Leslie, please see find enclosed one (1) Subpoena to Testify along with a check for required fees for the party to be served. Also enclosed is your payment of $75.00 to cover the cost of service

       Thank you for your attention to this matter. Please do not hesitate to contact our office with questions or concerns

                             Sincerely,

                             Pam Gras
                             Legal Assistant to Mike Johnson

Enclosures:
       Subpoena to Appear and Testify Dr. Damon Cudihy plus check
       1 Check to Bombet, Cashio, Darbonne and Associates, Inc

cc:    Mike Johnson
      Kyle Duncan

 Shipment Receipt

## Address Information

**Ship to:**             **Ship from:**

Process Server          Pam Gras
Bombet, Cashio, Darbonne & Kitchens Law Firm
Associat
207 S. William Drive      2250 Hospital Drive
                             Suite 248
LAFAYETTE, LA        Bossier City, LA
70506                            71111
US                               US
337-289-0796           3186589456

## Shipment Information:

Tracking no.: 773150650389
Ship date: 03/17/2015
Estimated shipping charges: 8.32

## Package Information

Pricing option: FedEx Standard Rate
Service type: Priority Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50   LBS
Declared Value: 0.00   USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

## Billing Information:

Bill transportation to: Bossier-367
Your reference:
P.O. no.:
Invoice no :
Department no :

---

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

## Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs and other forms of damage whether direct, incidental consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight dimensions and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



# Check Image

| | |
|---|---|
| **Account** | Spark Business Cashback<br>Ch  1080 |
| **Check Number** | 1094 |
| **Posted Date** | 03/20/2015 |
| **Check Amount** | $75 00 |

LAW OFFICES OF MIKE JOHNSON LLC    02-13                         1094
        OPERATING ACCOUNT                                   64-492/1111
          THE AMERICAN TOWER
401 MARKET ST SUITE 1180  PH (318) 221-3221
        SHREVEPORT, LA 71101          DATE 3-17-15

PAY
TO THE
ORDER OF  Bimbet Castrio Dubonne + Associates LLC        | $ 75 00

Seventy five w m                              DOLLARS

**Capital**One Bank  Di lndiny
Capital One N.A
FOR Service Arral Bolo                        m

⑆001094⑆ ⑉111104879⑈572 05 31080⑈

Capital One, N.A. Richmond VA 065000090

Capital One N.A. Richmond VA 065000090
43132QYV66803201503200000/656/22/221

                    >065000090<
                    CAPITAL ONE, NA
                    0016911726        03202015
                    RICHMOND, VA 335 0
                    Deposit        792154891

# On The Record

# Invoice

3350 Ridgelake Drive
Suite 200
Metairie LA 70002
Phone: (504) 378-3850          Fax: (504) 378-3851

| Invoice Date | Invoice # |
|---|---|
| Monday, December 1, 2014 | 940342 |

J Michael Johnson, Esquire
Kitchens Law Firm, APLC
2250 Hospital Drive
Suite 248
Bossier City, LA 71111

Phone:                    Fax:

| | |
|---|---|
| **Witness:** | John Doe, M.D. #4 |
| **Case:** | June Medical Services, et al vs Kathy Kliebert, et al |
| **Venue:** | USDC, Middle District of Louisiana |
| **Case #:** | 13:14-CV-525 |
| **Date:** | 11/17/2014 |
| **Start Time:** | 9:00 AM |
| **End Time:** | : 0 |
| **Reporter:** | Connie Fineschi |
| **Claim #:** | |
| **File #:** | 2716 |

| Description | |
|---|---|
| Original Expert Testimony | |
| Administrative | |
| Compressed Transcript | |
| Read and Sign | |
| Delivery/UPS | |
| (000CMF558 36) | |

| | |
|---|---|
| Sub Total | $740 40 |
| Payments | $0.00 |
| Balance Due | $740 40 |

Fed. I.D. # 72-1511582

*We appreciate your business!*

## On The Record

# Invoice

3350 Ridgelake Drive
Suite 200
Metairie LA 70002
Phone: (504) 378-3850      Fax: (504) 378-3851

| Invoice Date | Invoice # |
|---|---|
| Monday, December 1, 2014 | 940344 |

J  Michael  Johnson, Esquire
Kitchens Law Firm, APLC
2250 Hospital Drive
Suite 248
Bossier City, LA 71111

Phone:                    Fax:

| | |
|---|---|
| **Witness:** | John Doe, M.D. #3 |
| **Case:** | June Medical Services, et al vs Kathy Kliebert, et al |
| **Venue:** | USDC, Middle District of Louisiana |
| **Case #:** | 13:14-CV-525 |
| **Date:** | 11/19/2014 |
| **Start Time:** | 9:30 AM |
| **End Time:** | : 0 |
| **Reporter:** | Connie Fineschi |
| **Claim #:** | |
| **File #:** | 2719 |

| Description | |
|---|---|
| Original Expert Testimony | |
| Administrative | |
| Compressed Transcript | |
| Read and Sign | |
| Delivery/UPS | |
| (000CMF498 96) | |

| | |
|---|---|
| Sub Total | $674.40 |
| Payments | $0.00 |
| Balance Due | $674.40 |

Fed. I.D. # 72-1511582

*We appreciate your business!*

# On The Record                                              Invoice

3350 Ridgelake Drive
Suite 200
Metairie  LA 70002
Phone: (504) 378-3850        Fax: (504) 378-3851

| Invoice Date | Invoice # |
|---|---|
| Monday, December 1, 2014 | 940344 |

J  Michael  Johnson, Esquire
Kitchens Law Firm, APLC
2250 Hospital Drive
Suite 248
Bossier City, LA 71111

Phone:                    Fax:

| | |
|---|---|
| **Witness:** | John Doe, M.D. #3 |
| **Case:** | June Medical Services, et al vs Kathy Kliebert, et al |
| **Venue:** | USDC, Middle District of Louisiana |
| **Case #:** | 13:14-CV-525 |
| **Date:** | 11/19/2014 |
| **Start Time:** | 9:30 AM |
| **End Time:** | : 0 |
| **Reporter:** | Connie Fineschi |
| **Claim #:** | |
| **File #:** | 2719 |

**Description**

Original Expert Testimony
Administrative
Compressed Transcript
Read and Sign
Delivery/UPS
(000CMF498 96)

| | |
|---|---|
| Sub Total | $674.40 |
| Payments | $0.00 |
| Balance Due | $674.40 |

**Fed. I.D. # 72-1511582**

*We appreciate your business!*

# On The Record                                                    Invoice

3350 Ridgelake Drive
Suite 200
Metairie, LA 70002
Phone: (504) 378-3850          Fax: (504) 378-3851

| Invoice Date | Invoice # |
|---|---|
| Wednesday, December 3, 2014 | 940355 |

J  Michael  Johnson, Esquire
Kitchens Law Firm, APLC
2250 Hospital Drive
Suite 248
Bossier City, LA 71111

Phone:                    Fax:

| | |
|---|---|
| **Witness:** | John Doe, M.D. #1 and Kathaleen Pittman |
| **Case:** | June Medical Services, et al vs Kathy Kliebert, et al |
| **Venue:** | USDC, Middle District of Louisiana |
| **Case #:** | 13:14-CV-525 |
| **Date:** | 11/20/2014 |
| **Start Time:** | 9:30 AM |
| **End Time:** | : 0 |
| **Reporter:** | Connie Fineschi |
| **Claim #:** | |
| **File #:** | 2721 |

| Description | |
|---|---|
| Original Regular Testimony - Kathaleen Pittman | |
| Original Expert Testimony - John Doe, M D  #1 | |
| Administrative | |
| Compressed Transcript | |
| Read and Sign | |
| Delivery/UPS | |
| (000CF813 92) | |

| | |
|---|---|
| Sub Total | $1,079 35 |
| Payments | $0 00 |
| Balance Due | $1,079 35 |

Fed. I.D. # 72-1511582

*We appreciate your business!*

## On The Record

## Invoice

3350 Ridgelake Drive
Suite 200
Metairie  LA 70002
Phone: (504) 378-3850          Fax: (504) 378-3851

| Invoice Date | Invoice # |
|---|---|
| Monday, December 8, 2014 | 940366 |

J Michael  Johnson, Esquire
Kitchens Law Firm, APLC
2250 Hospital Drive
Suite 248
Bossier City, LA 71111

Phone:                          Fax:

| | |
|---|---|
| **Witness:** | Robert Gross |
| **Case:** | June Medical Services, et al vs Kathy Kliebert, et al |
| **Venue:** | USDC, Middle District of Louisiana |
| **Case #:** | 13:14-CV-525 |
| **Date:** | 11/21/2014 |
| **Start Time:** | 9:30 AM |
| **End Time:** | : 0 |
| **Reporter:** | Connie Fineschi |
| **Claim #:** | |
| **File #:** | 2723 |

| Description | |
|---|---|
| Original Regular Testimony | |
| Administrative | |
| Compressed Transcript | |
| Read and Sign | |
| Delivery/UPS | |
| (000CMF344 25) | |
| **Sub Total** | $502.50 |
| **Payments** | $0.00 |
| **Balance Due** | $502.50 |

Fed. I D. # 72-1511582

*We appreciate your business!*

# Veritext Florida Reporting Co.

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. (973) 410-4049

# VERITEXT
## LEGAL SOLUTIONS

**Bill To:** J. Michael Johnson
Kitchens Law Firm, APLC
2250 Hospital Drive
Suite 248
Bossicer City LA 71111

**Remit To:** Veritext
P.O. Box 71303
Chicago IL 60694-1303

## Statement of Account

For questions regarding this statement please contact Samara Jones at 973-261-6039 or sjones@veritext.com

| Statement Date: 2/4/2015 | | | | | | | Total Balance Due: | $2,457.05 |
|---|---|---|---|---|---|---|---|---|
| Invoice # | Invoice Date | Job # | Job Date | Caption | Contact | Type | Aged | Balance Due |
| FLA2231996 | 1/26/2015 | 1995554 | 1/14/2015 | June Medical Services, LLC v Kliebert, Kathy | J. Michael Johnson | O | 9 | $2,457.05 |
| | | | | | | | Total: | $2,457.05 |

| Current | 31-60 Days | 61-90 Days | > 90 Days | Total |
|---|---|---|---|---|
| $2,457.05 | $0.00 | $0.00 | $0.00 | $2,457.05 |

Please Remit Payment To:      Veritext      Page 1 of 1
P.O. Box 71303
Chicago IL 60694-1303

Fed. Tax ID: 20-3132569                          Visa, Mastercard & American Express Accepted

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

## Veritext Florida Reporting Co.

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| Bill To: | J. Michael Johnson | Invoice #: | FLA2231996 |
|---|---|---|---|
| | Kitchens Law Firm, APLC | Invoice Date: | 1/26/2015 |
| | 2250 Hospital Drive | Balance Due: | $2,457 05 |
| | Suite 248 | | |
| | Bossier City, LA, 71111 | | |

| | |
|---|---|
| **Case:** | June Medical Services, LLC v Kliebert, Kathy |
| **Job #:** | 1995554 | Job Date: 1/14/2015 | Delivery: Normal |
| **Billing Atty:** | J. Michael Johnson |
| **Location:** | Greenberg & Traurig LLP |
| | 333 S E 2nd Ave | Suite 4400 | Miami, FL 33131 |
| **Sched Atty:** | J. Michael Johnson | Kitchens Law Firm, APLC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 156 00 | $5.50 | $858 00 |
| | Attendance Fee - First Hour | Hour | 1.00 | $95.00 | $95 00 |
| Christopher Estes, M D | Exhibits | Per Page | 139.00 | $0.85 | $118 15 |
| | CD Depo Litigation Package | Per CD | 1 00 | $43.50 | $43 50 |
| | Witness Read and Sign Services | 1 | 1 00 | $25.00 | $25 00 |
| | Original with 1 Certified Transcript | Page | 146.00 | $5.50 | $803 00 |
| | Attendance Fee - Additional Hours | Hour | 6 00 | $60.00 | $360 00 |
| Sheila Katz | Exhibits | Per Page | 74 00 | $0.85 | $62 90 |
| | CD Depo Litigation Package | Per CD | 1 00 | $43.50 | $43 50 |
| | Witness Read and Sign Services | 1 | 1 00 | $25.00 | $25 00 |
| | Shipping & Handling | Package | 1 00 | $23.00 | $23 00 |

| Notes: | Emailed 1995554-1 PDF To mjohnsonlegal@gmail.com | Invoice Total: | $2,457.05 |
|---|---|---|---|
| | Emailed 1995554-2 PDF To mjohnsonlegal@gmail.com | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $2,457.05 |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors  No adjustments will be made after 90 days  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**
Veritext accepts all major credit cards
(American Express  Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | FLA2231996 |
|---|---|
| Job #: | 1995554 |
| Invoice Date: | 1/26/2015 |
| Balance: | $2,457.05 |

# On The Record

# Invoice

3350 Ridgelake Drive
Suite 200
Metairie, LA 70002
Phone: (504) 378-3850    Fax: (504) 378-3851

| Invoice Date | Invoice # |
|---|---|
| Wednesday, January 28, 2015 | 940437 |

J. Michael  Johnson, Esquire
Kitchens Law Firm, APLC
2250 Hospital Drive
Suite 248
Bossier City, LA 71111

Phone:              Fax:

| | |
|---|---|
| **Witness:** | Dora Kane |
| **Case:** | June Medical Services, LLC, et al vs Kathy Kliebert, et al |
| **Venue:** | USDC, Middle District of Louisiana |
| **Case #:** | 3:14-CV-525-JWD-R |
| **Date:** | 1/23/2015 |
| **Start Time:** | 9:00 AM |
| **End Time:** | : 0 |
| **Reporter:** | Cristyn Hemel |
| **Claim #:** | |
| **File #:** | 2797 |

### Description

Copy Regular Testimony
Administrative
Compressed Transcript
Exhibits Black and White
Delivery/UPS
(000CH258.19)

| | |
|---|---|
| Sub Total | $408.50 |
| Payments | $0.00 |
| Balance Due | $408.50 |

**Fed. I.D. # 72-1511582**

*We appreciate your business!*

# On The Record

# Invoice

3350 Ridgelake Drive
Suite 200
Metairie  LA 70002
Phone: (504) 378-3850        Fax: (504) 378-3851

| Invoice Date | Invoice # |
|---|---|
| Monday, February 2, 2015 | 940446 |

J  Michael  Johnson, Esquire
Kitchens Law Firm, APLC
2250 Hospital Drive
Suite 248
Bossier City, LA 71111

Phone:                    Fax:

| | |
|---|---|
| **Witness:** | Damon Cudihy, M.D. |
| **Case:** | June Medical Services, LLC, et al vs Kathy Kliebert, et al |
| **Venue:** | USDC, Middle District of Louisiana |
| **Case #:** | 3:14-CV-525-JWD-R |
| **Date:** | 1/21/2015 |
| **Start Time:** | 9:00 AM |
| **End Time:** | : 0 |
| **Reporter:** | Connie Fineschi |
| **Claim #:** | |
| **File #:** | 2796 |

**Description**

Copy Expert Testimony
Administrative
Compressed Transcript
Exhibits Black and White
Delivery/UPS
(000CMF533 52)

| | |
|---|---|
| Sub Total | $702.05 |
| Payments | $0.00 |
| Balance Due | $702.05 |

Fed. I.D. # 72-1511582

*We appreciate your business!*

## On The Record

## Invoice

3350 Ridgelake Drive
Suite 200
Metairie  LA 70002
Phone: (504) 378-3850          Fax: (504) 378-3851

| Invoice Date | Invoice # |
|---|---|
| Monday, February 2, 2015 | 940449 |

J  Michael  Johnson, Esquire
Kitchens Law Firm, APLC
2250 Hospital Drive
Suite 248
Bossier City, LA 71111

Phone:                              Fax:

| | |
|---|---|
| **Witness:** | Cecilia Mouton, M.D. |
| **Case:** | June Medical Services, LLC, et al vs Kathy Kliebert, et al |
| **Venue:** | USDC, Middle District of Louisiana |
| **Case #:** | 3:14-CV-525-JWD-R |
| **Date:** | 1/22/2015 |
| **Start Time:** | 9:00 AM |
| **End Time:** | : 0 |
| **Reporter:** | Connie Fineschi |
| **Claim #:** | |
| **File #:** | 2808 |

| Description |
|---|
| Copy Expert Testimony |
| Administrative |
| Compressed Transcript |
| Exhibits Black and White |
| Delivery/UPS |
| (000CMF483 84) |

| | |
|---|---|
| **Sub Total** | $645.85 |
| **Payments** | $0.00 |
| **Balance Due** | $645.85 |

Fed. I.D. # 72-1511582
*We appreciate your business!*

**Alliance Court Reporting, Inc.**

---

*Secure payments* by

**Payment Receipt**

**Receipt ID**
4562-9386-3063-8478

**Total**
$784.49 USD

We'll send a confirmation email to martha.duncan@me.com. This transaction will appear on your statement as PayPal *ALLIANCECOU.

| | |
|---|---|
| **Paid to** | **Shipped to** |
| Alliance Court Reporting, Inc. | Martha Duncan |
| alliance@alliancecourtreporting.net | 1607 Evers Dr |
| | McLean, VA 22101 |
| | United States |

**Your shopping cart**

| Description | Price | Quantity | Amount |
|---|---|---|---|
| Payment to Alliance Court Reporting, Inc. for invoice ACRI 953282 | $784.49 | 1 | $784.49 |
| | | **Item total** | **$784.49** |
| | | **Total** | **$784.49 USD** |

# On The Record                                    Invoice

3350 Ridgelake Drive
Suite 200
Metairie  LA 70002
Phone: (504) 378-3850        Fax: (504) 378-3851

| Invoice Date | Invoice # |
|---|---|
| Wednesday, February 4, 2015 | 940459 |

J  Michael  Johnson, Esquire
Kitchens Law Firm, APLC
2250 Hospital Drive
Suite 248
Bossier City, LA 71111

Phone:                      Fax:

| | |
|---|---|
| **Witness:** | Cecile Castello |
| **Case:** | June Medical Services, LLC, et al vs Kathy Kliebert, et al |
| **Venue:** | USDC, Middle District of Louisiana |
| **Case #:** | 3:14-CV-525-JWD-R |
| **Date:** | 1/23/2015 |
| **Start Time:** | 9:00 AM |
| **End Time:** | : 0 |
| **Reporter:** | Cristyn Hemel |
| **Claim #:** | |
| **File #:** | 2829 |

| Description | | |
|---|---|---|
| Copy Regular Testimony | | |
| Administrative | | |
| Compressed Transcript | | |
| Exhibits Black and White | | |
| Exhibits Color | | |
| Delivery/UPS | | |
| (000CH390 15) | | |
| | Sub Total | $586 00 |
| | Payments | $0.00 |
| | Balance Due | $586 00 |

Fed. I.D. # 72-1511582

*We appreciate your business!*

## On The Record                                              Invoice

3350 Ridgelake Drive
Suite 200
Metairie  LA 70002
Phone: (504) 378-3850          Fax: (504) 378-3851

| Invoice Date | Invoice # |
|---|---|
| Thursday, February 5, 2015 | 940466 |

J  Michael  Johnson, Esquire
Kitchens Law Firm, APLC
2250 Hospital Drive
Suite 248
Bossier City, LA 71111

Phone:                         Fax:

| | |
|---|---|
| **Witness:** | Robert Marrier, M.D. |
| **Case:** | June Medical Services, LLC, et al vs Kathy Kliebert, et al |
| **Venue:** | USDC, Middle District of Louisiana |
| **Case #:** | 3:14-CV-525-JWD-R |
| **Date:** | 1/28/2015 |
| **Start Time:** | 7:30 AM |
| **End Time:** | : 0 |
| **Reporter:** | Connie Fineschi |
| **Claim #:** | |
| **File #:** | 2810 |

| Description | | |
|---|---|---|
| Copy Expert Testimony | | |
| Administrative | | |
| Compressed Transcript | | |
| Exhibits Black and White | | |
| Delivery/UPS | | |
| (000CMF438 48) | | |
| | Sub Total | $617 20 |
| | Payments | $0 00 |
| | Balance Due | $617 20 |

Fed. I.D. # 72-1511582

*We appreciate your business!*

**On The Record**                                                                     **Invoice**

3350 Ridgelake Drive
Suite 200
Metairie  LA 70002
Phone: (504) 378-3850          Fax: (504) 378-3851

| Invoice Date | Invoice # |
|---|---|
| Thursday, February 5, 2015 | 940464 |

J  Michael  Johnson, Esquire
Kitchens Law Firm, APLC
2250 Hospital Drive
Suite 248
Bossier City, LA 71111

*Scanned to Martin 2/13*

Phone:                          Fax:

| Witness: | Hedra Dubea |
|---|---|
| Case: | June Medical Services, LLC |
| Venue: | USDC, Middle District of Lo |
| Case #: | 3:14-CV-525-JWD-R |
| Date: | 1/23/2015 |
| Start Time: | 9:00 AM |
| End Time: | : 0 |
| Reporter: | Connie Fineschi |
| Claim #: | |
| File #: | 2833 |

**Description**

Copy Regular Testimony
Administrative
Compressed Transcript
Exhibits Black and White
Delivery/UPS
(000CMF301 73)

| | |
|---|---|
| Sub Total | $433 50 |
| Payments | $0.00 |
| Balance Due | $433 50 |

Fed. I.D. # 72-1511582

*We appreciate your business!*

# On The Record                                                                                   Invoice

3350 Ridgelake Drive
Suite 200
Metairie  LA 70002
Phone: (504) 378-3850          Fax: (504) 378-3851

| Invoice Date | Invoice # |
|---|---|
| Monday, February 9, 2015 | 940472 |

J  Michael  Johnson, Esquire
Kitchens Law Firm, APLC
2250 Hospital Drive
Suite 248
Bossier City, LA 71111

Phone:                        Fax:

| | |
|---|---|
| **Witness:** | Tumulesh K.S. Solanky, Ph.D. |
| **Case:** | June Medical Services, LLC, et al vs Kathy Kliebert, et al |
| **Venue:** | USDC, Middle District of Louisiana |
| **Case #:** | 3:14-CV-525-JWD-R |
| **Date:** | 1/28/2015 |
| **Start Time:** | 1:00 PM |
| **End Time:** | : 0 |
| **Reporter:** | Connie Fineschi |
| **Claim #:** | |
| **File #:** | 2839 |

**Description**

Copy Expert Testimony
Administrative
Compressed Transcript
Exhibits Black and White
Delivery/UPS
(000CMF339 12)

|  |  |
|---|---|
| Sub Total | $475 05 |
| Payments | $0.00 |
| Balance Due | $475.05 |

Fed. I.D. # 72-1511582

*We appreciate your business!*

BATON ROUGE COURT REPORTERS, LLC
2924 BRAKLEY DRIVE, SUITE A-1
BATON ROUGE, LA 70816
225-292-8686

Term ID: 001

# Sale - Approved

| | | |
|---|---|---|
| Date | 02/11/15 | Time 16:53:52 |
| Method of Payment | American Express | |
| Entry Method | Manual | |
| Customer Name | Martha Duncan | |
| Account # | XXXXXXXXXX1016 | |
| | | |
| Order ID | Invoice 35326 35327 | |
| Order Description: | Invoices 35326 and 35327 | |
| Approval Code | 266465 | |
| **Amount** | **1,458.48** | |

WWW.BATONROUGECOURTREPORTRS.COM
THANK YOU FOR YOUR PAYMENT

Customer Copy



# BRCR

**BATON ROUGE COURT REPORTERS**
**(225) 292-8686**

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 35327 | 02/11/2015 | 02-25648 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/07/2014 | HICKDA | |
| **CASE CAPTION** | | |
| SENATE COMMITTEE ON HEALTH & WELFARE | | |
| **TERMS** | | |
| Due upon receipt | | |

MARTHA DRAAYER DUNCAN
DUNCAN, PLLC
1629 K STREET NW
SUITE 300
WASHINGTON, DC 20006

```
ORIGINAL TRANSCRIPT OF:
    SENATE COMMITTEE                                        735.42

                              TOTAL DUE  >>>>              735.42

DATE OF PROCEEDING: MAY 7, 2014
TRANSCRIBED BY DARLENE HICKS, CCR

Thank you for your business!

Now accepting VISA, MASTERCARD and AMERICAN EXPRESS (3% PROCESSING FEE).
```

TAX ID NO. : 26-1305158                    (703) 577-0940    Fax (571) 730-4429

*Please detach bottom portion and return with payment.*

MARTHA DRAAYER DUNCAN
DUNCAN, PLLC
1629 K STREET NW
SUITE 300
WASHINGTON, DC 20006

```
Invoice No.:  35327
Date      :  02/11/2015
TOTAL DUE  :      735.42



Job No.   :  02-25648
Case No.  :
SENATE COMMITTEE ON HEALTH & WELFARE
```

Remit To:    **BATON ROUGE COURT REPORTERS, LLC**
             **12016 JUSTICE AVENUE**
             **BATON ROUGE, LA 70816**



**BATON ROUGE COURT REPORTERS**
**(225) 292-8686**

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 35326 | 02/11/2015 | 02-25647 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/09/2014 | NICOLE | |

| CASE CAPTION |
|---|
| HOUSE COMMITTEE ON HEALTH & WELFARE |
| **TERMS** |
| Due upon receipt |

MARTHA DRAAYER DUNCAN
DUNCAN, PLLC
1629 K STREET NW
SUITE 300
WASHINGTON, DC 20006

```
ORIGINAL TRANSCRIPT OF:
   HB 388                                                              723.06

                                      TOTAL   DUE   >>>>              723.06

DATE OF PROCEEDING: MARCH 9, 2014
TRANSCRIBED BY LESLIE NICOSIA, CCR

Thank you for your business!

Now accepting VISA, MASTERCARD and AMERICAN EXPRESS (3% PROCESSING FEE).
```

TAX ID NO. : 26-1305158                                   (703) 577-0940    Fax (571) 730-4429

*Please detach bottom portion and return with payment.*

MARTHA DRAAYER DUNCAN
DUNCAN, PLLC
1629 K STREET NW
SUITE 300
WASHINGTON, DC 20006

```
Invoice No.:  35326
Date       :  02/11/2015
TOTAL DUE  :     723.06


Job No.    :  02-25647
Case No.   :
HOUSE COMMITTEE ON HEALTH & WELFARE
```

Remit To:    **BATON ROUGE COURT REPORTERS, LLC**
              **12016 JUSTICE AVENUE**
              **BATON ROUGE, LA 70816**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/11/2015
**INVOICE #** 012715-327729

**Bill To:**      Kyle Duncan Esq.
Duncan, PLLC
1629 K Street, NW
Suite 300
Washington, DC 20006

**CASE:**         June Medical Services LLC v. Kathy Kliebert
**WITNESS:**      Dr. James C. Anderson
**DATE:**         1/27/2015
**LOCATION:**     Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Certified Transcript | 390 | $3.35 | $1,306.50 |
| Certified Transcript - Evening Pages | 32 | $1.25 | $40.00 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 108 | $0.30 | $32.40 |
| Exhibits - Scanned & Hyperlinked - Color | 1 | $1.50 | $1.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,425.40 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,455.40 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/11/2015
**INVOICE #** 012315-327766

**Bill To:**

Kyle Duncan Esq.
Duncan, PLLC
1629 K Street, NW
Suite 300
Washington, DC 20006

**CASE:** June Medical Services LLC v. Kathy Kliebert
**WITNESS:** Jacqueline C. Harvey, Ph.D.
**DATE:** 1/23/2015
**LOCATION:** Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 285 | $3.35 | $954.75 |
| Compressed / ASCII / Word Index | 1 | $45.00 | $45.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 130 | $0.30 | $39.00 |
| Exhibits - Scanned & Hyperlinked - Color | 27 | $1.50 | $40.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,079.25 |
| | | SHIPPING & HANDLING | $30.00 |
| | | TOTAL | $1,109.25 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# On The Record

# Invoice

3350 Ridgelake Drive
Suite 200
Metairie, LA 70002
Phone: (504) 378-3850          Fax: (504) 378-3851

| Invoice Date | Invoice # |
|---|---|
| Wednesday, February 11, 2015 | 940474 |

Kyle  Duncan, Esquire
Duncan, PLLC
1629 K Street NW
Suite 300
Washington, DC 20006

Phone:                          Fax:

| | |
|---|---|
| **Witness:** | Kathy Kliebert, Jennifer Stevens |
| **Case:** | June Medical Services, LLC, et al vs Kathy Kliebert, et al |
| **Venue:** | USDC, Middle District of Louisiana |
| **Case #:** | 3:14-CV-525-JWD-R |
| **Date:** | 1/30/2015 |
| **Start Time:** | 8:00 AM |
| **End Time:** | : 0 |
| **Reporter:** | Diane Clark |
| **Claim #:** | |
| **File #:** | *2812* |

| Description |
|---|
| Copy Regular Testimony |
| Rough Draft - Kathy Kliebert |
| Compressed Transcript |
| Exhibits Black and White |
| Delivery/UPS |
| (000DC651.60) |

| | |
|---|---|
| Sub Total | $1,016.50 |
| Payments | $0.00 |
| Balance Due | $1,016.50 |

Fed. I.D. # 72-1511582

*We appreciate your business!*

**Karen Tyler Reporting**

TAX ID NO. 20-5102053
3000 Fairfield Avenue, Ste A
Shreveport, LA 71104 US

318.424.1707
ktyler_reporting@bellsouth.net

# INVOICE

BILL TO
Mr. Richard R. Ray
Law Office of Mike Johnson,
LLC
In partnership with
Kitchens Law Firm, APLC
2250 Hospital Drive
Suite 248
Bossier City, LA 71111

INVOICE NO. RR021215
TERMS Due on receipt
DATE 02/12/2015
DUE DATE 03/01/2015

REPORTER
LM

| ACTIVITY | AMOUNT |
|---|---|
| **Original**<br>Deposition of John Doe #2, M.D. taken January 30, 2015 | 774.60 |

NUMBER 13:14-CV-525
JUNE MEDICAL SERVICES, LLC, ET AL
VERSUS
KATHY KLIEBERT, ET AL

The Signature Page and Errata Sheet for the witness have been sent to Ms Doufekias to obtain signature

Thank you for using Karen Tyler Reporting

BALANCE DUE

## $774.60

This invoice will accrue a 1.5% service fee if not paid within 30 days of invoice date

**On The Record**                                                        **Invoice**

3350 Ridgelake Drive
Suite 200
Metairie  LA 70002
Phone: (504) 378-3850        Fax: (504) 378-3851

| Invoice Date | Invoice # |
|---|---|
| Thursday, February 12, 2015 | 940487 |

J  Michael  Johnson, Esquire
Kitchens Law Firm, APLC
2250 Hospital Drive
Suite 248
Bossier City, LA 71111

Phone:                          Fax:

| | |
|---|---|
| **Witness:** | Beverly McMillan, M.D. |
| **Case:** | June Medical Services, LLC, et al vs Kathy Kliebert, et al |
| **Venue:** | USDC, Middle District of Louisiana |
| **Case #:** | 3:14-CV-525-JWD-R |
| **Date:** | 1/29/2015 |
| **Start Time:** | 7:30 AM |
| **End Time:** | : 0 |
| **Reporter:** | Connie Fineschi |
| **Claim #:** | |
| **File #:** | 2811 |

| Description | |
|---|---|
| Copy Expert Testimony | |
| Administrative | |
| Compressed Transcript | |
| Exhibits Black and White | |
| Delivery/UPS | |
| (000CMF503 28) | |
| | |
| Sub Total | $690 45 |
| Payments | $0.00 |
| Balance Due | $690 45 |

Fed. I.D. # 72-1511582
*We appreciate your business!*

# On The Record

# Invoice

3350 Ridgelake Drive
Suite 200
Metairie, LA 70002
Phone: (504) 378-3850        Fax: (504) 378-3851

| Invoice Date | Invoice # |
|---|---|
| Thursday, February 12, 2015 | 940488 |

J Michael Johnson, Esquire
Kitchens Law Firm, APLC
2250 Hospital Drive
Suite 248
Bossier City, LA 71111

Phone:                Fax:

| | |
|---|---|
| **Witness:** | Sylvia Cochran |
| **Case:** | June Medical Services, LLC, et al vs Kathy Kliebert, et al |
| **Venue:** | USDC, Middle District of Louisiana |
| **Case #:** | 3:14-CV-525-JWD-R |
| **Date:** | 1/30/2015 |
| **Start Time:** | 9:00 AM |
| **End Time:** | : 0 |
| **Reporter:** | Cristyn Hemel |
| **Claim #:** | |
| **File #:** | 2819 |

| Description | | |
|---|---|---|
| Original Regular Testimony | | |
| Administrative | | |
| Compressed Transcript | | |
| Read and Sign | | |
| Delivery/UPS | | |
| (000CH1022 34) | | |
| | Sub Total | $1,322 75 |
| | Payments | $0.00 |
| | Balance Due | $1,322 75 |

Fed. I.D. # 72-1511582

*We appreciate your business!*

# On The Record

# Invoice

3350 Ridgelake Drive
Suite 200
Metairie  LA 70002
Phone: (504) 378-3850          Fax: (504) 378-3851

| Invoice Date | Invoice # |
|---|---|
| Monday, February 16, 2015 | 940490 |

J  Michael  Johnson, Esquire
Kitchens Law Firm, APLC
2250 Hospital Drive
Suite 248
Bossier City, LA 71111

Phone:                        Fax:

| | |
|---|---|
| **Witness:** | John Doe,M.D. #5 |
| **Case:** | June Medical Services, LLC, et al vs Kathy Kliebert, et al |
| **Venue:** | USDC, Middle District of Louisiana |
| **Case #:** | 3:14-CV-525-JWD-R |
| **Date:** | 1/30/2015 |
| **Start Time:** | 2:00 PM |
| **End Time:** | : 0 |
| **Reporter:** | Connie Fineschi |
| **Claim #:** | |
| **File #:** | 2847 |

| Description | | |
|---|---|---|
| Original Expert Testimony | | |
| Administrative | | |
| Compressed Transcript | | |
| Read and Sign | | |
| Delivery/UPS | | |
| (000CMF586 08) | | |
| | Sub Total | $771 20 |
| | Payments | $0.00 |
| | Balance Due | $771.20 |

Fed. I.D. # 72-1511582

*We appreciate your business!*



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 2/20/2015
**INVOICE #** 012615-327914

**Bill To:**     J. Michael Johnson Esq.
Law Offices of Mike Johnson, L.L.C
2250 Hospital Drive
Suite 248
Bossier City, LA 71111

**CASE:**       June Medical Services LLC v. Kathy Kliebert
**WITNESS:**    Peter Uhlenberg, Ph. D. / John Thorp , M.D.
**DATE:**       1/26/2015
**LOCATION:**   Chapel Hill, NC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 390 | $3.35 | $1,306.50 |
| Certified Transcript - Early AM Pages | 51 | $1.25 | $63.75 |
| Certified Transcript - Evening Pages | 25 | $1.25 | $31.25 |
| Rough ASCII | 390 | $1.50 | $585.00 |
| Compressed / ASCII / Word Index | 2 | $45.00 | $90.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1812 | $0.30 | $543.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,620.10 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $2,670.10 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing  please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1 5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

**DUNCAN PLLC** 03/14
BS. 202-714-9492
1629 K STREET NW SUITE 300
WASHINGTON, DC 20006

1039

68-426/514

July 20, 2015
Date

PAY
to the order of Morrison & Foerster LLP                    $ 3,809.37

three thousand eight hundred nine dollars and 37/100 Dollars

Security
Features
Details on
Back

**BB&T**        BRANCH BANKING AND TRUST COMPANY
                1-800-BANK BBT  BBT.com

For June Medical transcript    Signature                    MP

⑈051404260⑈ 0000 25355 2166⑈ 01039

Harland Clarke

**From:** "service@paypal.com" <service@paypal.com>
**Subject: Your payment to Janice Russell Transcripts**
**Date:** February 17, 2016 at 4:09:12 PM EST
**To:** Stuart Duncan <kduncan@schaerr-duncan.com>

**PayPal**

**You sent a payment of $12.00 USD to Janice Russell Transcripts.**   Feb 17, 2016
                                                                        13:08:56 PST
**You sent a payment of $12.00 USD to Janice Russell**                           F
**Transcripts.**                                                            Receipt
Hello Stuart Duncan,

This charge will appear on your credit card statement as payment to PAYPAL
*JANICERUSSE.

**Merchant information:**                          **Instructions to merchan**
Janice Russell Transcripts                         None provided
trussell31@cox.net
**Shipping information:**                           **Shipping method:**
Stuart Duncan                                      Not specified
1607 Evers Dr
McLean, VA 22101
United States

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Invoice No.16-32-1 dated 2/17/2016 | $12.00 USD | 1 | $12.00 USD |

                                                   **Total:**$12.00 USD

**Receipt No: 2005-1823-5266-6777**
Please keep this receipt number for future reference. You'll need it if you contact customer
service at Janice Russell Transcripts or PayPal.
**Use PayPal next time!**
It looks as if you already have a PayPal account.

When you shop online, it's faster and easier to check out with PayPal. Your financial
information is securely stored and never shared with merchants when you pay.

Thank you for your order

Order Number:    1016144413939822

Order Date:    10/14/2014

A confirmation of your order has been sent to:    martha.duncan@me.com

---

### Payment

| | |
|---:|:---|
| **Payment Method:** | American Express |
| **Card Number:** | ***********1016 |
| **Name on Card:** | Martha D Duncan |
| **Expiration Date:** | 02 / 2018 |

---

### Pickup/Delivery

| | |
|---:|:---|
| **Requested Pick Up:** | |
| **Delivery Method:** | Pick up at a FedEx Office location |
| **FedEx Office Center:** | 8365 LEESBURG PIKE |
| | Ste D |
| | Vienna, VA 22182 |
| | (703) 734-3204 |
| | View Map |
| | usa1821@fedex.com |
| **Contact:** | Martha Duncan |
| | Duncan PLLC |
| | (703) 577-0940 |
| | martha.duncan@me.com |
| **Recipient:** | Martha Duncan |
| | (703) 577-0940 |
| | martha.duncan@me.com |

# Order Summary

| DOCUMENTS | QTY | PRICE |
|---|---|---|
| 732442-Duncan contract (2 of 3).docx<br><br>8 pages, 1 copy, Collated, Single sided, Color, Laser 32# paper, No bindings or finishes, 0 tabs, 0 inserts | 1 | $7.51 |
| 732442-Duncan contract (1 of 3).docx<br><br>8 pages, 1 copy, Collated, Single sided, Color, Laser 32# paper, No bindings or finishes, 0 tabs, 0 inserts | 1 | $7.51 |
| 732442-Duncan contract (3 of 3).docx<br><br>8 pages, 1 copy, Collated, Single sided, Color, Laser 32# paper, No bindings or finishes, 0 tabs, 0 inserts | 1 | $7.51 |

| | |
|---|---|
| Order Subtotal | $22.53 |
| Order Discount | $(1.14) |
| Delivery | N/A |
| Tax | $1.28 |
| Total | $22.67 |

# Minuteman Press. McLean
The First & Last Step In Printing.

Minuteman Press McLean
6821 Tennyson Drive
McLean, Virginia 22101
Phone: 703-356-6612 / Fax: 703-356-6655
Web: www.mclean.minutemanpress.com
E-mail:

## Invoice

| | |
|---|---|
| **Invoice Number:** | 22281 |
| **Invoice Date:** | 12/2/2014 |

**Bill To:** Duncan PLLC
1607 Evers Drive
McLean VA 22101

Phone: 703-577-0940
Email: martha.duncan@me.com

**Ship To:** Duncan PLLC
1607 Evers Drive
McLean VA 22101

Phone: 703-577-0940
Email: martha.duncan@me.com

ASK ABOUT OUR WIDE FORMAT POSTER PRINTING!

| Description | Price |
|---|---|
| 303   black and white copies_DS_3 hole punch  (Job 43275) | $32.32 |

| | |
|---|---|
| Virginia Sales Tax 6.00 | $1.94 |
| Invoice Total | $34.26 |
| **Balance Due** | **$34.26** |




*"Like" us on Facebook, , to receive monthly special savings.*
*(Minuteman Press McLean - www.facebook.com/mmpmclean)*

Terms:                                          2% interest per month on past-due invoices.

FULL PAYMENT is due within 30 days from invoice date.

Client agrees to defray all cost should collection procedures begin.
This job has been custom printed for you. Your satisfaction is our goal. All sales are
final._____



Minuteman Press McLean
6821 Tennyson Drive
McLean, Virginia 22101
Phone: 703-356-6612 / Fax: 703-356-6655
Web: www.mclean.minutemanpress.com
E-mail:

## Invoice

| | |
|---|---|
| Invoice Number: | 22283 |
| Invoice Date: | 12/2/2014 |

**Bill To:** Duncan PLLC
1607 Evers Drive
McLean VA 22101

Phone: 703-577-0940
Email: martha.duncan@me.com

**Ship To:** Duncan PLLC
1607 Evers Drive
McLean VA 22101

Phone: 703-577-0940
Email: martha.duncan@me.com

ASK ABOUT OUR WIDE FORMAT POSTER PRINTING!

| Description | Price |
|---|---|
| 60  black and white copies_DS_3 hole punch_Dr Estes (Job 43276) | $7.70 |

| | |
|---|---|
| Virginia Sales Tax 6.00 | $0.46 |
| Invoice Total | $8.16 |
| **Balance Due** | **$8.16** |




*"Like" us on Facebook, , to receive monthly special savings.*
*(Minuteman Press McLean - www.facebook.com/mmpmclean)*

| Terms: | 2% interest per month on past-due invoices. |
|---|---|

FULL PAYMENT is due within 30 days from invoice date.

**Client agrees to defray all cost should collection procedures begin.**
**This job has been custom printed for you. Your satisfaction is our goal. All sales are**
**final.**_____



**Minuteman Press.** McLean
The First & Last Step In Printing.

Date 2-17-15

6821 Tennyson Dr. • McLean, VA  22101
703.356.6612
www.mclean.minutemanpress.com

❏ B/W        ❏ Color

| 8/2 | Digital Prints | $ 32.48 |
| 8 COIL BND | | $ 37.60 |
| | | $ |

Sub Total $ 70.08

Initials _____

Tax $ 4.21

TOTAL $ 74.29

```
        MINUTEMAN PRESS OF M
          6821 TENNYSON DR
        MC LEAN, VA. 22101-5721
             703-356-6612
Merchant ID: 8020795483
Term ID: 00105400080200795483000

             Sale

xxxxxxxxxx1008
AMEX            Entry Method: Swiped

Total:          $      74.29

02/17/15                 14:46:35
Inv #: 000001    Appr Code: 568436
Apprvd: Online

          Customer Copy
          THANK YOU!
```



**Minuteman Press. McLean**
The First & Last Step In Printing.

Date 3-11-15

6821 Tennyson Dr. · McLean, VA 22101
703.356.6612
www.mclean.minutemanpress.com

❑ B/W        ❑ Color

486 _____    Digital Prints    $ 28.10

_____ Ben0 _____              $ 4.70

_____ _____    $ ____ 5

Sub Total $ 33.80

Initials _____

Tax $ 2 03

TOTAL $ 35. 83

---

MINUTEMAN PRESS OF M
6821 TENNYSON DR
MC LEAN, VA. 22101-5721
703-356-6612

Merchant ID: 8020795483
Term ID: 001654080020175-HK3HMM

Sale

xxxxxxxxxxx1008
AMEX        Entry Method: Swiped
                         $      35.83

Total:
03/11/15              13:29:30
Inv #: 000002     Appor Code: 560486
Approvd: On Line

Customer Copy
THANK YOU!


**Minuteman Press. McLean**
*The First & Last Step in Printing.*

Date 3 – 11 – 15

**6821 Tennyson Dr. · McLean, VA 22101**
**703.356.6612**
**www.mclean.minutemanpress.com**

❏ B/W     ❏ Color

486     Digital Prints    $ 28.10

Ben0    $ 4.70

_____    $ 5

Sub Total $ 33.80

Initials _____

Tax $ 2.03

TOTAL $ 35.83



MINUTEMAN PRESS OF M
6821 TENNYSON DR
MC LEAN, VA, 22101-5721
703-356-6612

Merchant ID: 00207354K3
Term ID: 00116540080020175-983000

Sale

xxxxxxxxxx1008
AMEX
Total:              $      35.83
03/11/15         13:29:30
Inv #: 000002    Appr Code: 584936
Apprvd: Online

Entry Method: Swiped

Customer Copy
THANK YOU!

Thank you for your order

Order Number:    1016659987806328

Order Date:    07/24/2015

A confirmation of your order has been sent to:    martha.duncan@me.com

| Payment | |
|---|---|
| **Payment Method:** | American Express |
| **Card Number:** | |
| **Name on Card:** | Martha D Duncan |
| **Expiration Date:** | 02 / 2018 |

| Pickup/Delivery | |
|---|---|
| **Requested Pick Up:** | 07/24/2015 4:00 PM US/Eastern |
| **Delivery Method:** | Pick up at a FedEx Office location |
| **FedEx Office Center:** | 8365 LEESBURG PIKE |
| | Ste D |
| | Vienna, VA 22182 |
| | (703) 734-3204 |
| | View Map |
| | usa1821@fedex.com |
| **Contact:** | Martha Duncan |
| | Duncan PLLC |
| | (703) 577-0940 |
| | martha.duncan@me.com |
| **Recipient:** | Martha Duncan |
| | Duncan PLLC |
| | (703) 577-0940 |
| | martha.duncan@me.com |

| DOCUMENTS | QTY | PRICE |
|---|---|---|
| June 26, 2015 June Medical.pdf<br>238 pages, 1 copy, Collated, Double sided, Black & white, Standard White 20#, Coil Binding, Viny Frosted Front Cover, Vinyl Black Back Cover, 0 tabs, 0 inserts | 1 | $23.54 |
| June 29, 2015 June Medical.pdf<br>97 pages, 1 copy, Collated, Double sided, Black & white, Standard White 20#, Coil Binding, Vinyl Frosted Front Cover, Vinyl Black Back Cover, 0 tabs, 0 inserts | 1 | $13.01 |
| June 22, 2015 June Medical.pdf<br>269 pages, 1 copy, Collated, Double sided, Black & white, Standard White 20#, Coil Binding, Viny Frosted Front Cover, Vinyl Black Back Cover, 0 tabs, 0 inserts | 1 | $25.90 |
| June 24, 2015 June Medical.pdf<br>203 pages, 1 copy, Collated, Double sided, Black & white, Standard White 20#, Coil Binding, Viny Frosted Front Cover, Vinyl Black Back Cover, 0 tabs, 0 inserts | 1 | $20.95 |
| June 23, 2015 June Medical.pdf<br>305 pages, 1 copy, Collated, Double sided, Black & white, Standard White 20#, Coil Binding, Viny Frosted Front Cover, Vinyl Black Back Cover, 0 tabs, 0 inserts | 1 | $29.08 |

Order Summary

| DOCUMENTS | QTY | PRICE |
|---|---|---|
| June 25, 2015 June Medical.pdf<br><br>222 pages, 1 copy, Collated, Double sided, Black & white, Standard White 20#, Coil Binding, Viny Frosted Front Cover, Vinyl Black Back Cover, 0 tabs, 0 inserts | 1 | $22.34 |

| | |
|---|---|
| Order Subtotal | $196.53 |
| Order Discount | $(61.71) |
| Delivery | N/A |
| Tax | $8.09 |
| Total | $142.91 |

MINUTEMAN PRESS OF M
6821 TENNYSON DR
MC LEAN, VA. 22101-5721
703-356-6612

Merchant ID: 8020795483
Term ID: 00105400080020795483000

Sale

xxxxxxxxxx1016
AMEX                    Entry Method: Swiped

Total:              $        28.78

08/05/15                        15:13:18
Inv #: 000003          Appr Code: 525935
Apprvd: Online

Customer Copy
THANK YOU!



Martha
Duncan
Date Aug 5/15

**Minuteman**
**Press.** McLean
The First & Last Step In Printing.

*6821 Tennyson Dr. · McLean, VA 22101*
*703.356.6612*
*www.mclean.minutemanpress.com*

☑ B/W      ❑ Color      DS

355        *Digital Prints*    $ 23.08
           Binding           $ 5.70
                             $

Sub Total $ _____

Initials _____

Tax $ _____

TOTAL $ 28.78

**Minuteman Press.** McLean
*The First & Last Step in Printing.*

Minuteman Press McLean
6821 Tennyson Drive
McLean, Virginia 22101
Phone: 703-356-6612  /  Fax: 703-356-6655
Web: www.mclean.minutemanpress.com
E-mail:

# Invoice

| Invoice Number: | 23115 |
|---|---|
| Invoice Date: | 8/26/2015 |

**Bill To:** Duncan PLLC
1607 Evers Drive
McLean VA  22101

Phone: 703-577-0940
Email: martha.duncan@icloud.com

**Ship To:** Duncan PLLC
1607 Evers Drive
McLean VA  22101

Phone: 703-577-0940
Email: martha.duncan@icloud.com

ASK ABOUT OUR WIDE FORMAT POSTER PRINTING!

| Description | Price |
|---|---|
| 2  Black and White copies (92pages) plus 1 color copy  (Job 45167) | $36.50 |
| Note:    One color copy and 2 binding | |

| | |
|---|---|
| Virginia Sales Tax 6.00 | $2.19 |
| Invoice Total | $38.69 |
| **Balance Due** | **$38.69** |

MINUTEMAN PRESS OF M
6821 TENNYSON DR
MC LEAN, VA. 22101-5721
703-356-6612

Merchant ID: 8020795434
Term ID: 0018540008020795434001

Phone Order

xxxxxxxxxxx1016
AMEX              Entry Method: Manual
Total:
        $     38.69
08/26/15
Inv #: 000002        13:01:21
Apprvd: Online      Appr Code: 220094
AVS Code: EXAC MATCH Y
CVV2 Code: NO MATCH N

Customer Copy

THANK YOU!

...k, *(Minuteman Press McLean)* ...then come in for a Free Chocolate Bar!

Terms:                                    2% interest per month on past-due invoices.

FULL PAYMENT is due within 30 days from invoice date.

Client agrees to defray all cost should collection procedures begin.
This job has been custom printed for you. Your satisfaction is our goal.  All sales are
final._____

MINUTEMAN PRESS OF M
McLean
6821 TENNYSON DR
MC LEAN, VA. 22101-5721
703-356-6612

Merchant ID: 8020795483
Term ID: 00105400080207954830000

### Sale

xxxxxxxxxx1016
AMEX                Entry Method: Swiped

Total:              $        32.04

09/04/15                    13:00:02
Inv #: 000001    Appr Code: 568799
Apprvd: Online

Customer Copy
THANK YOU!

Minuteman Press McLean
6821 Tennyson Drive
McLean, Virginia 22101
Phone: 703-356-6612  /  Fax: 703-356-6655
Web: www.mclean.minutemanpress.com
E-mail:

# Invoice

| | |
|---|---|
| Invoice Number: | 23165 |
| Invoice Date: | 9/4/2015 |

**Ship To:**   Duncan PLLC
1607 Evers Drive
McLean VA  22101

Phone: 703-577-0940
Email: martha.duncan@icloud.com

ASK ABOUT OUR WIDE FORMAT POSTER PRINTING!

| Description | Price |
|---|---|
| **2   black and white copies_49 pages  (Job 45243)** | **$30.23** |
| Note:        Binding | |

| | |
|---|---|
| Virginia Sales Tax 6.00 | $1.81 |
| Invoice Total | $32.04 |
| **Balance Due** | **$32.04** |

  

*"Like" us on Facebook, ,* to receive monthly special savings.
**(Minuteman Press McLean - www.facebook.com/mmpmclean)**

| Terms: | |
|---|---|
| | 2% interest per month on past-due invoices. |

FULL PAYMENT is due within 30 days from invoice date.

**Client agrees to defray all cost should collection procedures begin.**
**This job has been custom printed for you. Your satisfaction is our goal.  All sales are**
**final.**_____



MINUTEMAN PRESS OF M
6821 TENNYSON DR
MC LEAN, VA. 22101-5721
703-356-6612

**man**
**cLean**
**in Printing.**

Minuteman Press McLean
6821 Tennyson Drive
McLean, Virginia 22101
Phone: 703-356-6612  /  Fax: 703-356-6655
Web: www.mclean.minutemanpress.com
E-mail:

**Sale**

xxxxxxxxxxxx6597
MASTERCARD          Entry Method: Chip

Total: $          193.71

02/29/16              15:35:39
Inv #: 000000004    Appr Code: 93566P
Aprvd: Online

MasterCard
AID: A0000000041010
TVR: 00 00 00 80 00
TSI: F8 00

# Invoice

| | |
|---|---|
| **Invoice Number:** | 23715 |
| **Invoice Date:** | 2/29/2016 |

...err Duncan LLP          **Ship To:**    Kyle Duncan - Schaerr Duncan LLP

...2                                        Phone: 202-714-9492

ASK ABOUT OUR WIDE FORMAT POSTER PRINTING!

| Description | Price |
|---|---|
| **5,451   copies and Coil binding  (Job 46437)** | $347.84 |
| Note:    30 Coil Binding | |

| | |
|---|---|
| Virginia Sales Tax 6.00 | $20.87 |
| Invoice Total | $368.71 |
| Deposits and Payments | ($175.00) |
| **Balance Due** | **$193.71** |

MINUTEMAN PRESS OF M
6821 TENNYSON DR
MC LEAN, VA. 22101-5721
703-356-6612

**Sale**

xxxxxxxxxxxx6597
MASTERCARD          Entry Method: Chip

Total: $          175.00

02/25/16              15:16:12
Inv #: 000000001    Appr Code: 83097P
Aprvd: Online

MasterCard
AID: A0000000041010
TVR: 00 00 00 80 00
TSI: E8 00

Customer Copy
THANK YOU!

...on Facebook, , *to receive monthly special savings.*
*(Minuteman Press McLean - www.facebook.com/mmpmclean)*

| Terms: | 2% interest per month on past-due invoices. |
|---|---|

FULL PAYMENT is due within 30 days from invoice date.

**Client agrees to defray all cost should collection procedures begin.**
**This job has been custom printed for you. Your satisfaction is our goal.  All sales are**
final._____

Minuteman Press McLean
6821 Tennyson Drive
McLean, Virginia 22101
Phone: 703-356-6612  /  Fax: 703-356-6655
Web: www.mclean.minutemanpress.com
E-mail:

# Invoice

| | |
|---|---|
| **Invoice Number:** | 23831 |
| **Invoice Date:** | 4/6/2016 |
| **P.O. Number:** | Kyle |

**Bill To:**  Kyle Duncan - Schaerr Duncan LLP

Phone: 202-714-9492

**Ship To:**  Kyle Duncan - Schaerr Duncan LLP

Phone: 202-714-9492

ASK ABOUT OUR WIDE FORMAT POSTER PRINTING!

| Description | Price |
|---|---|
| **8,238   copies and Coil binding  (Job 46754)** | **$491.50** |
| **Note:**        23 coil bind | |

| | |
|---|---|
| Virginia Sales Tax 6.00 | $29.49 |
| Invoice Total | $520.99 |
| Deposits and Payments | ($520.99) |
| **Balance Due** | **$0.00** |

| Terms: | 2% interest per month on past-due invoices. |
|---|---|

FULL PAYMENT is due within 30 days from invoice date.

**Client agrees to defray all cost should collection procedures begin.**
**This job has been custom printed for you. Your satisfaction is our goal.  All sales are**
**final.**_____



**Minuteman Press**
4001 9th St North #102
Arlington, VA 22203
Phone: 703-522-1944  /  Fax: 703-522-6313
Web: www.mpress.biz  /  E-mail: orders@mpress.biz

## Quotation

7/12/2017

**Bill to:**
Schaerr Duncan LLP
Stephen Schwartz
Washington, DC  20006

Phone: 202-779-1134
Email: sschwartz@schaerr-duncan.com

**Ship to:**
Schaerr Duncan LLP
Stephen Schwartz
Washington, DC  20006

Phone: 202-779-1134
Email: sschwartz@schaerr-duncan.com

### REFER A FRIEND AND YOU BOTH
#### SAVE 10% ON YOUR NEXT ORDER!

**2  Documents - 52 Volumes (Job ID 64691)**

| | |
|---|---|
| Subtotal: | **$1,581.39** |
| Sales Tax: | **$94.88** |
| Total: | **$1,676.27** |

**Component 1 of 3:  Covers - Front & Back**

*Design*
Digital File Handling

*Printing*
2 Finished Pieces
Each of 104
1 side
8.5 x 11 • 80# Accent Opaque Cover (Stock) • White
Side 1 Ink(s): Black

**Component 2 of 3:  Inside Pages**

*Printing*
2 Finished Pieces
Each of 7930
2 sides
Duplex Top/Top
8.5 x 11 • 20# Global Office Bond up to 11x17 (Stock) • White
Side 1 and 2 Ink(s): Black

**Component 3 of 3:  Bindery**

*Finishing*
Each of 200
Bind using 210pp 7/8" (25mm) Black Plastic Coil on Long Edge

Taxes are included.
**This quote is valid for 30 days. If you approve this quote, please give us a call with
your payment information and we can put your job into production. Thanks!**
Quotes assume that the customer will provide camera-ready artwork or print-ready digital file unless
otherwise specified. Estimate is subject to change based on actual artwork and specs. Quote does not
include hard-copy proof or shipping unless so stated.

Terms: Payment in Advance

| Order Subtotal: | **$1,581.39** |
|---|---|
| Sales Tax: | **$94.88** |
| Order Total: | **$1,676.27** |

Salesperson: David Rowley



Taxes are included.
**This quote is valid for 30 days. If you approve this quote, please give us a call with
your payment information and we can put your job into production. Thanks!**
Quotes assume that the customer will provide camera-ready artwork or print-ready digital file unless
otherwise specified. Estimate is subject to change based on actual artwork and specs. Quote does not
include hard-copy proof or shipping unless so stated.

Terms: Payment in Advance



Minuteman Press
4001 9th St North #102
Arlington, VA 22203
Phone: 703-522-1944 / Fax: 703-522-6313
Web: www.mpress.biz / E-mail: orders@mpress.biz

## INVOICE

| | |
|---|---|
| Invoice Number | 36371 |
| Invoice Date | 7/26/2017 |

**Bill to:**
Schaerr Duncan LLP
Stephen Schwartz
Washington, DC 20006

Phone: 202-779-1134
Email: sschwartz@schaerr-duncan.com

**Ship to:**
Schaerr Duncan LLP
Stephen Schwartz
Washington, DC 20006

Phone: 202-779-1134
Email: sschwartz@schaerr-duncan.com

**REFER A FRIEND AND YOU BOTH**
**SAVE 10% ON YOUR NEXT ORDER!**

| | |
|---|---|
| 2 Documents - 52 Volumes  (Job 64777) | $1,265.11 |
| Job Disposition: Customer Pick Up at Arlington | |
| Sub Total | $1,265.11 |
| Sales Tax | $75.91 |
| Invoice Total | $1,341.02 |
| Deposits and Payments | ($1,341.02) |
| **Balance Due** | **$0.00** |

Salesperson: David Rowley
Payment in Advance
Please pay from this invoice.  NO STATEMENTS WILL BE SENT. Thank you for your order!

2.0000% interest per month on past-due invoices.

Accepted by:
(sign) _____ (print) _____



**Minuteman Press**
WE DESIGN, PRINT & PROMOTE...YOU!

Minuteman Press
4001 9th St North #102
Arlington, VA 22203
Phone: 703-522-1944 / Fax: 703-522-6313
Web: www.mpress.biz / E-mail: orders@mpress.biz

SCHAERR
DUNCAN

**INVOICE**

| | |
|---|---|
| Invoice Number | 36788 |
| Invoice Date | 9/29/2017 |

Bill to:
Schaerr Duncan LLP
Stephen Schwartz
Washington, DC 20006

Phone: 202-779-1134
Email: sschwartz@schaerr-duncan.com

Ship to:
Schaerr Duncan LLP
Stephen Schwartz
Washington, DC 20006

Phone: 202-779-1134
Email: sschwartz@schaerr-duncan.com

**REFER A FRIEND AND YOU BOTH
SAVE 10% ON YOUR NEXT ORDER!**

**7 Document Printing & Shipping  (Job 65678)**                                          $146.74

Job Disposition: Customer Pick Up at Arlington & Mail copies - Mailed copies MUST arrive by 10/3!

| | |
|---|---|
| Sub Total | $146.74 |
| Sales Tax | $6.40 |
| Invoice Total | $153.14 |
| Deposits and Payments | ($153.14) |
| **Balance Due** | **$0.00** |

Salesperson: David Rowley
Payment in Advance
Please pay from this invoice.  NO STATEMENTS WILL BE SENT. Thank you for your order!

2.0000% interest per month on past-due invoices.

**Accepted by:**
(sign)_____ (print)_____

# Minuteman Press

**WE DESIGN, PRINT & PROMOTE...YOU!**

Minuteman Press
4001 9th St North #102
Arlington, VA 22203
Phone: 703-522-1944  /  Fax: 703-522-6313
www.mpress.biz  /  orders@mpress.biz

SCHAERR DUNCAN LLP

## INVOICE

| | |
|---|---|
| Invoice Number | 37203 |
| Invoice Date | 11/21/2017 |

**Bill to:**
Schaerr Duncan LLP
Stephen Schwartz
Washington, DC  20006

Phone: 202-779-1134
Email: sschwartz@schaerr-duncan.com

**Ship to:**
Schaerr Duncan LLP
Stephen Schwartz
Washington, DC  20006

Phone: 202-779-1134
Email: sschwartz@schaerr-duncan.com

**REFER A FRIEND AND YOU BOTH
SAVE 10% ON YOUR NEXT ORDER!**

| | |
|---|---|
| 9 Document **Printing & Shipping**  (Job 66455) | **$87.19** |

Job Disposition: Customer Pick Up at Arlington & Mail 7 Copies - See work order notes! * HE
WANTS TO PICK UP 2 COPIES AND LOOK AT THEM BEFORE WE SHIP THE OTHERS!

| | |
|---|---|
| Sub Total | $87.19 |
| Sales Tax | $3.01 |
| Invoice Total | $90.20 |
| Deposits and Payments | ($90.20) |
| **Balance Due** | **$0.00** |

Salesperson: David Rowley
Payment in Advance                                          2.0000% interest per month on past-due invoices.
Please pay from this invoice.  NO STATEMENTS WILL BE SENT. Thank you for your order!

**Accepted by:**
**(sign)**_____ **(print)**_____

Customer Copy

BATON ROUGE COURT REPORTERS, LLC
2924 BRAKLEY DRIVE, SUITE A-1
BATON ROUGE, LA 70816
225-292-8686

Term ID: 001

# Sale - Approved

| | | |
|---|---|---|
| Date | 02/13/15 | Time 17:13:06 |
| Method of Payment | American Express | |
| Entry Method | Manual | |
| Customer Name | Martha Duncan | |
| Account # | XXXXXXXXXX1016 | |

| | |
|---|---|
| Order ID | Invoice 35354 35355 |
| Order Description: | Invoices 35354 and 35355 |
| Approval Code | 262922 |
| **Amount** | **166.86** |

WWW.BATONROUGECOURTREPORTRS.COM
THANK YOU FOR YOUR PAYMENT

Customer Copy



**BATON ROUGE COURT REPORTERS**
**(225) 292-8686**

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
| --- | --- | --- |
| 35354 | 02/13/2015 | 02-25657 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/31/2014 | HICKDA | |

| CASE CAPTION |
| --- |
| LOUISIANA HOUSE OF REPRESENTATIVES |
| **TERMS** |
| Due upon receipt |

MARTHA DRAAYER DUNCAN
DUNCAN, PLLC
1629 K STREET NW
SUITE 300
WASHINGTON, DC 20006

```
ORIGINAL TRANSCRIPT OF:
    LA HOUSE BILL 388 FINAL PASSAGE                              24.00

ORIGINAL TRANSCRIPT OF:
    HOUSE CONCURRENCE HB 388                                     25.44
                                                               _____
                                    TOTAL   DUE   >>>>           49.44


DATE OF PROCEEDINGS: MARCH 31, 2014 AND MAY 21, 2014
TRANSCRIBED BY DARLENE HICKS, CCR

Thank you for your business!

Now accepting VISA, MASTERCARD and AMERICAN EXPRESS (3% PROCESSING FEE).
```

TAX ID NO. : 26-1305158                                (703) 577-0940    Fax (571) 730-4429

*Please detach bottom portion and return with payment.*

MARTHA DRAAYER DUNCAN
DUNCAN, PLLC
1629 K STREET NW
SUITE 300
WASHINGTON, DC 20006

```
Invoice No.:  35354
Date      :  02/13/2015
TOTAL DUE :     49.44



Job No.   :  02-25657
Case No.  :
LOUISIANA HOUSE OF REPRESENTATIVES
```

Remit To:    **BATON ROUGE COURT REPORTERS, LLC**
**12016 JUSTICE AVENUE**
**BATON ROUGE, LA 70816**



# BRCR

**BATON ROUGE COURT REPORTERS**
**(225) 292-8686**

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 35355 | 02/13/2015 | 02-25658 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/14/2014 | NICOLE | |

| CASE CAPTION | | |
|---|---|---|
| LOUISIANA SENATE FLOOR DEBATE | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

MARTHA DRAAYER DUNCAN
DUNCAN, PLLC
1629 K STREET NW
SUITE 300
WASHINGTON, DC 20006

```
ORIGINAL TRANSCRIPT OF:
    LA SENATE FLOOR DEBATE                                    117.42

                              TOTAL  DUE  >>>>          117.42

DATE OF PROCEEDING: MAY 14, 2014
TRANSCRIBED BY LESLIE NICOSIA, CCR

Thank you for your business!

Now accepting VISA, MASTERCARD and AMERICAN EXPRESS (3% PROCESSING FEE).
```

**TAX ID NO. :** 26-1305158                              (703) 577-0940    Fax (571) 730-4429

*Please detach bottom portion and return with payment.*

MARTHA DRAAYER DUNCAN
DUNCAN, PLLC
1629 K STREET NW
SUITE 300
WASHINGTON, DC 20006

```
Invoice No.:  35355
Date       :  02/13/2015
TOTAL DUE  :     117.42


Job No.    :  02-25658
Case No.   :
LOUISIANA SENATE FLOOR DEBATE
```

Remit To:    **BATON ROUGE COURT REPORTERS, LLC**
             **12016 JUSTICE AVENUE**
             **BATON ROUGE, LA 70816**

June Medical Services
Expert Travel Expenses

4/23/15

| **Jacqueline Harvey** | | Receipt? |
|---|---|---|
| Super Shuttle | $   42.00 | Y |
| Airfare, Toronto to DCA | $  275.71 | Y |
| Airfare, DCA to Dallas | $  217.10 | Y |

| **Dr. Anderson** | | |
|---|---|---|
| Meal | $   18.92 | Y |
| Meal | $   10.61 | Y |
| Hotel | $  249.91 | Y |

| **Dr. Cudihy** | | |
|---|---|---|
| Mileage, 114 miles @ $0.51/mile | $   58.14 | N |
| Parking Garage | $   10.00 | N |

| **Dr. McMillan** | | |
|---|---|---|
| Hotel | $  230.63 | Y |
| Mileage 191 each way = 382 @ $0.51/mile | $  194.82 | N |
| Meal, lunch 1/30/15 | $   18.59 | Y |
| Meal, dinner 1/29/15 | $   26.34 | Y |

| **Total Expert Expenses** | **$ 1,352.77** |
|---|---|

**From:** **Charlotte**  cbergeronlaw@gmail.com
**Subject:** Fwd: Flight reservation (FOHPWR) | 23JAN15 | DCA-DAL | Harvey/Jacqueline Christine
**Date:** April 21, 2015 at 11:27 AM
**To:** Martha Duncan  martha.duncan@me.com
**Cc:** Kyle Duncan  kduncan@duncanpllc.com



Sent from my iPhone

Begin forwarded message:

**From:** Charlotte Bergeron <cbergeronlaw@gmail.com>
**Date:** January 17, 2015 at 2:12:17 PM CST
**To:** Demme Doufekias <DDoufekias@mofo.com>, Ilene Jaroslaw <ijaroslaw@reprorights.org>
**Cc:** Mike Johnson <mjohnsonlegal@gmail.com>
**Subject: Fwd: Flight reservation (FOHPWR) | 23JAN15 | DCA-DAL | Harvey/Jacqueline Christine**

FYI-DC to Dallas

--------- Forwarded message ---------
From: **Jacqueline Harvey** <drjcharvey@gmail.com>
Date: Sat, Jan 17, 2015 at 1:06 PM
Subject: Fwd: Flight reservation (FOHPWR) | 23JAN15 | DCA-DAL | Harvey/Jacqueline Christine
To: "Charlotte Y. Bergeron" <cbergeronlaw@gmail.com>

--------- Forwarded message ---------
From: "Southwest Airlines" <SouthwestAirlines@luv.southwest.com>
Date: Jan 17, 2015 12:59 PM
Subject: Flight reservation (FOHPWR) | 23JAN15 | DCA-DAL | Harvey/Jacqueline Christine
To: <DRJCHARVEY@gmail.com>
Cc:

You're all set for your trip!

                                                    My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!

 Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 01/23/15 - Dallas

✈  **AIR Itinerary**

### AIR Confirmation: **FOHPWR**                    Confirmation Date: 01/17/2015



| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| HARVEY/JACQUELINE CHRISTINE | 358265541 | 5262475338323 | Jan 17, 2016 | 1133 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Fri Jan 23 | 278 | Depart **WASHINGTON (REAGAN NATIONAL), DC** (DCA) on Southwest Airlines at **8:50 PM** <br> Arrive in **DALLAS (LOVE FIELD), TX** (DAL) at **11:35 PM** <br> Travel Time 3 hrs 45 mins <br> Wanna Get Away |

**What you need to know to travel:**
- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the



- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.
- WiFi, TV, and related services and amenities may vary and are subject to change based on assigned aircraft. Learn more.

**Remember to be in the gate area on time and ready to board:**
- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

Air Cost: 217.10

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262475338323: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.

Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase. Unused funds used to cancel reservations for a Wanna Get Away fare segment at least 10 minutes prior to travel will result in the forfeiture of all remaining unused funds.

WAS WN DAL188.84HLN3WNR 188.84 END ZPDCA XFDCA4.5 AY5.60$DCA5.60

 Learn About Our Boarding Process ▶

 Get EarlyBird Check-In® Details ▶

## Cost and Payment Summary



✈ **AIR** - **FOHPWR**

| | | | Payment Information |
|---|---|---|---|
| Base Fare | $ | 188.84 | Payment Type: Amer Express XXXXXXXXXXX3040 |
| Excise Taxes | $ | 14.16 | Date: Jan 17, 2015 |
| Segment Fee | $ | 4.00 | Payment Amount: $217.10 |
| Passenger Facility Charge | $ | 4.50 | |
| September 11th Security Fee | $ | 5.60 | |
| **Total Air Cost** | **$** | **217.10** | |

 **Flight Status Alerts**

Stay on your way with flight departure or arrival status via text message or e-mail.

Subscribe Now ➜

**Fly Southwest To International Destinations**

You can now book travel from select cities to Mexico & The Caribbean at southwest.com.

Learn More ➜

| Useful Tools | Know Before You Go | Special Travel Needs |
|---|---|---|
| Check In Online | In the Airport | Traveling with Children |
| Early Bird Check-In | Baggage Policies | Traveling with Pets |
| View/Share Itinerary | Suggested Airport Arrival Times | Unaccompanied Minors |
| Change Air Reservation | Security Procedures | Baby on Board |
| Cancel Air Reservation | Customers of Size | Customers with Disabilities |
| Check Flight Status | In the Air | |
| Flight Status Notification | Purchasing and Refunds | |
| Book a Car | | |
| Book a Hotel | | |


Earn Rapid Rewards Points
Book a Car


CLICK 'N SAVE
Join over 17 million email subscribers saving big on travel each week.
Sign Up


ENROLL NOW. IT'S FREE!
Southwest Rapid Rewards

From: **Charlotte** cbergeronlaw@gmail.com
Subject: Fwd: SuperShuttle Reservation Confirmation 3945143
Date: April 21, 2015 at 11:28 AM
To: Martha Duncan martha.duncan@me.com
Cc: Kyle Duncan kduncan@duncanpllc.com



Sent from my iPhone

Begin forwarded message:

**From:** Charlotte Bergeron <cbergeronlaw@gmail.com>
**Date:** January 17, 2015 at 2:13:15 PM CST
**To:** Demme Doufekias <DDoufekias@mofo.com>, Ilene Jaroslaw <ijaroslaw@reprorights.org>
**Cc:** Mike Johnson <mjohnsonlegal@gmail.com>
**Subject: Fwd: SuperShuttle Reservation Confirmation 3945143**

FYI-Shuttle from Dallas

---------- Forwarded message ----------
From: **Jacqueline Harvey** <jcharvey@umich.edu>
Date: Sat, Jan 17, 2015 at 1:06 PM
Subject: Fwd: SuperShuttle Reservation Confirmation 3945143
To: "Charlotte Y. Bergeron" <cbergeronlaw@gmail.com>

---------- Forwarded message ----------
From: "SuperShuttle" <reservations@supershuttle.com>
Date: Jan 17, 2015 1:03 PM
Subject: SuperShuttle Reservation Confirmation 3945143
To: <jcharvey@umich.edu>
Cc:



**Confirmation**



Click Continue to claim your **$20 Rebate** on today's reservation!

[Continue] Billing terms and conditions apply. Claim your Cash Back with enrollment in Great Fun.

Dear Jacqueline Harvey,
Below is a summary of your confirmed service with SuperShuttle. This information is for your records. No additional action is necessary.

| Arrival itinerary (From the airport) | |
|---|---|
| **Confirmation Number:** | 3945143 |
| Your reservation from the airport will help SuperShuttle better serve you and expedite your travel. Due to airport security, traffic conditions and other travel variables, your reservation does not mean there will be a van waiting for you at the curb. | |
| **Airport:** | DAL - DALLAS LOVE FIELD |
| **Airline:** | SOUTHWEST AIRLINES |
| **Flight #:** | 238 - Domestic |
| **Flight Date/Time:** | Friday, January 23, 2015 11:35 PM |
| **Drop Off:** | 12640 SWEET BAY DR<br>EULESS, TX 76040<br>(817) 727-7680 |
| **Adults:** | 1 |
| **Children:** | 0 |
| **Service Type:** | SHARED RIDE VAN SERVICE (UP TO 10 PASSENGERS IN PARTY) |
| **Fare:** | $36.00 |

| | |
|---|---|
| **Tip:** | $5.00 |
| **Fuel surcharge:** | $1.00 |
| **Total:** | **$42.00** |

### Special Instructions

Upon arrival, please call 1 (800) 258-3826 and request Dallas Dispatch. After collecting your luggage, please proceed to the pick-up spot designated by Dispatch.

### Billing

| | |
|---|---|
| **Payment Method:** | PREPAID CREDIT CARD |
| **Card type:** | AMEX |
| **Card number:** | XXXX-XXXX-XXXX- 3040 |

**Thank you for using SuperShuttle!**

To view our cancellation policy, click [here] .

To change or cancel this reservation, please call 1(800)BLUE-VAN (800-258-3826)

http://www.SuperShuttle.com

Contact Us | Terms of Service | Privacy Policy

  

 We value your safety. Please wear your seat belt during your journey with us.

This e-mail is intended only for use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any use, distribution or copying of this e-mail communication is strictly prohibited if you are not the addressee. If so, please notify us immediately by e-mail, and destroy the original. Thank you.

**From:** **Charlotte** cbergeronlaw@gmail.com
**Subject:** Fwd: Expedia travel confirmation/e-Ticket - Jan 21 - (Itin# 195689701720)
**Date:** April 21, 2015 at 11:26 AM
**To:** Martha Duncan  martha.duncan@me.com

CB

Sent from my iPhone

Begin forwarded message:

**From:** Charlotte Bergeron <cbergeronlaw@gmail.com>
**Date:** January 17, 2015 at 2:11:13 PM CST
**To:** Demme Doufekias <DDoufekias@mofo.com>, Ilene Jaroslaw <ijaroslaw@reprorights.org>
**Cc:** Mike Johnson <mjohnsonlegal@aol.com>
**Subject: Fwd: Expedia travel confirmation/e-Ticket - Jan 21 - (Itin# 195689701720)**

FYI-Toronto to DC

On Sat, Jan 17, 2015 at 1:06 PM, Jacqueline Harvey <drjcharvey@gmail.com> wrote:
---------- Forwarded message ----------
From: "Expedia Travel Confirmation" <Confirmation@expediaconfirm.com>
Date: Jan 17, 2015 12:56 PM
Subject: Expedia travel confirmation/e-Ticket - Jan 21 - (Itin# 195689701720)
To: <drjcharvey@gmail.com>
Cc:



### Thank you for booking with Expedia!
**All of your trip information is in** your online itinerary :

- Get live status information
- Easy access to your latest trip information
- Upgrade, change or cancel your booking

**Go To My Itinerary**

🟡 **Access your itinerary anywhere.** — GET THE FREE APP ➔

**Mobile Itinerary**
Jan 21, 2015 - Jan 21, 2015  |  Itinerary # 195689701720

**Because you booked a flight,**
you qualify for up to 55% off Washington hotels.

**Expires on Tue, January 27**

**See hotels**

 *This email can be used as an E-Ticket.*    Itinerary # **195689701720**

To get the most up-to-date version of your trip, go to your online itinerary and print a copy to take with you.

**Important Information**

- All passengers traveling to the US must provide valid travel documents and details of their full US destination address for US Immigration.
- Proof of citizenship is required for international travel. Be sure to bring all necessary documentation (e.g. passport, visa, transit permit). To learn more, visit our Visa and Passport page (Opens a new window) .



| Toronto (YYZ) → Washington (DCA) | | |
|---|---|---|
| Jan 21, 2015 - Jan 21, 2015 , 1 one way ticket | CONFIRMED  Delta  Expedia Booking ID | H8O45V  X9SO6L |

Your reservation is booked and confirmed. There is no need to call us to reconfirm this reservation.

**Price Summary**

**Traveler Information**

| Jacqueline Harvey | No frequent flyer details provided | Ticket # 0067557976750 |
|---|---|---|
| Adult | | |

* Seat assignments, special meals, frequent flyer point awards and special assistance requests should be confirmed directly with the airline.

| **Traveler 1: Adult** | $275.71 |
|---|---|
| Flight | $183.00 |
| Taxes & Fees | $92.71 |

| Expedia Booking Fee | $0.00 |
|---|---|

| **Total:** | **$275.71** |
|---|---|

All prices quoted in US dollars.

**Jan 21, 2015 - Departure 1 stop**    Total travel time:4 h 47 m

Toronto   New York
**YYZ 6:06am**   JFK 8:00am   1 h 54 m
Terminal 3   Terminal 4
Delta 6182 Operated by GOJET AIRLINES DBA DELTA CONNECTION
Economy / Coach (K) | Seat **16B** | Confirm or change seats with the airline*

**Layover: 1 h 30 m**



New York                    Washington                              1 h 23 m
JFK  9:30am                 DCA  10:53am
Terminal 4                  Terminal B
Delta  4022 Operated by ENDEAVOR AIR DBA DELTA CONNECTION
Economy / Coach (K) | Seat **18C** | Confirm or change seats with the airline*

**Airline Rules & Regulations**

- We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline charges such fees in accordance with its own policies, the cost will be passed on to you.
- **Tickets are nonrefundable, nontransferable and name changes are not allowed.**
- Please read the complete penalty rules for changes and cancellations (Opens a new window) applicable to this fare.
- Please read important information regarding airline liability limitations (Opens a new window).

**Additional Flight Services**

- The airline may charge additional fees (Opens a new window) for checked baggage or other optional services.

**Need help with your reservation?**

- Visit our Customer Support page.
- Call us at 1-877-261-3523
- For faster service, mention itinerary # **195689701720**

**Expedia+ rewards**

**110 points**
For Rewards members

Expedia+ rewards

Join Expedia+ rewards

**Complete Your Trip**

| Get rested | Upgrade to Economy Comfort on Delta | Get out and explore |
|---|---|---|
| **Add a Hotel** | Enjoy more legroom & Priority Boarding  **See the benefits** | **Add an activity** |

You are receiving this transactional email based on a recent booking or account-related update on Expedia

© 2015 Expedia, Inc. All rights reserved. Expedia, Expedia Extras, Best Price Guarantee, Trend Tracker, Insiders' Select and the Airplane logos are registered trademarks, or trademarks, of Expedia, Inc. in the U.S. and/or other countries. Other product and company names mentioned herein may be trademarks of their respective owners.

(EMID: PT-ETM-ENSPC2-teid1.0-issu1-testX-lang.t033-verX-mcidX-segaX-segbX-segmX-key-paid)(MD: 20150117125358)(EPID: X)(ETID: 987039)

Dr. Anderson, Meals

# Order #: 0244

\ POPPA BOX
1928 I ST N.W.
WASHINGTON, DC 20006
202-659-1111

Invoice #: 150126-10244        Station: 1
Invoice Date: 1/26/15 7:47:53 PM
Cashier: Leilani Nieves

| | |
|---|---|
| 1 Egg Salad | 6.45 |
| (#6.45) | |
| Waffle Sandwich | |
| 1 Open Item | 1.50 |
| (#1.50) | |
| 1 Kettle Sea Salt | 1.69 |
| (#1.69) | |

Subtotal: $        9.64
tax: $        0.97
Total: $        10.61
Received - CREDIT CARD: $        10.61
Change: $ 0.00

Entry Method: swipe2   Card Brand: Visa
Card Number: XXXXXXXXXXXX0460
Appr Code: AP149086        Trans Amt: 10.61

CUSTOMER COPY

5817980
PAUL BAKERY 894
2000 PENISYLVANIA AVE
WASHINGTON, DC 20006
(857) 300-0785

Tera ID: 005        Ref #: 012

## Sale

XXXXXXXXXXXX5590
MASTERCARD        Entry Method: Swiped

01/27/15                14:18:35
Inv #: 000016        Appr Code: 88242P
Apprvd: Online        Batch#: 000204

Total:        $        18.92

Merchant Copy
NO SIGNATURE REQUIRED
THANK YOU!

# RB properties, inc.

The Henley Park Hotel • State Plaza Hotel • Hotel Lombardy
Morrison-Clark Inn • Washington Plaza
Sea Catch Restaurant

Anderson, James

| | | | | |
|---|---|---|---|---|
| Arrival Date: | 01/26/15 | No. In Party: | 1 | Hotel Lombardy |
| Departure Date: | 01/27/15 | Folio Number: | 61L16C | L0708 |

| Date | Transaction | | Description | | Charges | Payment |
|---|---|---|---|---|---|---|
| 01/26/15 | ROOM | 1 | ROOM REVENUE | -- | 179.10 | |
| 01/26/15 | TX1 | 1 | ROOM SALES TAX | -- | 25.97 | |
| 01/26/15 | PARK | 1 | PARKING | AO | 38.00 | |
| 01/26/15 | TX3 | 1 | PARKING TAX | AO | 6.84 | |
| 01/27/15 | MC | 1 | XXXX5590 | CB | | 249.91 |
| | | | | ===================== | |
| | | | Subtotals | $ | 249.91 | 249.91 |
| | | | | ===================== | |

PAID IN FULL --- THANK YOU!

hotel - the
night before
deposition -
deposition w/
Kyle Duncan
on 1/27/15

James
Anderson

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person or company or association fails to pay for any part of the full amount of these charges. I also agree that all charges contained in this account and any disputes or requests for copies must be made within five days of my departure.

Guest Signature _____

**Expert witness:** *June Medical Services, LLC, et al v Caldwell*
**Time sheet for Damon Cudihy, MD**

Preparation of Expert Testimony:

10/20/2014--  1 hour 48 min

10/24/2014--  2 hours 54 min

10/25/2014—  2 hours 6min

10/26-27/2014—7 hours 48min

10/27-28/2014--3 hours

10/28/2014--  54 min

11/9-10/2014—6 hours 54 min

11/15/2014--  1 hour 42min

11/18/2014--  48min

12/1/2014--  1 hour 30min

**Total for Report:      29.4 hours**

Review of rebuttals and further consulting service to counsel

1/1/2015--2 hours 36min

1/6/2015--1 hour 12 min

Deposition:

1/14/2015--8hours   (travel to and from Baton Rouge, 6 hours of actual deposition)

Mileage: 114 miles (round trip from Lafayette to Baton Rouge for deposition) (114 X 0.51 =$58.14)

Parking garage: $10 (receipt available on request)

Gas: $54.85 (direct receipt not available, only item from personal debit card for documentation)



## THE WHITNEY

Beverly McMillan

US

Conf. No.: 64024476

Group Name:

| | |
|---|---|
| Room No. | : 0711 |
| Arrival | : 01-28-15 |
| Departure | : 01-29-15 |
| Folio Window | : 1 |
| Folio No. | : |
| Invoice No. | : |
| A/R Number | : |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-28-15 | Room Charge | 151.00 | |
| 01-28-15 | Room Tax local 6% | 9.06 | |
| 01-28-15 | room tax state 7% | 10.57 | |
| 01-28-15 | Tourism Support Assessment 1.75% | 2.64 | |
| 01-28-15 | Occ Fee $1/NT | 1.00 | |
| 01-28-15 | parking regular | 32.00 | |
| 01-28-15 | Parking sales tax 12% | 3.84 | |
| 01-29-15 | Bistreaux at the Bank | 20.52 | |
| | 936390 | | |
| 01-29-15 | Visa | | 230.63 |
| | XXXXXXXXXXXX3047 XX/XX | | |

| | |
|---|---|
| Total Charges | 230.63 |
| Total Credits | 230.63 |
| **Balance** | **0.00** |

Guest Signature: _____

Page No. 1 of 1

## Transactions

| Post Date | Tran Date | Transaction Description | Reference Number |
|---|---|---|---|
| 01/22 | 01/21 | REBATE EARNED JACKSON MS | |
| 01/26 | 01/24 | APL* ITUNES.COM/BILL 866-712-7753 CA | 74680175022000000000014 |
| 01/26 | 01/24 | WEIGHTWATCHERS MP FR 800-651-6000 NY | 24692165024000422680518 |
| 01/26 | 01/24 | KROGER #345 JACKSON MS | 24692165024000456118971 |
| 01/28 | 01/27 | CHICO'S #349 FLOWOOD MS | 24445715024300217040098 |
| 01/29 | 01/27 | OFFICE DEPOT #89 JACKSON MS | 24445005028600142332110 |
| 01/29 | 01/28 | MIKE ANDERSON'S SE BATON ROUGE LA ✓ | 24224435029150504325447 |
| 01/29 | 01/27 | LIFESITENEWS.COM INC 888-678-6008 VA ✓ | 24707805028980149905795 |
| 01/30 | 01/30 | APL* ITUNES.COM/BILL 866-712-7753 CA | 24692165030000066406289 |
| 02/02 | 01/30 | MCDADE'S MARKET #1 JACKSON MS | 24427335030720005072824 |
| 02/02 | 01/29 | SUBWAY     00399428 HAMMOND LA | 24164075030255203594302 |
| 02/02 | 01/31 | USAIRWAYS  0372389324672 JACKSON MS ✓ | 24792625032642000446424 |
| | | MCMILLAN/BEVERLYANN   Departure: 01/31/2015 | |
| | | EBC US Y FEE | |
| | 01/30 | MARATHON PETRO152389 JACKSON MS | 24299105030002924975598 |
| | 01/31 | CAFFE EUROPA FORT LAUDERDA FL | 24323045032577395011296 |
| | 01/31 | LIVECAREER (800)652-8430   ? | 74245005031013122363698 |
| | 01/30 | MCDADES WINE AND SPIRITS JACKSON MS | 24013395030002981044000 |
| | 02/02 | BLK*SALVATION ARMY 601-969-7560 CA | 24055235033026033048838 |
| | 02/01 | RIVERSIDE HOTEL RESTAURAN FORT LAUDERDA FL | 24013395033000107284028 |

McMillan meals

| escription | Reference Number | Amount | |
|---|---|---|---|
| JACKSON MS | | | |
| BILL 866-712-7753 CA | 74680175022000000000014 | 32.52 | CR |
| S MP FR 800-651-6000 NY | 24692165024000422680518 | 1.06 | |
| KSON MS | 24692165024000456118971 | 49.00 | |
| WOOD MS | 24445715024300217040098 | 74.98 | |
| JACKSON MS | 24445005028600142332110 | 523.79 | |
| SE BATON ROUGE LA ✓ | 24445745028100145757802 | 23.72 | |
| M INC 888-678-6008 VA ✓ | 24224435029105004325447 | 26.34 | |
| BILL 866-712-7753 CA | 24707805028980149905795 | 50.00 | |
| T #1 JACKSON MS | 24692165030000066406289 | 1.06 | |
| 428 HAMMOND LA | 24427335030720005072824 | 13.91 | |
| 389324672 JACKSON MS ✓ | 24164075030255203594302 | 18.59 | |
| MCMILLAN/BEVERLYANN    Departure: 01/31/2015 | 24792625032642000446424 | 25.00 | |
| EBC US Y FEE | | | |
| 152389 JACKSON MS | 24299105030002924975599 | 33.05 | |
| RT LAUDERDA FL | 24323045032577395011236 | 35.15 | |
| 52-8430 | 74245005031013122369668 | 39.80 | |
| D SPIRITS JACKSON MS | 24013395030002981044000 | 41.02 | |
| MY 601-969-7560 CA | 24055235033026033048838 | 50.00 | |
| RESTAURAN FORT LAUDERDA FL | 24013395033000107284028 | 69.30 | |