# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 06, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-30397    June Medical Services, L.L.C., et al v. James Caldwell
                      USDC No. 3:14-CV-525

This case is administratively closed in light of the United States Supreme Court Opinion issued June 29, 2020, and the United States Supreme Court Judgment received July 31, 2020.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689


Ms. Dimitra Doufekias
Mr. Michael L. McConnell
Ms. Elizabeth Baker Murrill
Mr. Charles M. Samuel, III
Mr. Stephen S. Schwartz
Mr. Travis Tu