UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JUNE MEDICAL SERVICES, LLC,** *et al.*　　　　**CIVIL ACTION**

　　　　　　　　　　　　　　　　　　　　　　　　**NO. 14-525-JWD-RLB**

**VERSUS**

**COURTNEY PHILLIPS, in her official capacity as**
**Secretary of the Louisiana Department of Health**

**ORDER**

　　　　Before the Court is the Motion to Clarify Protective Order Obligations or, Alternatively, to Preserve Documents filed by Defendant, Courtney Phillips, in her official capacity as Secretary of the Louisiana Department of Health. (R. Doc. 347). The Motion is Opposed. (R. Doc. 355). Defendant has filed a Reply. (R. Doc. 375).

　　　　The undersigned requires further clarification regarding a category of documents at issue. Specifically, the Court would like a better understanding of the scope of (1) confidential documents, (2) produced by Plaintiffs or third parties (3) to Defendants during the course of this litigation that (4) have <u>not</u> been made part of the Court's record (whether sealed or unsealed). Accordingly,

　　　　**IT IS ORDERED** that counsel for plaintiff review their records for discovery materials in their possession that fall within the 4 criteria set forth above and be prepared to discuss the same with the Court and opposing counsel.

　　　　**IT IS FURTHER ORDERED** that a telephone status conference is set for **Friday, March 19, 2021 at 10:30 a.m.**

**The parties shall dial in to the conference at 888-363-4749, access code 1799163, five minutes prior to the conference.**

Signed in Baton Rouge, Louisiana, on March 15, 2021.

_____
**RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE**