UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUNE MEDICAL SERVICES, LLC, et al.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-525-JWD-RLB** |
| **COURTNEY PHILLIPS, in her official capacity as Secretary of the Louisiana Department of Health** | |

## ORDER

A telephone status conference was held on March 19, 2021.

**PRESENT:** **T. J. Tu**
**Dimitra Dousekias**
**Julie Rickelman**
Counsel for Plaintiff

**Babatunde Animashaun**
**Joseph Scott St. John**
**Phyllis E. Glazer**
Counsel for Defendants

The parties discussed the status of this matter. Unless the parties are otherwise ordered to provide additional information, the Court will prepare and issue a ruling on the pending motion to clarify (R. Doc. 347).

The undersigned also conducted separate settlement conference sessions with the parties. Those communications are confidential. After a period of negotiations, the parties have not reached an agreement. The parties may continue to negotiate among themselves. To the extent a settlement agreement will not be reached at this time, the parties should move forward with seeking resolution of remaining fees and costs matters with the trial judge.

Signed in Baton Rouge, Louisiana, on March 19, 2021.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

C:cv33a; T: 00:30
C:cv38a; T: 00:15