## APPENDIX A

## Lodestars Based on Prevailing Rates in Home Districts for Attorneys of Comparable Skill and Experience

### Trial Proceedings Lodestar

| Timekeeper | 2014 | | | 2015 | | | 2016 Rate | | | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|
| | Rate | Hrs. | Total | Rate | Hrs. | Total | Rate | Hrs. | Total | |
| David Brown | $670 | 0.1 | **$67** | $720 | 326.5 | **$235,080** | $770 | 182.8 | **$140,756** | **$375,903** |
| Janet Crepps | $480 | 60.1 | **$28,848** | N/A | N/A | **N/A** | $580 | 27.6 | **$16,008** | **$44,856** |
| Ilene Jaroslaw | $800 | 373.75 | **$299,000** | $850 | 833.3 | **$708,305** | $900 | 160.25 | **$144,225** | **$1,151,530** |
| Zoe Levine | $670 | 16.6 | **$11,122** | $720 | 347.7 | **$250,344** | $770 | 155.4 | **$119,658** | **$381,124** |
| Julie Rikelman | $800 | 53.5 | **$42,800** | N/A | N/A | **N/A** | $900 | 12.2 | **$10,980** | **$53,780** |
| *Center Trial Proceedings Subtotal -- $2,007,193* | | | | | | | | | | |
| William Rittenberg | $450 | 49.57 | **$22,306** | $450 | 8.5 | **$3,825** | $450 | 5.0 | $2,250 | $28,381.50 |
| *Rittenberg Trial Proceedings Subtotal -- $28,381.50* | | | | | | | | | | |
| Dimitra Doufekias | $775 | 378 | **$292,950** | $825 | 601.25 | **$496,031.25** | $875 | 118.25 | $103,468.75 | **$892,450** |
| Marc A. Hearron | N/A | N/A | **N/A** | $800 | 3.5 | **$2,800** | $850 | 39 | $33,150 | **$35,950** |
| David D. Scannell | $615 | 330.25 | **$203,103.75** | $675 | 93.5 | **$63,112.50** | $725 | 46.75 | $33,893.75 | **$300,110** |
| Kerry C. Jones | $385 | 60.25 | **$23,196.25** | $405 | 539.75 | **$218,598.75** | $465 | 45.75 | $21,273.75 | **$263,068.75** |
| Timothy P. Gallivan | $385 | 43.5 | **$16,747.50** | $405 | 389 | **$157,545** | $465 | 29 | $13,485 | **$187,777.50** |
| Jeremy Merkelson | $615 | 256.75 | **$157,901.25** | $675 | 94.75 | **$63,956.25** | N/A | N/A | N/A | **$221,857.50** |
| Libby J. Weingarten | $385 | 539 | **$207,515** | $405 | 206 | **$94,875** | N/A | N/A | N/A | **$302,390** |
| Hanna Abrams | N/A | N/A | **N/A** | $675 | 156.25 | **$105,468.75** | N/A | N/A | N/A | **$105,468.75** |
| Marissa P. Harris | $615 | 56.75 | **$34,901.25** | $675 | 141 | **$95,175** | N/A | N/A | N/A | **$130,076.25** |
| Gregory E. Brooks | $295 | 86 | **$25,370** | $310 | 43 | **$13,300** | N/A | N/A | N/A | **$38,700** |

| | |
|---|---|
| *Morrison & Foerster Trial Proceedings Subtotal -- $2,477,848.75* | |
| **TRIAL PROCEEDINGS SUBTOTAL -- $4,513,423.25** | |

**Appellate Proceedings Lodestar**

| Timekeeper | 2017 | | | 2018 | | | 2019 | | | 2020 | | | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rate | Hrs. | Total | Rate | Hrs. | Total | Rate | Hrs. | Total | Rate | Hrs. | Total | |
| T.J. Tu | N/A | N/A | N/A | $975 | 117.6 | $114,660 | $1040 | 511.2 | $531,648 | $1125 | 242.8 | $273,150 | $919,458 |
| Julie Rikelman | N/A | N/A | N/A | $1050 | 29 | $30,450 | $1125 | 404.8 | $455,400 | $1250 | 383.15 | $478,937.50 | $964,787.50 |
| Jessica Sklarsky | N/A | N/A | N/A | N/A | N/A | N/A | $895 | 662.53 | $592,967.33 | $930 | 243.2 | $226,176 | $819,143.33 |
| Alexandra Thompson | N/A | N/A | N/A | N/A | N/A | N/A | $805 | 50 | $40,250 | $880 | 74.4 | $65,472 | $105,722 |
| *Center Appellate Proceedings Subtotal -- $2,809,110.83* | | | | | | | | | | | | | |
| Charles M. (Larry) Samuel | $400 | 2.93 | $1,172 | $400 | 2 | $800 | $400 | .75 | $300 | $400 | 1.09 | $936 | $2,708 |
| *Rittenberg Appellate Proceedings Subtotal -- $2,708* | | | | | | | | | | | | | |
| Dimitra Doufekias | $910 | 11 | $10,010 | $975 | 1.5 | $1,462.50 | N/A | N/A | N/A | N/A | N/A | N/A | $11,472.50 |
| Marc A. Hearron | $885 | 11.5 | $10,177.50 | $925 | 57.75 | $53,418.75 | N/A | N/A | N/A | N/A | N/A | N/A | $63,596.25 |
| *Morrison & Foerster Appellate Proceedings Subtotal -- $ 75,068.75* | | | | | | | | | | | | | |
| Jeffrey L. Fisher | N/A | N/A | N/A | N/A | N/A | N/A | $1475 | 139.5 | $205,762.5 | $1555 | 97.5 | $151,612.50 | $357,375 |
| Anton Metlitsky | N/A | N/A | N/A | N/A | N/A | N/A | $995 | 82.2 | $81,789 | $1075 | 37.6 | $40,420 | $122,209 |
| Brad N. Garcia | N/A | N/A | N/A | N/A | N/A | N/A | $885 | 86.9 | $76,906.50 | $945 | 20.6 | $19,467 | $96,373.50 |
| Samantha Goldstein | N/A | N/A | N/A | N/A | N/A | N/A | $840 | 90.3 | $75,852 | $925 | 4 | $3,700 | $79,552 |
| Kendall Turner | N/A | N/A | N/A | N/A | N/A | N/A | $840 | 88.6 | $74,424 | $925 | 32.3 | $29,877.5 | $104,301.50 |
| Jeremy Girton | N/A | N/A | N/A | N/A | N/A | N/A | $755 | 216.2 | $163,231 | $855 | 65.4 | $55,917 | $219,148 |
| Andrew Eveleth | N/A | N/A | N/A | N/A | N/A | N/A | $380 | 58.9 | $22,382 | $395 | 14.6 | $5,767 | $28,149 |

| |
|---|
| *OMM Appellate Proceedings Subtotal -- $1,007,108* |
| **APPELLATE PROCEEDINGS SUBTOTAL -- $3,893,995.58** |

**Post-Appellate Proceedings Lodestar**

| Timekeeper | 2020 Rate | | | 2021 Rate | | | Lodestar |
|---|---|---|---|---|---|---|---|
| | Rate | Hrs. | Total | Rate | Hrs. | Total | |
| **T.J. Tu** | $1125 | | | $1200 | | | |
| **Julie Rikelman** | $1250 | | | $1375 | | | |
| **Jessica Sklarsky** | $930 | | | $1000 | | | |
| **Alexandra Thompson** | $880 | | | $975 | | | |
| *Center Post-Appellate Proceeding Subtotal --$ TBD* | | | | | | | |
| **Charles M. (Larry) Samuel** | $400 | | | $400 | | | |
| *Rittenberg Post-Appellate Proceeding Subtotal -- $ TBD* | | | | | | | |
| **Dimitra Doufekias** | $1125 | | | $1200 | | | |
| **Aleksandra E. Eklund** | $690 | | | $791 | | | |
| *Morrison & Foerster Post-Appellate Proceeding Subtotal -- $ TBD* | | | | | | | |
| **POST-APPELLATE PROCEEDINGS TOTAL -- $ TBD** | | | | | | | |