## APPENDIX B

## SUMMARY CHART OF NONTAXABLE, OUT-OF-POCKET EXPENSES

### Trial Proceedings

| Entity | Object of Expense | Amount |
|---|---|---|
| **Morrison & Foerster** | | |
| | E-discovery | $43,388.53 |
| | Depositions | $1,054.14 |
| | Postage | $47.68 |
| | Research | $60,044.13 |
| | Shipping & Couriers | $10,082.76 |
| | Travel | $52,098.42 |
| | Word-processing | $1,581 |
| | Faxes | $91 |
| | Overtime | $421.97 |
| | Printing | $302.40 |
| | Trial Expenses | $1,751.62 |
| | *Subtotal* | *$170,863.65* |
| **Center** | | |
| | Overtime | $69.60 |
| | Travel | $15,320.89 |
| | Research | $72.28 |
| | Shipping | $708.65 |
| | Telephone | $50.06 |
| | *Subtotal* | *$16,221.48* |
| **TOTAL TRIAL PROCEEDINGS -- $187,085.13** | | |

**Appellate Proceedings**

| Entity | Object of Expense | Amount |
|---|---|---|
| **Morrison & Foerster** | | |
| | Research | $2,961.7 |
| | Shipping & Couriers | $315.39 |
| | Travel | $1,371.51 |
| | Printing | $387.52 |
| | *Subtotal* | *$5,036.12* |
| **Center** | | |
| | Printing | $12,128.55 |
| | Travel | $11,130.02 |
| | Research | $267.60 |
| | Shipping | $517.18 |
| | *Subtotal* | *$24,043.35* |
| **OMM** | | |
| | Travel | $8,760.57 |
| | Printing | $5,371.11 |
| | Shipping & Courriers | $74.39 |
| | Word Processing | $546.30 |
| | Research | $16,012.38 |
| | *Subtotal* | *$30,764.75* |
| **TOTAL APPELLATE PROCEEDINGS -- $59,844.22** | | |