IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JUNE MEDICAL SERVICES LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>COURTNEY N. PHILLIPS, in her official capacity as Secretary of the Louisiana Department of Health,<br><br>Defendant | Civil Action No. 3:14-CV-525-JWD-RLB |

## **DECLARATION OF ANTON METLITSKY IN SUPPORT OF PLAINTIFFS' RENEWED PETITION FOR ATTORNEY'S FEES**

I, Anton Metlitsky, declare under penalty of perjury that the following statements are true and correct:

1. I am a partner in the law firm O'Melveny & Myers LLP ("O'Melveny"). I served as co-counsel for Plaintiffs in this case while it was before the U.S. Supreme Court, along with the Center for Reproductive Rights.

2. I respectfully submit this declaration in support of Plaintiffs' renewed petition for attorney's fees, out-of-pocket expenses, and costs. Unless otherwise noted, the information set forth herein is based on my personal knowledge, my review of records maintained by O'Melveny, and information provided to me by my colleagues at O'Melveny that I believe to be true.

1

**Qualifications and Roles of the O'Melveny Timekeepers**

3.  Plaintiffs seek a fee award for services provided by six attorneys and one paralegal affiliated with O'Melveny: myself; special counsel Jeffrey L. Fisher; counsels Brad N. Garcia, Samantha Goldstein, and Kendall Turner; associate Jeremy Girton; and paralegal Andrew Eveleth.

4.  O'Melveny is a global law firm with approximately 700 attorneys. Our Supreme Court and Appellate Litigation Group has particular expertise in handling difficult and complex Supreme Court cases. During the October 2019 Term, O'Melveny was counsel of record or co-counsel for a party in seven cases before the Court, including *June,* and was counsel for *amici curiae* in many others. As a group, we have appeared as counsel in more than 150 cases before the Supreme Court over the years. Our group includes many leading minds in the field, including a former acting Solicitor General and a former Deputy Solicitor General.

5.  I joined O'Melveny in 2008 and became a partner in the Supreme Court and Appellate Litigation Group in 2016. I am a member of the Bars of New York and the District of Columbia. I am admitted to practice before the Supreme Court, the U.S. Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Ninth, Eleventh, D.C., and Federal Circuits, as well as several federal district courts. After graduating from Harvard Law School in 2005, I clerked for Judge Merrick Garland of the U.S. Court of Appeals for the D.C. Circuit and Chief Justice John Roberts of the U.S. Supreme Court.

6.  I have developed substantial expertise in litigation before the U.S. Supreme Court and in abortion-rights litigation. I was appointed by the Court to argue *Lucia v. Securities and Exchange Commission* (U.S. No. 17-130), concerning the Constitution's Appointments Clause, during the October 2017 Term. I have drafted briefs in numerous other Supreme Court cases, and have argued numerous cases in appellate courts around the country. In 2018, the *National*

*Law Journal* named me a "Litigation Trailblazer," and last year, I was named "Litigator of the Week" by the *American Lawyer* for my victory in *El Paso v. Trump* (W.D. Tex. No. 3:19-cv-00066). I have been co-counsel in several other abortion rights cases, including *EMW Women's Surgical Center, P.S.C. v. Meier* (U.S. No. 19-417) and *Stuart v. Camnitz* (M.D.N.C. No. 1:11-cv-00804, 4th Cir. No. 14-1150, U.S. No. 14-1172). I also co-authored an amicus curiae brief on behalf of social science researchers in *Whole Woman's Health v. Hellerstedt* (U.S. No. 15-274).

7. Jeffrey L. Fisher is a Professor of Law at Stanford Law School, Co-Director of the Stanford Supreme Court Litigation Clinic, and Special Counsel at O'Melveny. He has argued 40 cases before the Supreme Court, including two this past Term. He graduated from the University of Michigan Law School in 1997 and clerked for Judge Stephen Reinhardt of the U.S. Court of Appeals for the Ninth Circuit and Justice John Paul Stevens of the U.S. Supreme Court. He has received numerous accolades over the course of his career, including being named one of the 100 most influential lawyers in America by the *National Law Journal* and receiving the Heeney Award from the National Association of Criminal Defense Lawyers (the organization's highest honor). He was also co-counsel in *EMW Women's Surgical Center, P.S.C. v. Meier* (U.S. No. 19-417), and *Planned Parenthood of Arkansas & Eastern Oklahoma v. Jegley* (U.S. 17-935). In this case, Mr. Fisher assisted with all aspects of the appeal, including providing strategic advice at the certiorari stage, liaising with the Solicitor General's office and other amici, editing all briefs, and participating in moot courts.

8. Brad N. Garcia is a counsel in the Supreme Court and Appellate Litigation Group. He graduated from Harvard Law School in 2011 and clerked for Judge Thomas Griffith of the U.S. Court of Appeals for the D.C. Circuit and Justice Elena Kagan of the U.S. Supreme Court. He has co-authored briefs in numerous other Supreme Court cases, including several others this

3

past Term, and has briefed and argued numerous cases in state and federal appellate courts.  In this case, Mr. Garcia assisted with communications with the Solicitor General's office, drafted portions of the response/reply brief, and participated in moot courts.

9. Samantha Goldstein is a counsel in the Supreme Court and Appellate Litigation Group.  She graduated from Harvard Law School in 2013 and clerked for Judge Judith W. Rogers on the U.S. Court of Appeals for the D.C. Circuit, for Judge Steven M. Colloton on the U.S. Court of Appeals for the Eighth Circuit, and for Judge Dalveer Bhandari on the Supreme Court of India.  She has co-authored briefs in numerous other cases before the Supreme Court, federal courts of appeals, and state appellate courts.  She drafted portions of the opening merits brief and supervised preparation of the joint appendix.

10. Kendall Turner is a counsel in the Supreme Court and Appellate Litigation Group.  After graduating from Stanford Law School in 2013, she clerked for Judge Merrick Garland of the U.S. Court of Appeals for the D.C. Circuit and Justice Stephen Breyer of the U.S. Supreme Court.  During the Supreme Court's October 2019 Term, she argued *Holguin-Hernandez v. United States* (U.S. No. 18-7739), which resulted in a unanimous victory.  Prior to her work on *June*, she was co-counsel in a number of other abortion-rights cases, including *Little Rock Family Planning Services v. Rutledge* (E.D. Ark. No. 4:19-cv-449, 8th Cir. No. 19-2690), *EMW Women's Surgical Center, P.S.C. v. Meier* (W.D. Ky. No. 3:19-cv-178), and *EMW Women's Surgical Center v. Meier* (U.S. No. 19-417). In the instant case, Ms. Turner assisted with compiling and analyzing the appellate record, drafted portions of the opening merits brief, drafted portions of the response/reply brief, and participated in moot courts.

11. Jeremy Girton is an associate in the Supreme Court and Appellate Litigation Group.  After graduating from Columbia Law School in 2015, he clerked for Judge Colleen

4

McMahon of the U.S. District Court for the Southern District of New York and Judge Jane Kelly of the U.S. Court of Appeals for the Eighth Circuit.  He and I co-authored the amicus curiae brief on behalf of social science researchers in *Whole Woman's Health v. Hellerstedt* (U.S. No. 15-274).  In this case, Mr. Girton assisted with communications with the Solicitor General's office, drafted motions, drafted portions of the response/reply brief, revised and edited all briefs, participated in moot courts, and coordinated preparation of the joint appendix.

12. Andrew Eveleth is a senior paralegal in our litigation department. He has a B.A. from Villanova University and a J.D. from Pepperdine University School of Law.  He has managed dozens of Supreme Court filings and several complex litigation cases.  He prepared the joint appendix, proof-read our briefs and other filings, and coordinated with the printer.

### Reasonable Hourly Rates of the O'Melveny Timekeepers

13. O'Melveny is a global law firm, and our rates charged for work performed within the United States do not vary based on the location of the client.  I primarily work from our New York office, Mr. Fisher primarily works from our Silicon Valley office, and the remainder of our team members from this case work out of our Washington, D.C. office.

14. Upon information and belief, based on what I have learned from clients, partners who have come to us from other law firms and a review of publicly available information, including bankruptcy court fee application filings by numerous firms, the way that O'Melveny structures its rates is typical of the way that other large national and international law firms structure their rates. Likewise, based on the same information, I believe that the actual rates that O'Melveny charges its clients are comparable to the rates that other large national and international law firms charge their clients. In other words, O'Melveny charges prevailing market rates for its legal work.  These rates are consistent with the rates that attorneys of

5

reasonably comparable skill, experience and reputation in the relevant legal markets charged their clients for complex federal litigation and Supreme Court advocacy during the years indicated.

15. The following chart indicates reasonable hourly rates for the legal services that O'Melveny timekeepers performed in this case:

| Timekeeper | Title | 2019 Rate | 2020 Rate | Law School Graduation Year |
|---|---|---|---|---|
| **Anton Metlitsky** | Partner | $995.00 | $1,075.00 | 2008 |
| **Jeffrey L. Fisher** | Special Counsel | $1,475.00 | $1,555.00 | 1997 |
| **Brad N. Garcia** | Counsel | $885.00 | $945.00 | 2011 |
| **Samantha Goldstein** | Counsel | $840.00 | $925.00 | 2013 |
| **Kendall Turner** | Counsel | $840.00 | $925.00 | 2013 |
| **Jeremy Girton** | Associate | $755.00 | $855.00 | 2015 |
| **Andrew Eveleth** | Senior Paralegal | $380.00 | $395.00 | 2006 |

16. Our rates are generally similar to rates charged by other leading Supreme Court practitioners. Practitioners with extensive Supreme Court litigation experience typically "earn between $1,000 and $1,800 per hour." *Bourke v. Beshear*, 2016 WL 164626, at *5 (W.D. Ky. Jan. 13, 2016). For instance, in 2015, Thomas Goldstein of Goldstein & Russell, P.C., sought fees based on a rate of $1100 per hour for his work on a Fourth Amendment case before the Court. *See* Decl. of Thomas C. Goldstein in Supp. of Appellant's Mot. for Attorney's Fees, *Patel v. City of Los Angeles*, No. 08-56567 (9th Cir. July 7, 2015). In that motion, Mr. Goldstein noted that such rates were typical of the industry; he cited recent examples of other Supreme Court practitioners with similar experience charging rates between $1020 per hour to $1800 per hour. *Id.* at 9.

17. In pro bono cases, O'Melveny does not hold attorney's fee awards, but rather has a policy of remitting them directly to the appropriate charitable or pro bono organizations without maintaining them on deposit for a significant period, if at all, and does not otherwise

handle them in such a way as to require application of trust accounting requirements under governing law or ethical rules.

### Lodestar Amounts for the O'Melveny Timekeepers

18. The O'Melveny timekeepers kept detailed records of the time that we spent working on this case. Based on a review of those records, I prepared Exhibit A, which sets forth the time entries by O'Melveny timekeepers for which Plaintiffs seek an award of attorney's fees.

19. In preparing Exhibit A, I exercised reasonable billing judgment. I reduced or eliminated time entries that were excessive, duplicative, or otherwise unreasonable. In addition, I omitted certain categories of time altogether. For example, I omitted all time spent by certain senior attorneys whose roles were limited to participating in strategic discussions or moot courts. Likewise, I omitted all time spent by certain junior associates whose roles were limited to assisting with ad hoc legal research, as well as time entries by certain paralegals and other staff. I also omitted all time spent on tasks that I deemed to be clerical in nature.

20. The lodestar amount for each O'Melveny timekeeper is set forth in the chart below. I arrived at those figures by multiplying the number of hours each timekeeper reasonably expended on this case by the reasonable hourly rate for that timekeeper for the relevant year, then adding together the annual subtotals.

| Timekeeper | 2019 Hours | 2019 Rate | 2019 Total | 2020 Hours | 2020 Rate | 2020 Total | Lodestar |
|---|---|---|---|---|---|---|---|
| Anton Metlitsky | 82.20 | $995.00 | $81,789.00 | 37.60 | $1,075.00 | $40,420.00 | $122,209.00 |
| Jeffrey L. Fisher | 139.50 | $1,475.00 | $205,762.50 | 97.50 | $1,555.00 | $151,612.50 | $357,375.00 |
| Brad N. Garcia | 86.90 | $885.00 | $76,906.50 | 20.60 | $945.00 | $19,467.00 | $96,373.50 |
| Samantha Goldstein | 90.30 | $840.00 | $75,852.00 | 4.00 | $925.00 | $3,700.00 | $79,552.00 |
| Kendall Turner | 88.60 | $840.00 | $74,424.00 | 32.30 | $925.00 | $29,877.50 | $104,301.50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Jeremy Girton | 216.20 | $755.00 | $163,231.00 | 65.40 | $855.00 | $55,917.00 | $219,148.00 |
| Andrew Eveleth | 58.90 | $380.00 | $22,382.00 | 14.60 | $395.00 | $5,767.00 | $28,149.00 |

21.     The total amount for all O'Melveny timekeepers is **$1,007,108.00**.

## Expenses and Costs Incurred by O'Melveny

22.     O'Melveny incurred reasonable, out-of-pocket expenses in the amount of **$30,764.75** in connection with this case. An itemized list of those non-taxable expenses is set forth in the attached Exhibit B.  Receipts and other documentary evidence reflecting those expenses are set forth in the attached Exhibit C.  These have been redacted to remove financial and personal information, including credit card numbers and home addresses and telephone numbers.  For certain expenses, such as internal printing and copying costs, there are no additional records other than what is captured in our system and reflected in the exhibit.

23.     The expenses listed in Exhibit B consist of necessary postage, shipping, and messenger charges; attorney travel expenses; word processing fees; legal research fees; and printing charges. All of these expenses are part of the costs that O'Melveny would typically charge a fee-paying client.

8

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 22, 2021                     Respectfully submitted,


                                               By:  */s/ Anton Metlitsky*
                                               Anton Metlitsky
                                               O'MELVENY & MYERS LLP
                                               Times Square Tower
                                               7 Times Square
                                               New York, NY 10036
                                               Tel: (212) 326-2291
                                               Fax: (212) 326-2061
                                               Email: ametlitsky@omm.com

9