# Exhibit B

| Date | Cost Type | Narrative | Amount | Bates Reference |
|---|---|---|---|---|
| 1/21/2020 | Local Travel | ANDREW EVELETH - Local Travel Local Travel - ANDREW EVELETH - TAXI, OMM OFFICE/ SUPREME COURT. CAB FARE TO SUPREME COURT FOR FILING | $ 15.00 | OMM-JUNE-000001 |
| 11/25/2019 | Local Travel | ANDREW EVELETH - Local Travel Local Travel - ANDREW EVELETH - TAXI, 1625 EYE ST., N.W., WASHINGTON, D.C./2ND & A STS., N.E., WASHINGTON, D.C.. CAB FARE TO SUPREME COURT FOR FILING OPENING BRIEF | $ 15.00 | OMM-JUNE-000002 |
| 2/23/2020 | Out-of-Town (Direct Bill Firm - Airfare) | OUT-OF-TOWN TRAVEL (DIRECT BILL FIRM - AIRFARE); TRAVEL DATES: 02/24/2020 - 02/25/2020; TRAVELER: ANTON METLITSKY; ROUTE: NEW YORK - WASHINGTON - NEW YORK;; MOOT COURT IN DC;AGENCY/INV: LTS - 140487; | $ 847.80 | OMM-JUNE-000003 |
| 2/24/2020 | Out-of-Town Travel Hotel | ANTON METLITSKY - Out-of-Town Travel Hotel - ANTON METLITSKY, 02/24/2020-02/25/2020 LODGING. TRAVEL TO DC FOR JUNE MEDICAL MOOT COURT. LODGING. - REPORT ID# 010040350543 | $ 472.44 | OMM-JUNE-000004 |
| 3/1/2020 | Out-of-Town (Direct Bill Firm - Airfare) | OUT-OF-TOWN TRAVEL (DIRECT BILL FIRM - AIRFARE); TRAVEL DATES: 03/04/2020 - 03/04/2020; TRAVELER: ANTON METLITSKY; ROUTE: WAS N P; ORAL ARGUMENT JUNE MEDICAL;AGENCY/INV: LTS - 140837; | $ 251.00 | OMM-JUNE-000004 |
| 2/3/2020 | Local Travel | ANTON METLITSKY - Local Travel Local Travel - ANTON METLITSKY; UBER. ATTEND MOOT COURT. | $ 59.07 | OMM-JUNE-000006-008 |
| 2/24/2020 | Out-of-Town Travel Meals | ANTON METLITSKY - Out-of-Town Travel Meals - ANTON METLITSKY, DINNER-HOTEL, GUESTS: ANTON METLITSKY TRAVEL TO DC FOR JUNE MEDICAL MOOT COURT. MEAL. - REPORT ID# 010040350543 | $ 34.60 | OMM-JUNE-000009-010 |
| 2/24/2020 | Out-of-Town Travel | ANTON METLITSKY - Out-of-Town Travel - ANTON METLITSKY; UBER. TRAVEL TO DC FOR JUNE MEDICAL MOOT COURT. UBER FROM HOME TO AIRPORT. - REPORT ID# 010040350543 | $ 167.53 | OMM-JUNE-000011-013 |
| 2/25/2020 | Out-of-Town Travel | ANTON METLITSKY - - ANTON METLITSKY; UBER. TRAVEL TO DC FOR JUNE MEDICAL MOOT COURT. UBER FROM MOOT COURT TO AIRPORT. - REPORT ID# 010040350543 | $ 47.08 | OMM-JUNE-000014-016 |
| 2/25/2020 | Out-of-Town Travel | ANTON METLITSKY - - ANTON METLITSKY; UBER. TRAVEL TO DC FOR JUNE MEDICAL MOOT COURT. UBER FROM KENNEDY AIRPORT TO HOME. - REPORT ID# 010040350543 | $ 95.21 | OMM-JUNE-000017-019 |
| 2/25/2020 | Out-of-Town Travel Meals | ANTON METLITSKY - Out-of-Town Travel Meals - ANTON METLITSKY, LUNCH, GUESTS: ANTON METLITSKY TRAVEL TO DC FOR JUNE MEDICAL MOOT COURT. MEAL. - REPORT ID# 010040350543 | $ 35.15 | OMM-JUNE-000020 |
| 12/6/2019 | Other Professional Services (Accounts | BYRON S. ADAMS - Other Professional Services (Accounts Payable) Other Professional Services (Accounts Payable) - BYRON S. ADAMS - 35281 - - A EVELETH - REPRODUCTION OF BRIEF OF PETITIONERS, U.S.SUPREME COURT, 70 COPIES, 12/06/19 | $ 2,357.39 | OMM-JUNE-000037 |
| 1/23/2020 | Outside Printing / Reproduction (Photo | BYRON S. ADAMS - Outside Printing / Reproduction (Photocopying) Outside Printing / Reproduction (Photocopying) - 35416 - - A EVELETH - 70 COPIES; SUPREME COURT OF THE UNITED STATES #18-1323,18-1460, 01/23/20 | $ 2,479.82 | OMM-JUNE-000038 |
| 2/27/2020 | Delivery Services / Messengers | Delivery Services / Messengers - Tracking # 390713401952 FDX 694969318 Hon Scott Harris Supreme Court of the U S | $ 13.86 | OMM-JUNE-000046 |
| 11/1/2019 | Delivery Services / Messengers | Delivery Services / Messengers - Tracking # 780676308408 FDX 683364790 Clerk Supreme Court of the United St | $ 12.77 | OMM-JUNE-000047 |
| 1/22/2020 | Delivery Services / Messengers | Delivery Services / Messengers - Tracking # 779809299849 FDX 691395755 Jeffrey L Fisher STANFORD LAW SCHOOL | $ 33.70 | OMM-JUNE-000048 |
| 2/3/2020 | Delivery Services / Messengers | Delivery Services / Messengers - Tracking # 390118228021 FDX 692127068 Julie Rikelman Center for Reproductive Rights | $ 14.06 | OMM-JUNE-000049 |
| 2/2/2020 | Out-of-Town (Direct Bill Firm - Airfare) | OUT-OF-TOWN TRAVEL (DIRECT BILL FIRM - AIRFARE); TRAVEL DATES: 02/26/2020 - 02/28/2020; TRAVELER: JEFFREY L FISHER; ROUTE: SAN FRANCISCO - NEWARK - WASHINGTON - SAN FRANCISCO;; MOOT HEARINGS AND MEETINGS;AGENCY/INV: LTS - 139191; | $ 410.53 | OMM-JUNE-000067 |
| 2/9/2020 | Out-of-Town (Direct Bill Firm - Airfare) | OUT-OF-TOWN TRAVEL (DIRECT BILL FIRM - AIRFARE); TRAVELER: JEFFREY L FISHER; ;AGENCY/INV: LTS - 139479; | $ 10.00 | OMM-JUNE-000068 |
| 2/2/2020 | Out-of-Town (Direct Bill Firm - Airfare) | OUT-OF-TOWN TRAVEL (DIRECT BILL FIRM - AIRFARE); TRAVEL DATES: 02/27/2020 - 02/27/2020; TRAVELER: JEFFREY L FISHER; ROUTE: NYP WAS; MOOT HEARINGS AND MEETINGS;AGENCY/INV: LTS - 139190; | $ 219.00 | OMM-JUNE-000069 |
| 2/26/2020 | Out-of-Town Travel | JEFFREY L. FISHER - Out-of-Town Travel - JEFFREY L. FISHER; UBER. ATTEND MOOT COURT AND MEETINGS RELATED TO JUNE MEDICAL. - REPORT ID# 010040743333 | $ 83.56 | OMM-JUNE-000070-072 |
| 2/26/2020 | Out-of-Town Telephone | JEFFREY L. FISHER - Out-of-Town Telephone - JEFFREY L. FISHER; PHONE CHARGES. INFLIGHT WIFI - ATTEND MOOT COURT AND MEETINGS RELATED TO JUNE MEDICAL. - REPORT ID# 010040743333 | $ 21.99 | OMM-JUNE-000073-074 |
| 2/26/2020 | Out-of-Town Travel | JEFFREY L. FISHER - Out-of-Town Travel - JEFFREY L. FISHER - TAXI, EWR AIRPORT/THE MUSE HOTEL. ATTEND MOOT COURT AND MEETINGS RELATED TO JUNE MEDICAL. - REPORT ID# 010040743333 | $ 112.30 | OMM-JUNE-000074-076 |
| 2/26/2020 | Out-of-Town Travel Meals | JEFFREY L. FISHER - Out-of-Town Travel Meals - JEFFREY L. FISHER, BREAKFAST, GUESTS: JEFFREY L. FISHER ATTEND MOOT COURT AND MEETINGS RELATED TO JUNE MEDICAL. - REPORT ID# 010040743333 | $ 9.71 | OMM-JUNE-000077-079 |
| 2/27/2020 | Out-of-Town Travel | JEFFREY L. FISHER - Out-of-Town Travel - JEFFREY L. FISHER - TAXI, DC UNION STATION/KIMPTON HOTEL MONACO DC. ATTEND MOOT COURT AND MEETINGS RELATED TO JUNE MEDICAL. - REPORT ID# 010040743333 | $ 9.48 | OMM-JUNE-000080-082 |
| 2/29/2020 | Out-of-Town Travel | JEFFREY L. FISHER - - JEFFREY L. FISHER - TAXI, KIMPTON HOTEL MONACO DC/IAD AIRPORT. ATTEND MOOT COURT AND MEETINGS RELATED TO JUNE MEDICAL. - REPORT ID# 010040743333 | $ 73.44 | OMM-JUNE-000083-085 |
| 2/28/2020 | Out-of-Town Travel Meals | JEFFREY L. FISHER - Out-of-Town Travel Meals - JEFFREY L. FISHER, BREAKFAST, GUESTS: JEFFREY L. FISHER ATTEND MOOT COURT AND MEETINGS RELATED TO JUNE MEDICAL. - REPORT ID# 010040743333 | $ 7.87 | OMM-JUNE-000086-088 |
| 2/29/2020 | Local Travel | JEFFREY L. FISHER - Local Travel - JEFFREY L. FISHER; UBER. ATTEND MOOT COURT AND MEETINGS RELATED TO JUNE MEDICAL. - REPORT ID# 010040743333 | $ 55.38 | OMM-JUNE-000089-093 |

| Date | Cost Type | Narrative | Amount | Bates Reference |
|---|---|---|---|---|
| 3/3/2020 | Out-of-Town Travel | JEFFREY L. FISHER - Out-of-Town Travel - JEFFREY L. FISHER; UBER. ATTEND ORAL ARGUMENT FOR JUNE MEDICAL. - REPORT ID# 010040743333 | $ 69.51 | OMM-JUNE-000094-097 |
| 3/3/2020 | Out-of-Town Travel | JEFFREY L. FISHER - - JEFFREY L. FISHER - TAXI, DC AIRPORT/HOTEL GEORGE. ATTEND ORAL ARGUMENT FOR JUNE MEDICAL. - REPORT ID# 010040743333 | $ 22.06 | OMM-JUNE-000098-100 |
| 3/4/2020 | Out-of-Town Travel | JEFFREY L. FISHER - - JEFFREY L. FISHER; UBER.  ATTEND ORAL ARGUMENT FOR JUNE MEDICAL. - REPORT ID# 010040743333 | $ 36.55 | OMM-JUNE-000101-103 |
| 3/4/2020 | Out-of-Town Telephone | JEFFREY L. FISHER - Out-of-Town Telephone - JEFFREY L. FISHER; PHONE CHARGES.  INFLIGHT WIFI - ATTEND ORAL ARGUMENT FOR JUNE MEDICAL. - REPORT ID# 010040743333 | $ 16.99 | OMM-JUNE-000104-105 |
| 3/4/2020 | Out-of-Town Travel | JEFFREY L. FISHER - Out-of-Town Travel - JEFFREY L. FISHER; UBER. ATTEND ORAL ARGUMENT FOR JUNE MEDICAL. - REPORT ID# 010040743333 | $ 47.14 | OMM-JUNE-000106-110 |
| 3/4/2020 | Out-of-Town Travel Meals | JEFFREY L. FISHER - - JEFFREY L. FISHER, BREAKFAST, GUESTS: JEFFREY L. FISHER ATTEND ORAL ARGUMENT FOR JUNE MEDICAL. - REPORT ID# 010040743333 | $ 41.97 | OMM-JUNE-000111 |
| 3/4/2020 | Out-of-Town Travel Meals | JEFFREY L. FISHER - - JEFFREY L. FISHER, MEALS OTHER, GUESTS: JEFFREY L. FISHER ATTEND ORAL ARGUMENT FOR JUNE MEDICAL. - REPORT ID# 010040743333 | $ 26.36 | OMM-JUNE-000112 |
| 3/4/2020 | Out-of-Town Travel Meals | JEFFREY L. FISHER - - JEFFREY L. FISHER, DINNER, GUESTS: JEFFREY L. FISHER ATTEND ORAL ARGUMENT FOR JUNE MEDICAL. - REPORT ID# 010040743333 | $ 8.46 | OMM-JUNE-000113 |
| 3/4/2020 | Out-of-Town Travel Meals | JEFFREY L. FISHER - Out-of-Town Travel Meals - JEFFREY L. FISHER, LUNCH, GUESTS: JEFFREY L. FISHER ATTEND ORAL ARGUMENT FOR JUNE MEDICAL. - REPORT ID# 010040743333 | $ 19.42 | OMM-JUNE-000113 |
| 3/4/2020 | Out-of-Town Travel | JEFFREY L. FISHER - Out-of-Town Travel - JEFFREY L. FISHER - TAXI, SUPREME COURT/1100 PENN AVE SE, WASHINGTON DC. ATTEND ORAL ARGUMENT FOR JUNE MEDICAL. - REPORT ID# 010040743333 | $ 12.00 | OMM-JUNE-000113 |
| 3/3/2020 | Out-of-Town Travel Meals | JEFFREY L. FISHER - - JEFFREY L. FISHER, DINNER, GUESTS: JEFFREY L. FISHER ATTEND ORAL ARGUMENT FOR JUNE MEDICAL. - REPORT ID# 010040743333 | $ 78.44 | OMM-JUNE-000114 |
| 3/3/2020 | Out-of-Town Travel Meals | JEFFREY L. FISHER - Out-of-Town Travel Meals - JEFFREY L. FISHER, BREAKFAST, GUESTS: JEFFREY L. FISHER ATTEND ORAL ARGUMENT FOR JUNE MEDICAL. - REPORT ID# 010040743333 | $ 33.65 | OMM-JUNE-000115 |
| 2/29/2020 | Out-of-Town Travel Meals | JEFFREY L. FISHER - - JEFFREY L. FISHER, MEALS OTHER, GUESTS: JEFFREY L. FISHER ATTEND MOOT COURT AND MEETINGS RELATED TO JUNE MEDICAL. - REPORT ID# 010040743333 | $ 10.12 | OMM-JUNE-000116 |
| 2/29/2020 | Out-of-Town Travel Meals | JEFFREY L. FISHER - - JEFFREY L. FISHER, BREAKFAST, GUESTS: JEFFREY L. FISHER ATTEND MOOT COURT AND MEETINGS RELATED TO JUNE MEDICAL. - REPORT ID# 010040743333 | $ 16.33 | OMM-JUNE-000117 |
| 2/29/2020 | Out-of-Town Travel Meals | JEFFREY L. FISHER - - JEFFREY L. FISHER, LUNCH, GUESTS: JEFFREY L. FISHER ATTEND MOOT COURT AND MEETINGS RELATED TO JUNE MEDICAL. - REPORT ID# 010040743333 | $ 21.34 | OMM-JUNE-000118 |
| 2/28/2020 | Out-of-Town Travel Meals | JEFFREY L. FISHER - - JEFFREY L. FISHER, LUNCH, GUESTS: JEFFREY L. FISHER ATTEND MOOT COURT AND MEETINGS RELATED TO JUNE MEDICAL. - REPORT ID# 010040743333 | $ 12.93 | OMM-JUNE-000119 |
| 2/27/2020 | Out-of-Town Travel Meals | JEFFREY L. FISHER - Out-of-Town Travel Meals - JEFFREY L. FISHER, LUNCH, GUESTS: JEFFREY L. FISHER ATTEND MOOT COURT AND MEETINGS RELATED TO JUNE MEDICAL. - REPORT ID# 010040743333 | $ 17.26 | OMM-JUNE-000120 |
| 2/26/2020 | Out-of-Town Travel Meals | JEFFREY L. FISHER - - JEFFREY L. FISHER, BREAKFAST, GUESTS: JEFFREY L. FISHER ATTEND MOOT COURT AND MEETINGS RELATED TO JUNE MEDICAL. - REPORT ID# 010040743333 | $ 19.95 | OMM-JUNE-000121 |
| 2/26/2020 | Out-of-Town Travel Meals | JEFFREY L. FISHER - Out-of-Town Travel Meals - JEFFREY L. FISHER, DINNER, GUESTS: JEFFREY L. FISHER ATTEND MOOT COURT AND MEETINGS RELATED TO JUNE MEDICAL. - REPORT ID# 010040743333 | $ 97.75 | OMM-JUNE-000122 |
| 2/27/2020 | Out-of-Town Travel | JEFFREY L. FISHER - Out-of-Town Travel - JEFFREY L. FISHER - TAXI, MOOT COURT MEETING/PENN STATION. ATTEND MOOT COURT AND MEETINGS RELATED TO JUNE MEDICAL. - REPORT ID# 010040743333 | $ 13.30 | OMM-JUNE-000123 |
| 2/27/2020 | Out-of-Town Travel Hotel | JEFFREY L. FISHER - Out-of-Town Travel Hotel - JEFFREY L. FISHER, 02/26/2020-02/27/2020 LODGING.  ATTEND MOOT COURT AND MEETINGS RELATED TO JUNE MEDICAL. - REPORT ID# 010040743333 | $ 329.10 | OMM-JUNE-000124 |
| 3/1/2020 | Out-of-Town (Direct Bill Firm - Airfare) | OUT-OF-TOWN TRAVEL (DIRECT BILL FIRM - AIRFARE); TRAVEL DATES: 03/02/2020 - 03/02/2020; TRAVELER: ANTON METLITSKY; ROUTE: NEW YORK - WASHINGTON;; ORAL ARGUMENT JUNE MEDICAL;AGENCY/INV: LTS - 140838; | $ 444.40 | OMM-JUNE-000126 |
| 3/3/2020 | Out-of-Town Travel | JEFFREY L. FISHER - Out-of-Town Travel - JEFFREY L. FISHER, 03/03/2020-03/03/2020, AIRFARE-COACH; SFO/DCA.  ATTEND ORAL ARGUMENT FOR JUNE MEDICAL. - REPORT ID# 010040743333 | $ 273.40 | OMM-JUNE-000127-128 |
| 2/9/2020 | Out-of-Town Travel | JEFFREY L. FISHER - Out-of-Town Travel - JEFFREY L. FISHER; UBER.  TRANSPORTATION TO AIRPORT TO ATTEND MOOT FOR JUNE MEDICAL. - REPORT ID# 010040168610 | $ 41.30 | OMM-JUNE-000134-136 |
| 2/11/2020 | Out-of-Town Travel | JEFFREY L. FISHER - Out-of-Town Travel - JEFFREY L. FISHER, 02/09/2020-02/11/2020 CAR RENTAL/FUEL.  CAR RENTAL TO ATTEND MOOT FOR JUNE MEDICAL. - REPORT ID# 010040168610 | $ 82.86 | OMM-JUNE-000138-140 |
| 2/11/2020 | Out-of-Town Travel | JEFFREY L. FISHER - - JEFFREY L. FISHER; UBER.  TRANSPORTATION HOME FROM ATTENDING MOOT FOR JUNE MEDICAL. - REPORT ID# 010040168610 | $ 50.15 | OMM-JUNE-000141-143 |
| 2/11/2020 | Out-of-Town Travel Meals | JEFFREY L. FISHER - Out-of-Town Travel Meals - JEFFREY L. FISHER, DINNER, GUESTS: JEFFREY L. FISHER MEAL FROM ATTENDING MOOT FOR JUNE MEDICAL. - REPORT ID# 010040168610 | $ 57.38 | OMM-JUNE-000144 |
| 2/11/2020 | Out-of-Town Travel | JEFFREY L. FISHER - Out-of-Town Travel - JEFFREY L. FISHER, 02/11/2020-02/11/2020, AIRFARE-COACH; RDU/SFO.  ATTEND MOOT FOR JUNE MEDICAL. - REPORT ID# 010040168610 | $ 283.30 | OMM-JUNE-000145-149 |

| Date | Cost Type | Narrative | Amount | Bates Reference |
|---|---|---|---|---|
| 2/9/2020 | Out-of-Town Travel | JEFFREY L. FISHER - - JEFFREY L. FISHER, 02/09/2020-02/09/2020, AIRFARE-COACH; SFO/RDU.  ATTEND MOOT FOR JUNE MEDICAL. - REPORT ID# 010040168610 | $ 427.00 | OMM-JUNE-000150-154 |
| 2/11/2020 | Out-of-Town Travel Meals | JEFFREY L. FISHER - Out-of-Town Travel Meals - JEFFREY L. FISHER, MEALS OTHER, GUESTS: JEFFREY L. FISHER ATTEND MOOT FOR JUNE MEDICAL. - REPORT ID# 010040168610 | $ 25.80 | OMM-JUNE-000155-157 |
| 3/4/2020 | Local Travel | KENDALL TURNER - Local Travel - KENDALL TURNER - TAXI, US SUPREME COURT/OMM. TAXI BACK FROM THE SUPREME COURT AFTER ORAL ARGUMENTS - REPORT ID# 010040556314 | $ 11.65 | OMM-JUNE-000159-160 |
| 2/11/2020 | Out-of-Town Travel Hotel | JEFFREY L. FISHER - Out-of-Town Travel Hotel - JEFFREY L. FISHER, 02/10/2020-02/11/2020 LODGING.  HOTEL STAY TO ATTEND MOOT FOR JUNE MEDICAL. - REPORT ID# 010040168610 | $ 191.82 | OMM-JUNE-000175 |
| 2/11/2020 | Out-of-Town Travel Meals | JEFFREY L. FISHER - Out-of-Town Travel Meals - JEFFREY L. FISHER, BREAKFAST-HOTEL, GUESTS: JEFFREY L. FISHER MEAL - ATTEND MOOT FOR JUNE MEDICAL. - REPORT ID# 010040168610 | $ 42.63 | OMM-JUNE-000175 |
| 2/27/2020 | Out-of-Town Travel Meals | JEFFREY L. FISHER - Out-of-Town Travel Meals - JEFFREY L. FISHER, LUNCH-HOTEL, GUESTS: JEFFREY L. FISHER ATTEND MOOT COURT AND MEETINGS RELATED TO JUNE MEDICAL. - REPORT ID# 010040743333 | $ 56.32 | OMM-JUNE-000265 |
| 2/27/2020 | Out-of-Town Travel Meals | JEFFREY L. FISHER - - JEFFREY L. FISHER, DINNER-HOTEL, GUESTS: JEFFREY L. FISHER ATTEND MOOT COURT AND MEETINGS RELATED TO JUNE MEDICAL. - REPORT ID# 010040743333 | $ 40.48 | OMM-JUNE-000265 |
| 2/29/2020 | Out-of-Town Travel Hotel | JEFFREY L. FISHER - Out-of-Town Travel Hotel - JEFFREY L. FISHER, 02/27/2020-02/29/2020 LODGING.  ATTEND MOOT COURT AND MEETINGS RELATED TO JUNE MEDICAL. - REPORT ID# 010040743333 | $ 629.92 | OMM-JUNE-000265 |
| 3/3/2020 | Out-of-Town Telephone | JEFFREY L. FISHER - Out-of-Town Telephone - JEFFREY L. FISHER; TELEPHONE.  ATTEND ORAL ARGUMENT FOR JUNE MEDICAL. - REPORT ID# 010040743333 | $ 2.00 | OMM-JUNE-000266 |
| 3/4/2020 | Out-of-Town Travel Hotel | JEFFREY L. FISHER - Out-of-Town Travel Hotel - JEFFREY L. FISHER, 03/03/2020-03/04/2020 LODGING.  ATTEND ORAL ARGUMENT FOR JUNE MEDICAL. - REPORT ID# 010040743333 | $ 470.15 | OMM-JUNE-000266 |
| 3/4/2020 | Out-of-Town Travel | JEFFREY L. FISHER - - JEFFREY L. FISHER, 03/04/2020-03/04/2020, AIRFARE-COACH; DCA/SFO.  ATTEND ORAL ARGUMENT FOR JUNE MEDICAL - REPORT ID# 010040743333 | $ 268.40 | OMM-JUNE-000268 |
| 3/2/2020 | Out-of-Town Travel Hotel | ANTON METLITSKY - Out-of-Town Travel Hotel - ANTON METLITSKY, 03/02/2020-03/04/2020 LODGING.  TRAVEL TO WASHINGTON, DC TO ATTEND ORAL ARGUMENT (JUNE MEDICAL). - REPORT ID# 010040572991 | $ 1,075.94 | OMM-JUNE-000273 |
| 3/2/2020 | Out-of-Town Travel Meals | ANTON METLITSKY - Out-of-Town Travel Meals - ANTON METLITSKY, DINNER-HOTEL, GUESTS: ANTON METLITSKY TRAVEL TO WASHINGTON, DC TO ATTEND ORAL ARGUMENT (JUNE MEDICAL). - REPORT ID# 010040572991 | $ 86.56 | OMM-JUNE-000273 |
| 3/2/2020 | Out-of-Town Travel | ANTON METLITSKY - Out-of-Town Travel - ANTON METLITSKY; UBER.  TRAVEL TO WASHINGTON, DC TO ATTEND ORAL ARGUMENT (JUNE MEDICAL). - REPORT ID# 010040572991 | $ 105.36 | OMM-JUNE-000275-277 |
| 3/2/2020 | Out-of-Town Travel | ANTON METLITSKY - - ANTON METLITSKY; UBER.  TRAVEL TO WASHINGTON, DC TO ATTEND ORAL ARGUMENT (JUNE MEDICAL). - REPORT ID# 010040572991 | $ 38.44 | OMM-JUNE-000278-280 |
| 3/4/2020 | Out-of-Town Travel | ANTON METLITSKY - - ANTON METLITSKY; UBER.  TRAVEL TO WASHINGTON, DC TO ATTEND ORAL ARGUMENT (JUNE MEDICAL). - REPORT ID# 010040572991 | $ 34.38 | OMM-JUNE-000281-283 |
| 3/4/2020 | Out-of-Town Travel | ANTON METLITSKY - - ANTON METLITSKY; UBER.  TRAVEL TO WASHINGTON, DC TO ATTEND ORAL ARGUMENT (JUNE MEDICAL). - REPORT ID# 010040572991 | $ 94.19 | OMM-JUNE-000284-286 |
| 3/4/2020 | Out-of-Town Travel Meals | ANTON METLITSKY - Out-of-Town Travel Meals - ANTON METLITSKY, LUNCH, GUESTS: ANTON METLITSKY TRAVEL TO WASHINGTON, DC TO ATTEND ORAL ARGUMENT (JUNE MEDICAL). - REPORT ID# 010040572991 | $ 71.73 | OMM-JUNE-000287 |
| 11/14/2019 | Local Travel | HOLLIS E. DONOVAN - Local Travel Local Travel - HOLLIS E. DONOVAN; UBER.  SUPREME COURT FILING | $ 12.79 | OMM-JUNE-000294 |
| 11/14/2019 | Local Travel | HOLLIS E. DONOVAN - Local Travel - HOLLIS E. DONOVAN; UBER.  SUPREME COURT FILING | $ 11.98 | OMM-JUNE-000295 |
| 9/3/2019 | Text Editing / Proofreading | Text Editing / Proofreading - JOB NUMBER: 0000258835-000 - CMP - June Medical - REVISE WORD DOC FOR A METLISTKSY | $ 18.90 | No additional backup data |
| 9/16/2019 | Text Editing / Proofreading | Text Editing / Proofreading - JOB NUMBER: 0000258801-000 - CMP - JUNE MEDICAL-Generate TOA/TOC for A. Metlitsky | $ 80.10 | No additional backup data |
| 10/7/2019 | Lasertrak Printing | Lasertrak Printing - Debela, Dejene Pages: 51 | $ 7.65 | No additional backup data |
| 10/7/2019 | Lasertrak Printing | Lasertrak Printing - Debela, Dejene Pages: 116 | $ 17.40 | No additional backup data |
| 10/7/2019 | Lasertrak Printing | Lasertrak Printing - Debela, Dejene Pages: 81 | $ 12.15 | No additional backup data |
| 10/7/2019 | Lasertrak Printing | Lasertrak Printing - Debela, Dejene Pages: 17 | $ 2.55 | No additional backup data |
| 10/7/2019 | Lasertrak Printing | Lasertrak Printing - Debela, Dejene Pages: 18 | $ 2.70 | No additional backup data |
| 10/7/2019 | Lasertrak Printing | Lasertrak Printing - Debela, Dejene Pages: 6 | $ 0.90 | No additional backup data |
| 10/7/2019 | Lasertrak Printing | Lasertrak Printing - Debela, Dejene Pages: 49 | $ 7.35 | No additional backup data |
| 10/7/2019 | Lasertrak Printing | Lasertrak Printing - Debela, Dejene Pages: 39 | $ 5.85 | No additional backup data |
| 10/7/2019 | Lasertrak Printing | Lasertrak Printing - Debela, Dejene Pages: 4 | $ 0.60 | No additional backup data |
| 10/7/2019 | Lasertrak Printing | Lasertrak Printing - Debela, Dejene Pages: 50 | $ 7.50 | No additional backup data |
| 10/7/2019 | Lasertrak Printing | Lasertrak Printing - Debela, Dejene Pages: 5 | $ 0.75 | No additional backup data |
| 10/7/2019 | Lasertrak Printing | Lasertrak Printing - Debela, Dejene Pages: 24 | $ 3.60 | No additional backup data |
| 10/7/2019 | Lasertrak Printing | Lasertrak Printing - Debela, Dejene Pages: 40 | $ 6.00 | No additional backup data |
| 10/10/2019 | Online Research - Westlaw | Online Research - Westlaw; Jeremy Girton | $ 2,695.83 | No additional backup data |
| 10/13/2019 | Online Research - Westlaw | Online Research - Westlaw; Jeremy Girton | $ 1,504.33 | No additional backup data |
| 10/14/2019 | Lasertrak Printing | Lasertrak Printing - Girton, Jeremy Pages: 20 | $ 3.00 | No additional backup data |
| 10/14/2019 | Online Research - Westlaw | Online Research - Westlaw; Jeremy Girton | $ 1,152.73 | No additional backup data |
| 10/15/2019 | Lasertrak Color Printing | Lasertrak Color Printing - Girton, Jeremy Pages: 24 | $ 30.00 | No additional backup data |
| 10/15/2019 | Online Research (Miscellaneous) | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Bradley Garcia; LAMDC; Image14-1; 3:14-cv-00525-JWD-RLB Document 14-1 | $ 0.20 | No additional backup data |

| Date | Cost Type | Narrative | Amount | Bates Reference |
|---|---|---|---|---|
| 10/15/2019 | Online Research (Miscellaneous) | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Bradley Garcia; LAMDC; Image14-0; 3:14-cv-00525-JWD-RLB Document 14-0 | $ 1.10 | No additional backup data |
| 10/15/2019 | Online Research (Miscellaneous) | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Bradley Garcia; 05CA; Case Selection Table; Case: 17-30397 | $ 0.10 | No additional backup data |
| 10/15/2019 | Online Research (Miscellaneous) | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Bradley Garcia; LAMDC; Docket Report; 3:14-cv-00525-JWD-RLB | $ 3.00 | No additional backup data |
| 10/15/2019 | Online Research - Westlaw | Online Research - Westlaw; Bradley Garcia | $ 397.61 | No additional backup data |
| 10/16/2019 | Lasertrak Printing | Lasertrak Printing - Shenoy, Arjun Pages: 25 | $ 3.75 | No additional backup data |
| 10/16/2019 | Lasertrak Printing | Lasertrak Printing - Shenoy, Arjun Pages: 26 | $ 3.90 | No additional backup data |
| 10/16/2019 | Online Research - Westlaw | Online Research - Westlaw; Jeremy Girton | $ 281.94 | No additional backup data |
| 10/16/2019 | Online Research - Westlaw | Online Research - Westlaw; Bradley Garcia | $ 657.86 | No additional backup data |
| 10/17/2019 | Online Research - Westlaw | Online Research - Westlaw; Jeremy Girton | $ 630.91 | No additional backup data |
| 10/18/2019 | Online Research - Westlaw | Online Research - Westlaw; Jeremy Girton | $ 375.92 | No additional backup data |
| 10/18/2019 | Online Research - Westlaw | Online Research - Westlaw; Bradley Garcia | $ 93.98 | No additional backup data |
| 10/20/2019 | Online Research - Westlaw | Online Research - Westlaw; Samantha Goldstein | $ 322.03 | No additional backup data |
| 10/21/2019 | Online Research - Westlaw | Online Research - Westlaw; Craig McAllister | $ 96.53 | No additional backup data |
| 10/22/2019 | Online Research - Westlaw | Online Research - Westlaw; Jeremy Girton | $ 845.16 | No additional backup data |
| 10/22/2019 | Online Research - Westlaw | Online Research - Westlaw; Samantha Goldstein | $ 2,116.18 | No additional backup data |
| 10/23/2019 | Online Research - Westlaw | Online Research - Westlaw; Samantha Goldstein | $ 671.00 | No additional backup data |
| 10/25/2019 | Lasertrak Printing | Lasertrak Printing - Garcia, Bradley Pages: 64 | $ 9.60 | No additional backup data |
| 10/25/2019 | Lasertrak Printing | Lasertrak Printing - Garcia, Bradley Pages: 29 | $ 4.35 | No additional backup data |
| 10/25/2019 | Lasertrak Printing | Lasertrak Printing - Garcia, Bradley Pages: 64 | $ 9.60 | No additional backup data |
| 10/25/2019 | Lasertrak Printing | Lasertrak Printing - Garcia, Bradley Pages: 88 | $ 13.20 | No additional backup data |
| 10/25/2019 | Lasertrak Printing | Lasertrak Printing - Garcia, Bradley Pages: 88 | $ 13.20 | No additional backup data |
| 10/29/2019 | Online Research - Westlaw | Online Research - Westlaw; Jeremy Girton | $ 778.12 | No additional backup data |
| 10/30/2019 | Online Research - Westlaw | Online Research - Westlaw; Jeremy Girton | $ 93.98 | No additional backup data |
| 10/31/2019 | Online Research - Westlaw | Online Research - Westlaw; Jeremy Girton | $ 187.96 | No additional backup data |
| 11/1/2019 | Online Research - Westlaw | Online Research - Westlaw; Jeremy Girton | $ 577.02 | No additional backup data |
| 11/2/2019 | Online Research - Westlaw | Online Research - Westlaw; Jeremy Girton | $ 93.98 | No additional backup data |
| 11/4/2019 | Lasertrak Printing | Lasertrak Printing - Bornstein, Alexandra Pages: 29 | $ 4.35 | No additional backup data |
| 11/5/2019 | Online Research - Westlaw | Online Research - Westlaw; Jeremy Girton | $ 469.90 | No additional backup data |
| 11/7/2019 | Online Research - Westlaw | Online Research - Westlaw; Jeremy Girton | $ 563.88 | No additional backup data |
| 11/8/2019 | Online Research (Miscellaneous) | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Andrew Eveleth; 05CA; DOCKET REPORT (FULL); 17-30397 (TXT) | $ 0.90 | No additional backup data |
| 11/8/2019 | Online Research (Miscellaneous) | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Andrew Eveleth; 05CA; DOCKET REPORT (FULL); 17-30397 | $ 0.90 | No additional backup data |
| 11/8/2019 | Online Research (Miscellaneous) | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Andrew Eveleth; 05CA; CASE SUMMARY; 17-30397 | $ 0.10 | No additional backup data |
| 11/8/2019 | Online Research (Miscellaneous) | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Andrew Eveleth; 05CA; DOCKET REPORT (FULL); 17-30397 (XML) | $ 0.90 | No additional backup data |
| 11/8/2019 | Online Research (Miscellaneous) | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Andrew Eveleth; 05CA; CASE SELECTION TABLE; CASE: 17-30397 | $ 0.10 | No additional backup data |
| 11/8/2019 | Online Research - Westlaw | Online Research - Westlaw; Jeremy Girton | $ 563.88 | No additional backup data |
| 11/12/2019 | Online Research - Westlaw | Online Research - Westlaw; Jeremy Girton | $ 93.98 | No additional backup data |
| 11/13/2019 | Lasertrak Printing | Lasertrak Printing - Donovan, Hollis Pages: 44 | $ 6.60 | No additional backup data |
| 11/15/2019 | Lasertrak Printing | Lasertrak Printing - McAllister, Craig Pages: 56 | $ 8.40 | No additional backup data |
| 11/22/2019 | Online Research / Lexis-Nexis | Online Research / Lexis-Nexis; EVELETH, ANDREW | $ 321.75 | No additional backup data |
| 11/22/2019 | Online Research (Miscellaneous) | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Andrew Eveleth; 11CA; CASE SELECTION TABLE; CASE: 16-11867 | $ 0.10 | No additional backup data |
| 11/22/2019 | Online Research (Miscellaneous) | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Andrew Eveleth; 11CA; DOCKET REPORT (FILTERED); 16-11867 | $ 0.50 | No additional backup data |
| 11/22/2019 | Online Research (Miscellaneous) | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Andrew Eveleth; TNMDC; IMAGE57-0; 3:15-CV-00705 DOCUMENT 57-0 | $ 0.70 | No additional backup data |
| 11/22/2019 | Online Research (Miscellaneous) | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Andrew Eveleth; 11CA; PDF DOCUMENT; CASE: 16-11867, DOCUMENT: 01119070915 | $ 0.80 | No additional backup data |
| 11/22/2019 | Online Research (Miscellaneous) | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Andrew Eveleth; TNMDC; DOCKET REPORT; 3:15-CV-00705 | $ 3.00 | No additional backup data |
| 11/22/2019 | Online Research (Miscellaneous) | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Andrew Eveleth; 11CA; CASE SUMMARY; 16-11867 | $ 0.10 | No additional backup data |
| 11/22/2019 | Online Research (Miscellaneous) | Online Research (Miscellaneous); PACER - FEDERAL COURT DOCKET SERVICE; ; Andrew Eveleth; TNMDC; IMAGE57-1; 3:15-CV-00705 DOCUMENT 57-1 | $ 0.50 | No additional backup data |
| 11/22/2019 | Online Research - Westlaw | Online Research - Westlaw; Jeremy Girton | $ 281.94 | No additional backup data |
| 11/24/2019 | Text Editing / Proofreading | Text Editing / Proofreading - JOB NUMBER: 0000267888-000 - TOC/TOA for S. Goldstein. | $ 50.85 | No additional backup data |
| 11/25/2019 | Lasertrak Printing | Lasertrak Printing - Eveleth, Andrew Pages: 63 | $ 9.45 | No additional backup data |
| 11/25/2019 | Lasertrak Color Printing | Lasertrak Color Printing - Garcia, Bradley Pages: 42 | $ 52.50 | No additional backup data |
| 11/25/2019 | Text Editing / Proofreading | Text Editing / Proofreading - JOB NUMBER: 0000268084-000 - Save PDF as PDF/A for A. Eveleth | $ 87.75 | No additional backup data |
| 12/2/2019 | Lasertrak Printing | Lasertrak Printing - Girton, Jeremy Pages: 37 | $ 5.55 | No additional backup data |
| 1/3/2020 | Text Editing / Proofreading | Text Editing / Proofreading - JOB NUMBER: 0000271562-000 - TOC/TOA for D. Pagdilao | $ 62.10 | No additional backup data |
| 1/5/2020 | Text Editing / Proofreading | Text Editing / Proofreading - JOB NUMBER: 0000271629-000 - TOC/TOA for J. Girton. | $ 74.25 | No additional backup data |
| 1/6/2020 | Lasertrak Printing | Lasertrak Printing - McAllister, Craig Pages: 40 | $ 6.00 | No additional backup data |
| 1/6/2020 | Lasertrak Printing | Lasertrak Printing - Grotenrath, Kimberly Pages: 22 | $ 3.30 | No additional backup data |
| 1/6/2020 | Lasertrak Printing | Lasertrak Printing - Grotenrath, Kimberly Pages: 23 | $ 3.45 | No additional backup data |
| 1/6/2020 | Lasertrak Printing | Lasertrak Printing - Grotenrath, Kimberly Pages: 264 | $ 39.60 | No additional backup data |

Metlitsky Declaration Exhibit B

| Date | Cost Type | Narrative | Amount | Bates Reference |
|---|---|---|---|---|
| 1/6/2020 | Lasertrak Printing | Lasertrak Printing - Grotenrath, Kimberly Pages: 23 | $ 3.45 | No additional backup data |
| 1/8/2020 | Online Research - Westlaw | Online Research - Westlaw; Craig McAllister | $ 96.53 | No additional backup data |
| 1/9/2020 | Lasertrak Printing | Lasertrak Printing - Reese, Deborah Pages: 55 | $ 8.25 | No additional backup data |
| 1/9/2020 | Lasertrak Printing | Lasertrak Printing - Reese, Deborah Pages: 61 | $ 9.15 | No additional backup data |
| 1/9/2020 | Lasertrak Printing | Lasertrak Printing - Reese, Deborah Pages: 109 | $ 16.35 | No additional backup data |
| 1/9/2020 | Lasertrak Color Printing | Lasertrak Color Printing - Reese, Deborah Pages: 2 | $ 2.50 | No additional backup data |
| 1/9/2020 | Lasertrak Color Printing | Lasertrak Color Printing - Reese, Deborah Pages: 5 | $ 6.25 | No additional backup data |
| 1/10/2020 | Lasertrak Printing | Lasertrak Printing - Kurdziel, Barbara Pages: 109 | $ 16.35 | No additional backup data |
| 1/10/2020 | Lasertrak Printing | Lasertrak Printing - Kurdziel, Barbara Pages: 1 | $ 0.15 | No additional backup data |
| 1/10/2020 | Lasertrak Printing | Lasertrak Printing - Kurdziel, Barbara Pages: 60 | $ 9.00 | No additional backup data |
| 1/10/2020 | Lasertrak Printing | Lasertrak Printing - Sokoler, Jennifer Pages: 60 | $ 9.00 | No additional backup data |
| 1/10/2020 | Lasertrak Printing | Lasertrak Printing - Kurdziel, Barbara Pages: 40 | $ 6.00 | No additional backup data |
| 1/10/2020 | Lasertrak Printing | Lasertrak Printing - Kurdziel, Barbara Pages: 60 | $ 9.00 | No additional backup data |
| 1/10/2020 | Lasertrak Printing | Lasertrak Printing - Kurdziel, Barbara Pages: 63 | $ 9.45 | No additional backup data |
| 1/20/2020 | Lasertrak Printing | Lasertrak Printing - Eveleth, Andrew Pages: 6 | $ 0.90 | No additional backup data |
| 1/20/2020 | Lasertrak Color Printing | Lasertrak Color Printing - Eveleth, Andrew Pages: 58 | $ 72.50 | No additional backup data |
| 1/20/2020 | Online Research / Lexis-Nexis | Online Research / Lexis-Nexis; EVELETH, ANDREW | $ 34.45 | No additional backup data |
| 1/21/2020 | Lasertrak Printing | Lasertrak Printing - Eveleth, Andrew Pages: 68 | $ 10.20 | No additional backup data |
| 1/21/2020 | Lasertrak Printing | Lasertrak Printing - Eveleth, Andrew Pages: 68 | $ 10.20 | No additional backup data |
| 1/21/2020 | Lasertrak Printing | Lasertrak Printing - Girton, Jeremy Pages: 68 | $ 10.20 | No additional backup data |
| 1/21/2020 | Lasertrak Printing | Lasertrak Printing - Eveleth, Andrew Pages: 65 | $ 9.75 | No additional backup data |
| 1/21/2020 | Lasertrak Color Printing | Lasertrak Color Printing - Eveleth, Andrew Pages: 2 | $ 2.50 | No additional backup data |
| 1/21/2020 | Text Editing / Proofreading | Text Editing / Proofreading - JOB NUMBER: 0000273231-000 - TOC/TOA for A Eveleth | $ 172.35 | No additional backup data |
| 2/23/2020 | Out-of-Town (Direct Bill Firm - Airfare) | OUT-OF-TOWN TRAVEL (DIRECT BILL FIRM - AIRFARE); TRAVEL DATES: 2/26/2020 - 2/28/2020; TRAVELER: JEFFREY L FISHER; ROUTE: SAN FRANCISCO - NEWARK - WASHINGTON - SAN FRANCISCO;; CREDIT FOR UNUSED TKT - SEE NEW LTS INV 140216;AGENCY/INV: LTS - 139191; | $ (173.53) | No additional backup data |
| 2/24/2020 | Lasertrak Printing | Lasertrak Printing - Kurdziel, Barbara Pages: 22 | $ 3.30 | No additional backup data |
| 2/28/2020 | Lasertrak Printing | Lasertrak Printing - Girton, Jeremy Pages: 31 | $ 4.65 | No additional backup data |
| TOTAL | | | $ 30,764.75 | |