# Exhibit A

# TIME RECORDS - CHARLES M. (LARRY) SAMUEL

Rittenberg, Samuel & Phillips, L.L.C.

| Date | Narrative | Hours | Rate | Amount |
|---|---|---|---|---|
| 04/11/2017 | Review and Revise: Motion to Substitute Counsel | 0.25 | $400.00 | $100.00 |
| 04/12/2017 | Revise: Motion to Substitute Counsel | 0.17 | $400.00 | $68.00 |
| 04/13/2017 | Revise: Motion to Substitute Counsel | 0.50 | $400.00 | $200.00 |
| 04/27/2017 | Review Decision (District Court) | 0.75 | $400.00 | $300.00 |
| 05/05/2017 | Review Correspondence or Email re Notice of Appeal | 0.25 | $400.00 | $100.00 |
| 05/11/2017 | Review Order Granting Motion to Substitute Counsel | 0.17 | $400.00 | $68.00 |
| 05/15/2017 | Review Correspondence or Email re Motion to Dismiss | 0.17 | $400.00 | $68.00 |
| 05/16/2017 | Review Correspondnece or Email re Motion to Dismiss | 0.17 | $400.00 | $68.00 |
| 10/19/2017 | Review Brief | 0.50 | $400.00 | $200.00 |
| | TOTAL 2017: | 2.93 | $400.00 | $1,172.00 |
| 04/25/2018 | Correspondence or email: Co-Counsel re May 3 Fifth Circuit Argument | 0.25 | $400.00 | $100.00 |
| 09/27/2018 | Review dection (Fifth Circuit) | 0.50 | $400.00 | $200.00 |
| 10/04/2018 | Telephone Call: Co-Counsel Re: Petition for Rehearing | 0.25 | $400.00 | $100.00 |
| 10/05/2018 | Review Petition for Rehearing Correspondence or email: Co-Counsel | 0.75 | $400.00 | $300.00 |
| 11/14/2018 | Telephone Call: Co-Counsel re: Status of appeal | 0.25 | $400.00 | $100.00 |
| | TOTAL 2018: | 2.00 | $400.00 | $800.00 |
| 02/05/2019 | Review Correspondence or Email Correspondence or email: Co-Counsel re Stay | 0.25 | $400.00 | $100.00 |
| 02/07/2019 | Review Correspondence or Email Correspondence or email: Co-Counsel re Stay | 0.25 | $400.00 | $100.00 |
| 04/04/2019 | Correspondence or email: CO-Counsel Review Correspondence or Email | 0.25 | $400.00 | $100.00 |
| | TOTAL 2019: | 0.75 | $400.00 | $300.00 |
| 03/05/2020 | Correspondence or email: Co-Counsel re U.S. Supreme Court argument | 0.17 | $400.00 | $68.00 |
| 06/29/2020 | Correspondence or email: Co-Counsel re U.S. Supreme Court decision | 0.17 | $400.00 | $68.00 |
| 06/30/2020 | Review U.S. Supreme Court decision | 0.75 | $400.00 | $300.00 |
| | TOTAL 2020: | 1.09 | $400.00 | $436.00 |
| | TOTAL 2017 - 2020: | 6.77 | 400.00 | $2,708.00 |