UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
March 3, 2022
JUDGE JOHN W. deGRAVELLES

JUNE MEDICAL SERVICES LLC d/b/a HOPE
MEDICAL GROUP FOR WOMEN, on behalf of
its patients, physicians, and staff; BOSSIER
CITY MEDICAL SUITE, on behalf of its
patients, physicians, and staff; CHOICE, INC.,
OF TEXAS d/b/a CAUSEWAY MEDICAL
CLINIC, on behalf of its patients, physicians, and
staff, JOHN DOE 1, M.D., and JOHN DOE 2,
M.D.

VERSUS

JAMES DAVID CALDWELL, in his official capacity as
Attorney General of Louisiana; JIMMY GUIDRY,
in his official capacity as Louisiana State Health Officer
& Medical Director of the Louisiana Department of Health
and Hospitals; and MARK HENRY DAWSON, in his official
capacity as President of the Louisiana State Board
of Medical Examiners

CIVIL ACTION

NO. 14-CV-525-JWD-RLB

The matter came on this day for a status conference by zoom video conferencing.

PRESENT:   Jenny Suhjin Ma
           **Counsel for Plaintiffs**

           Elizabeth Baker Murrill, Phillis E. Glazer
           **Counsel for Defendant**

The parties agreed to attempt to resolve the pending motion for attorney fees with Magistrate Judge Bourgeois. Therefore,

**IT IS ORDERED** that this matter is administratively closed for sixty days.

Since the parties agreed to administratively close this matter, IT IS FURTHER ORDERED that Plaintiffs' Motion for Attorney Fees is denied without prejudice, subject to refiling if a settlement is not reached in this matter.

The parties stayed on the zoom to discuss available dates for a settlement conference.

Signed in Baton Rouge, Louisiana, on <u>March 4, 2022</u>.

Cv 36; T: 0:10

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**