## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JUNE MEDICAL SERVICES LLC, et al.,<br><br>               Plaintiffs,<br>   v.<br><br>COURTNEY N. PHILLIPS, in her official capacity as Secretary of the Louisiana Department of Health,<br><br>               Defendant. | No. 3:14-CV-00525-JWD-RLB |

## NOTICE OF SETTLEMENT AND RELEASE AGREEMENT

On March 28, 2022, Plaintiffs and Defendant reached an agreement to resolve Plaintiffs' petition for attorneys' fees and expenses. A copy of the Settlement and Release Agreement executed on June 8, 2022 is attached as Exhibit 1.

Dated: June 9, 2022

Respectfully submitted,

*/s/ Charles M. Samuel, III*

| | | |
|---|---|---|
| Charles M. (Larry) Samuel, III<br>La. State Bar No. 11678<br>RITTENBERG, SAMUEL & PHILLIPS, LLC<br>1539 Jackson Ave., Suite 115<br>New Orleans, Louisiana, 70130<br>(504) 524-5555<br>samuel@rittenbergsamuel.com | Jenny Ma*<br>CENTER FOR REPRODUCTIVE RIGHTS<br>199 Water St., 22nd Floor<br>New York, NY 10038<br>(917) 637-3705<br>jma@reprorights.org | Dimitra Doufekias*<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Ave., NW<br>Suite 6000<br>Washington, DC 20006-1888<br>(202) 887-1500<br>DDoufekias@mofo.com |

*Counsel for Plaintiffs*                                                            *admitted pro hac vice

**CERTIFICATE OF SERVICE**

  I certify that on this 9th day of June, 2022, I electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

            */s/ Charles M. Samuel*
            Charles M. Samuel