UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JUNE MEDICAL SERVICES LLC, *et al.*,

    Plaintiffs,

v.

COURTNEY PHILLIPS,

    Defendant.

No. 3:14-cv-525-JWD-RLB

**DEFENDANT'S EMERGENCY RULE 60(b) MOTION TO
VACATE PERMANENT INJUNCTION**

NOW INTO COURT, through undersigned counsel, comes Defendant and respectfully moves this Court under Federal Rule of Civil Procedure 60(b) to modify the judgment and vacate the permanent injunction in this case pursuant to the Supreme Court's decision in *Dobbs v. Jackson Women's Health Org.*, __ S.Ct. __, 2022 WL 2276808 (June 24, 2022). Under *Dobbs*, there is no remaining legal or equitable basis for the permanent injunction, which relies on precedent overruled in *Dobbs*. Because the effectiveness of Act 620 will impact the safety of abortions that may be performed today, this is an emergency motion. In support thereof, Defendant concurrently submits a memorandum in support of this motion.

In further support thereof, counsel for Defendant notified counsel for Plaintiffs that this motion was forthcoming via email on June 27, 2022, requested Plaintiffs' position, and further requested a telephone number where Plaintiffs' counsel can be reached. Plaintiffs have not responded to that request.

1

WHEREFORE, Defendant prays that this motion be granted. Defendant further prays that because of the emergency nature of this motion, that relief requested herein be granted forthwith, or alternatively, by **Wednesday, June 29, 2022**. Counsel for Defendant states that he is available at telephone 225-485-2458.

Respectfully submitted,
*/s/ Joseph S. St. John*
Elizabeth B. Murrill
  Solicitor General
Joseph S. St. John
  Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

Dated this 27th day of June, 2022.

*/s/ Joseph S. St. John*