UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JUNE MEDICAL SERVICES LLC, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>COURTNEY PHILLIPS,<br><br>    Defendant. | No. 3:14-cv-525-JWD-RLB |

### DEFENDANT'S EMERGENCY MOTION FOR RECONSIDERATION OF HER EMERGENCY MOTION TO VACATE

Defendant respectfully moves this Court to reconsider her Emergency Motion to Vacate in view of the Fifth Circuit's precedential opinion in *Whole Woman's Health v. Young*, __ F.4 th __, 2022 WL 2315034 (5th Cir. June 28, 2022) (attached as Exhibit A), and the injunction's ongoing irreparable harm to the State of Louisiana.

WHEREFORE, Defendant prays that this motion be granted. Defendant further prays that because of the emergency nature of this motion, that relief requested herein be granted forthwith, or alternatively, by **Thursday, June 30, 2022**. Counsel for Defendant states that he is available at telephone 225-485-2458.

                                                                         Respectfully submitted,

                                                                         */s/ Joseph S. St. John*_____
                                                                         Elizabeth B. Murrill
                                                                           Solicitor General
                                                                         Joseph S. St. John
                                                                           Deputy Solicitor General

2

OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6766
murrille@ag.louisiana.gov
stjohnj@ag.louisiana.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

Dated this 29th day of June, 2022.

*/s/ Joseph S. St. John*